UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lawyers' Committee for Civil Rights Under Law and National Women's Law Center**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Office of Management and Budget**<br><br>**Defendant.** | Civ. No. 1:18-CV-645 |

### DECLARATION OF DANIEL GOLDBERGER
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Daniel Goldberger, hereby declare:

1. My name, office address, and telephone number are as follows:

Daniel Goldberger
Dorsey & Whitney LLP
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9200

2. I have been admitted to the following courts and bars:

State of New York Unified Court System (July 30, 2008) (License No. 4629358)
United States District Court for the Southern District of New York (July 2008)

3. I have not been disciplined by any of the states, courts, and bars in which I am admitted.

4. I have not previously been admitted pro hac vice in this Court.

5. I do not engage in the practice of law from an office located within the District of Columbia. My law firm does have an office at 1401 New York Avenue NW, Suite 900, Washington DC, 20005, but I do not personally have an office at that location. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is correct.  Executed on March 21, 2018, in New York, New York.

/s Daniel Goldberger
Daniel Goldberger
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York  10019-6119
Telephone:  (212) 415-9200
goldberger.dan@dorsey.com
