**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Lawyers' Committee for Civil Rights Under Law and National Women's Law Center**<br><br>**Plaintiff,**<br><br>v.<br><br>**Office of Management and Budget**<br><br>**Defendant.** | Civ. No. 1:18-CV-645 |

**[PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DANIEL GOLDBERGER *PRO HAC VICE***

The Court has reviewed the Plaintiffs' motion for admission of attorney Daniel Goldberger *pro hac vice*. Upon consideration of that motion, the Court grants attorney Daniel Goldberger *pro hac vice* admission to this Court.

**SO ORDERED.**

Dated: _____    _____
                                                                                  United States District Judge