## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lawyers' Committee for Civil Rights Under Law and National Women's Law Center**  )<br>)<br>**Plaintiff,**  )<br>)<br>**v.**  )<br>)<br>**Office of Management and Budget**  )<br>)<br>**Defendant.**  ) | )<br>)<br>)<br>) Civ. No. 1:18-CV-645<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Colin Wicker *pro hac vice* in the above-entitled action.  This motion is supported by the Declaration of Colin Wicker, filed herewith.  As set forth in Mr. Wicker's declaration, he is admitted and an active member in good standing the following courts and bars: the Minnesota Supreme Court, the U.S. District Court for the District of Minnesota, and the U.S. Court of Appeals for the Second Circuit.  This motion is supported and signed by Emily J. Martin, an active and sponsoring member of the Bar of this Court.

Dated:  March 21, 2018                                Respectfully submitted,

/s/ Emily J. Martin
Emily J. Martin
Maya Raghu
National Women's Law Center
11 Dupont Circle
Washington, DC 20036
202-588-5180

Daniel Goldberger (SBN 4629358) (*pro hac vice* motions pending)
goldberger.dan@dorsey.com
Colin Wicker (SBN 0340030) (*pro hac vice* motions pending)
wicker.colin@dorsey.com
Sam Bolstad (SBN 0397387) (*pro hac vice* motions pending)
bolstad.sam@dorsey.com
Dorsey & Whitney LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600 (telephone)
(612) 340-2868 (facsimile)

Attorneys for Plaintiffs