UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lawyers' Committee for Civil Rights Under Law and National Women's Law Center**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Office of Management and Budget**<br><br>**Defendant.** | Civ. No. 1:18-CV-645 |

### DECLARATION OF COLIN WICKER
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Colin Wicker, hereby declare:

1. My name, office address, and telephone number are as follows:

Colin Wicker
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

2. I have been admitted to the following courts and bars:

Minnesota Supreme Court (October 29, 2004) (License No. 0340030)
United States District Court for the District of Minnesota (December 12, 2004)
United States Court of Appeals for the Second Circuit (February 14, 2013)

3. I have not been disciplined by any of the states, courts, and bars in which I am admitted.

4. I have not previously been admitted pro hac vice in this Court.

5. I do not engage in the practice of law from an office located within the District of Columbia. My law firm does have an office at 1401 New York Avenue NW, Suite 900, Washington DC, 20005, but I do not personally have an office at that location. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

I declare under penalty of perjury that the foregoing is correct.  Executed on March 21, 2018, in Minneapolis, Minnesota.

/s Colin Wicker
Colin Wicker
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
wicker.colin@dorsey.com
