UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawyers' Committee for Civil Rights Under Law and National Women's Law Center )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**Office of Management and Budget** )<br>)<br>**Defendant.** ) | Civ. No. 1:18-CV-645 |

**[PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY COLIN WICKER *PRO HAC VICE***

The Court has reviewed the Plaintiffs' motion for admission of attorney Colin Wicker *pro hac vice*. Upon consideration of that motion, the Court grants attorney Colin Wicker *pro hac vice* admission to this Court.

**SO ORDERED.**

Dated: _____  _____
                                                                                  United States District Judge