**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Lawyers' Committee for Civil Rights Under Law and National Women's Law Center**  )<br>)<br>**Plaintiff,**  )<br>)<br>**v.**  )<br>)<br>**Office of Management and Budget**  )<br>)<br>**Defendant.**  ) | Civ. No. 1:18-CV-645 |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), Plaintiffs move for the admission and appearance of attorney Sam Bolstad *pro hac vice* in the above-entitled action.  This motion is supported by the Declaration of Sam Bolstad, filed herewith.  As set forth in Mr. Bolstad's declaration, he is admitted and an active member in good standing the following courts and bars: the Minnesota Supreme Court and the U.S. District Court for the District of Minnesota.  This motion is supported and signed by Emily J. Martin, an active and sponsoring member of the Bar of this Court.

Dated:  March 21, 2018 	Respectfully submitted,


	/s/ Emily J. Martin
	Emily J. Martin
	Maya Raghu
	National Women's Law Center
	11 Dupont Circle
	Washington, DC 20036
	202-588-5180

	Daniel Goldberger (SBN 4629358) (*pro hac vice* motions pending)
	goldberger.dan@dorsey.com
	Colin Wicker (SBN 0340030) (*pro hac vice* motions pending)
	wicker.colin@dorsey.com
	Sam Bolstad (SBN 0397387) (*pro hac vice* motions pending)
	bolstad.sam@dorsey.com
	Dorsey & Whitney LLP
	Suite 1500, 50 South Sixth Street
	Minneapolis, MN 55402-1498
	(612) 340-2600 (telephone)
	(612) 340-2868 (facsimile)

	Attorneys for Plaintiffs