## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lawyers' Committee for Civil Rights Under Law and National Women's Law Center**          )<br>)<br>**Plaintiff,**          )<br>)<br>**v.**          )<br>)<br>**Office of Management and Budget**          )<br>)<br>**Defendant.**          ) | Civ. No. 1:18-CV-645 |

### [PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY SAM BOLSTAD *PRO HAC VICE*

The Court has reviewed the Plaintiffs' motion for admission of attorney Sam Bolstad *pro hac vice*. Upon consideration of that motion, the Court grants attorney Sam Bolstad *pro hac vice* admission to this Court.

**SO ORDERED.**

Dated: _____          _____
                                                                                  United States District Judge