# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lawyers' Committee et al. ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-00645-EGS |
| Office of Management and Budget ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Office of Management and Budget
725 17th Street, NW
Washington, DC 20503

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, NW, #400
Washington, DC 20005

National Women's Law Center
11 Dupont Circle, NW, #800
Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 3/26/2018

/s/ Jean-Claude Douyon
*Signature of Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Lawyers' Committee et al.

*Plaintiff*

v.

Office of Management and Budget

*Defendant*

Civil Action No. 1:18-cv-00645-EGS

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*
Jessie K. Liu
U.S. Attorney for the District of Columbia
Attn: Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, NW, #400
Washington, DC 20005

National Women's Law Center
11 Dupont Circle, NW, #800
Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date:  3/26/2018

/s/ Jean-Claude Douyon
*Signature of Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Lawyers' Committee et al. )
*Plaintiff* )
)
v. )  Civil Action No. 1:18-cv-00645-EGS
Office of Management and Budget )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   Attorney General of the United States
Attn:  Assistant Attorney General for Administration
U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue, NW, #400
Washington, DC 20005

National Women's Law Center
11 Dupont Circle, NW, #800
Washington, DC 20036

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 3/26/2018    /s/ Jean-Claude Douyon
*Signature of Deputy Clerk*