AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Lawyers' Committee and National Womens' Law Ctr. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:18-CV-645 |
| Office of Management and Budget ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lawyers' Committee for Civil Rights Under Law   .

Date:  03/29/2018

/s/ Jon Greenbaum
*Attorney's signature*

Jon Greenbaum 489887
*Printed name and bar number*

Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005

*Address*

jgreenbaum@lawyerscommittee.org
*E-mail address*

202-662-8600
*Telephone number*

202-783-0857
*FAX number*