UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, et al.<br><br>     Plaintiff,<br><br>   v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>     Defendant. | Civil Action No. 18-0645 (EGS) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for Defendant in the above-captioned case.

                Respectfully submitted,


                __/s/_____
                CLAIRE WHITAKER, D.C. BAR # 354530
                Assistant U.S. Attorney
                Judiciary Center Building
                555 Fourth St., N.W., Rm. E4204
                Washington, D.C. 20530
                (202) 252-2526
                claire.whitaker@usdoj.gov