CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Lawyers' Committee for Civil Rights Under Law
and National Women's Law Center,

      Plaintiffs,

                                                                   Civil Action No. 1:18-CV-645

vs.

Office of Management and Budget,

      Defendant.

## AFFIDAVIT OF MAILING AND PROOF OF SERVICE

I, Sam Bolstad, hereby state that:

On the 28th day of March, 2018, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, I caused to be deposited in the United States Mail a copy of the summons, complaint, and motions for pro hac vice of Daniel Goldberger, Colin Wicker, and Sam Bolstad in the above captioned case, postage prepaid, return receipt requested, addressed to Jessie K. Liu, U.S. Attorney for the District of Columbia, as follows:

    Jessie K. Liu
    U.S. Attorney for the District of Columbia
    Attn: Civil Process Clerk
    United States Attorney's Office
    555 Fourth Street, N.W.
    Washington, DC  20530

I have received the receipt for certified mail No. 7014 0150 0001 6355 8451 (Exhibit A attached hereto), indicating that delivery of the summons, complaint, and motions for pro hac vice of Daniel Goldberger, Colin Wicker, and Sam Bolstad was made on the 2nd day of April, 2018, upon the U.S. Attorney for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  April 25, 2018            /s/Sam Bolstad