# Exhibit A



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.47 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.6 |

Postmark Here — BUTLER QUARTER FINANCE STATION MINNEAPOLIS MN 55403-9998 MAR 28 2018

Sent To: Jessie K. Liu
U.S. Attorney for the District of Columbia
Attn: Civil Process Clerk
Street, Apt. or PO Box: United States Attorney's Office
555 Fourth Street, N.W.
City, State: Washington, D.C. 20530

PS Form 3811

7014 0150 0001 6355 8451

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jessie K. Liu
U.S. Attorney for the District of Columbia
Attn: Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

9590 9402 1533 5362 7285 15

2. Article Number (Transfer from service label)

7014 0150 0001 6355 8451

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Erly Aase_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): APR 02 2018
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt