# Exhibit A

# Product Tracking & Reporting

UNITED STATES POSTAL SERVICE ®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 20, 2018 |

## USPS Tracking Intranet

## Delivery Signature and Address

Tracking Number: 7014 0150 0001 6355 8475

This item was delivered on 04/02/2018 at 04:15:00

< Return to Tracking Number View



Delivery Section

Signature

Address

Enter up to 35 items separated by commas.

Select Search Type: [Quick Search ▾]   [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 18.2.3.0.7



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 2.47 |
| Certified Fee | | 3.45 |
| Return Receipt Fee (Endorsement Required) | | 2.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8.67 |

Postmark Here
MAR 28 2018
BUTLER QUARTER FINANCE STATION
MINNEAPOLIS MN 55403-9998

Sent To
Office of Management and Budget
Street, Apt. No. 725 17th Street, NW
or PO Box No.
City, State, ZIP Washington, DC 20503

PS Form 3800

7014 0150 0001 6355 8475

Help

# Product Tracking & Reporting

**UNITED STATES POSTAL SERVICE®**

Home        Search        Reports        Manual Entry        Rates/ Commitments        PTR / EDW        USPS Corporate Accounts        April 20, 2018

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number 7014 0150 0001 6355 8475**

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 20500 | WASHINGTON | DC |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 55403 | MINNEAPOLIS | MN |

*P.O. CONSUMER AFFAIRS*
*(612) 349-4401*

### Tracking Number Classification

#### Class/Service

Class/Service:        Certified Mail
Class of Mail Code/Description:        -1 / Unknown

#### Origin / Return / Pickup Address Information

Address:
City:
State:
5-Digit ZIP Code:        55403
4-Digit ZIP Code add on:

#### Service Delivery Information

Delivery Date from AAU (Notification Delivery Date):        Monday, 04/02/2018
PO Box:        N
Other Information        Service Calculation Information

#### Payment

Weight:        0 lb(s) 0 oz(s)

#### Other Information

Firm Label ID:        5103 0SHJ 8818 5497 7721

Agent Information

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| Certified Mail | |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| PACKAGE RESEARCH CASE CREATED | VC | 04/20/2018 | 14:15 | MINNEAPOLIS, MN 55402 | Customer Driven Activity | | | 04/20/2018 14:57:57 | Case / Confirmation Number: 137714967 [Request Delivery Record] |
| DELIVERED | 01 | 04/02/2018 | 04:15 | WASHINGTON, DC 20500 | Firm Book | IMD 030SHA8187 (non-wireless) | Scanned by route 00000000 | 04/02/2018 04:03:33 | [View Delivery Signature and Address] Facility Finance Number: 105010 |

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Firm Name: 20500 WH PU |
| | | | | | | | | | Request Delivery Record |
| AVAILABLE FOR PICKUP | 14 | 04/01/2018 | 11:58 | WASHINGTON, DC 20500 | Firm Book | IMD 030SHJ8818 (non-wireless) | Scanned by route 00000000 | 04/01/2018 12:13:36 | |
| ARRIVAL AT UNIT | 07 | 04/01/2018 | 09:53 | WASHINGTON, DC 20018 | Firm Book | IMD 030SHJ8818 (non-wireless) | Scanned by route 00000000 | 04/01/2018 10:09:35 | PC / OF Reason Code |
| IN TRANSIT TO DESTINATION | NT | 03/31/2018 | 12:31 | | System Generated | | | 03/31/2018 12:41:36 | |
| IN TRANSIT TO DESTINATION | NT | 03/30/2018 | 12:31 | | System Generated | | | 03/30/2018 12:44:35 | |
| IN TRANSIT TO DESTINATION | NT | 03/29/2018 | 12:31 | | System Generated | | | 03/29/2018 12:43:33 | |
| ENROUTE/PROCESSED | 10 | 03/28/2018 | 22:31 | MINNEAPOLIS, MN 55401 | Scanned | AFSM100-001-2 | | 03/28/2018 22:39:35 | |
| ENROUTE/PROCESSED | 10 | 03/28/2018 | 19:54 | MINNEAPOLIS, MN 55401 | Scanned | AFSM100-003-1 | | 03/28/2018 20:03:37 | |
| DEPART POST OFFICE | SF | 03/28/2018 | 17:27 | MINNEAPOLIS, MN 55403 | System Generated | | | 03/28/2018 17:47:35 | Closeout Label ID: CT13 5648 9000 1803 2817 3807 000 |
| ACCEPT OR PICKUP | 03 | 03/28/2018 | 15:46 | MINNEAPOLIS, MN 55403 | Scanned | IMD 030SHMJ055 (non-wireless) | Scanned by route 22222224 | 03/28/2018 17:38:37 | Facility Finance Number: 266322 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ⌄     Submit

Product Tracking & Reporting, All Rights Reserved
Version: 18.2.3.0.7