UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
LAWYERS' COMMITTEE FOR CIVIL    )
RIGHTS UNDER THE LAW, et al.,          )
                                                    )
    Plaintiffs,                                 )
                                                    )
v.                                                 )  Civil Action No. 18-0645 EGS
                                                    )
OFFICE OF MANAGEMENT AND      )
BUDGET,                                        )
                                                    )
    Defendant.                               )
_____)

CONSENT MOTION FOR AN EXTENSION OF
TIME TO FILE THE JOINT STATUS REPORT

The parties' joint status report is due today, May 29, 2018.  The Assistant United States Attorney assigned to this case has, however, been out of the office on emergency leave due to the illness of a family member.  Consequently, defendant requests an extension of time, to June 12, 2018, for the parties to file the joint status report.  Plaintiff's counsel has consented to this motion.  Attached is a proposed order reflecting the requested relief.

                Respectfully submitted,

                JESSIE K. LIU, D.C. Bar #472845
                United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

BY:   /s/ *Fred E. Haynes*
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.252.2550
fred.haynes@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER THE LAW, et al., )<br><br>Plaintiff, )<br><br>v. )<br><br>OFFICE OF MANAGEMENT AND BUDGET, )<br><br>Defendant. ) | Civil Action No. 18-0645 EGS |

ORDER

Upon consideration of the consent motion by defendant for an extension to time for the parties to file their joint status report, it is this ___ day of _____, 2018,

ORDERED that the motion is granted; and it is further

ORDERED that the parties shall file the joint status report by June 12, 2018.

UNITED STATES DISTRICT JUDGE