UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER., <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, <br><br> *Defendant*. | Civil Action No. 18-0645 (EGS) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule for Further Proceedings in response to the Court's Minute Order, dated July 19, 2017.

### Background

Plaintiffs the Lawyers' Committee for Civil Rights Under Law ("Lawyers' Committee") and the National Women's Law Center ("NWLC"), submitted five Freedom of Information Act ("FOIA") requests to the Office of Management and Budget ("OMB") "seeking various records explaining the basis for OMB's decision to revoke its approval of the Revised EEO-1 Form and communications related to that decision." Compl. ¶¶ 20–25 (ECF No. 1). Plaintiffs brought an action under FOIA, 5 U.S.C. § 552, on March 21, 2018, to compel OMB to produce the requested records. *Id.* OMB filed an Answer to the Complaint on May 2, 2018. Answer, ECF No. 13.

### Status of the Request

The NWLC and Lawyers' Committee believe based on prior communication with OMB that initial searches for some of the requests were undertaken months ago; OMB, for its part,

now represents that no searches have yet been carried out. However, the parties are focused on attempting to reach resolution and not on their differing understandings of that issue. OMB is currently constructing searches for the five FOIA requests and will have those searches completed in 7 to 10 days. When those searches are completed and OMB determines the volume of potentially responsive records that will require further processing, OMB will share those results with Plaintiffs so that the parties can discuss a proposed processing schedule and also determine whether further narrowing of the results may be appropriate.

If the parties can agree on appropriate search parameters and a reasonable processing schedule, OMB does not intend to move for an *Open America* stay of the proceedings. Because the searches are ongoing and the processing and release of records has not yet commenced, it is too early for the parties to determine if it will be necessary for OMB to prepare a *Vaughn* index and whether to ask the Court to order a briefing schedule for dispositive motions. The parties do not believe the case would benefit from referral to mediation. To the extent possible, the parties intend to confer and reach resolution on processing and scheduling matters before seeking the Court's assistance to resolve disputes.

## Proposed Schedule

In light of the foregoing factors, there may or may not be a need for summary judgment briefing in this case. To provide OMB additional time needed to complete its searches, and for the parties to confer regarding a processing schedule, the parties respectfully propose that, by no later than July 3, 2018, the parties shall file a second joint status report setting forth a proposed schedule for subsequent proceedings, including a proposed schedule for the processing of records by OMB. The attached proposed order also specifies that the parties shall meet and confer regarding OMB's searches, including search terms, the custodians and offices whose

2

records are searched, and the volume of potentially responsive records, by no later than June 22, 2018.

June 12, 2018

 /s/ Emily J. Martin
Emily J. Martin (DC Bar No. 481051)
emartin@nwlc.org
Maya Raghu (DC Bar No. 1035558)
mraghu@nwlc.org

National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
(202) 588-5180

Daniel Goldberger (admitted in the State of New York, pro hac vice motion pending)
goldberger.dan@dorsey.com
Colin Wicker (admitted in the State of Minnesota, pro hac vice motion pending)
wicker.colin@dorsey.com
Sam Bolstad (admitted in the State of Minnesota, pro hac vice motion pending)
bolstad.sam@dorsey.com

Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019-6119
(212) 415-9200

50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Jon Greenbaum (D.C. Bar No. 489887)
Dariely Rodriguez (D.C. Bar application pending)
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
(202) 662-8600

*Plaintiffs' Counsel*

---

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov

*Defendant's Counsel*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER., <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, <br><br> *Defendant*. | Civil Action No. 18-0645 (EGS) |

## **PROPOSED ORDER**

In light of the parties' joint status report, it is hereby **ORDERED** that the parties shall meet and confer regarding OMB's searches, including search terms, the custodians and offices whose records are searched, and the volume of responsive or potentially responsive records, by no later than June 22, 2018, and the parties shall file a further joint status report discussing, *inter alia*, a proposed processing schedule and a recommendation for further proceedings, on or before July 3, 2018.

_____                    _____
Date                                                                                  United States District Judge