# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER., <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, <br><br> *Defendant*. | Civil Action No. 18-0645 (EGS) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Daniel Patrick Schaefer as counsel for Defendant in the above-captioned case.

June 12, 2018                                            Respectfully submitted,


                                                         */s/ Daniel P. Schaefer*
                                                         DANIEL P. SCHAEFER
                                                         D.C. Bar 996871
                                                         Assistant United States Attorney
                                                         555 4th Street, N.W.
                                                         Washington, D.C. 20530
                                                         (202) 252-2531
                                                         Daniel.Schaefer@usdoj.gov