UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS and NATIONAL WOMEN'S
LAW CENTER.,

    *Plaintiffs*,

    v.

OFFICE OF MANAGEMENT AND
BUDGET,

    *Defendant*.

Civil Action No. 18-0645 (EGS)

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule for Further Proceedings in response to the Court's Minute Order, dated June 15, 2018.

Defendant the Office of Management and Budget ("OMB") completed its initial searches for the five Freedom of Information Act ("FOIA") requests. OMB reported to Plaintiffs on the results and the parties' counsel have held three teleconferences to meet and confer on search terms and a processing schedule. Thus far, OMB's searches for four of the requests[1] have yielded at least 289 potentially responsive documents (the number of pages is not known), but the review of documents for these requests remains ongoing. OMB can complete its review of these documents and issue a final response to Plaintiffs by August 6, 2018.

Plaintiffs intend to propose additional search terms for the first four requests. OMB is not committing to conducting additional searches or reviewing additional documents at this time,

---

[1] (1) the Business Roundtable FOIA Request (Req. No. 17-449); (2) EEOC FOIA Request (Req. No. 17-450); (3) Advisory Council FOIA Request (Req. No. 17-451); and (4) Chamber FOIA Request (Req. No. 17-453).

as OMB believes the initial searches were appropriate, but OMB will take any proposed additional search terms under advisement as the review proceeds.

Plaintiffs do not agree that the initial searches are appropriate for several reasons. First, OMB has not reviewed any of the documents and thus it cannot know whether the proposed exclusions are appropriate. Second, OMB's proposed searches require that ***all*** proposed search terms be present in a document for it to be "responsive," which will almost certainly exclude responsive documents. Third, OMB's proposed search terms do not include reasonable variations, abbreviations, and acronyms of the key terms and are thus likely to exclude additional responsive documents. Finally, OMB's proposed search terms do not include the names of individuals included in Plaintiffs' FOIA requests and thus risk excluding responsive documents from those individuals.

The fifth request, the so-called "Catchall FOIA Request" (Req. 17-452), yielded 6,555 potentially responsive documents (again, the number of pages of this review set is unknown). The parties both intend to explore options for reducing the number of search results and/or narrowing the scope of the review. Plaintiffs also intend to propose additional or modified search terms for the Catchall FOIA Request. Based on the foregoing, the parties propose to file a further joint status report to provide the Court with an update on OMB's searches and processing and a recommendation for further proceedings on or before August 22, 2018.

July 3, 2018                                             Respectfully submitted,

| | |
|---|---|
| /s/ Daniel Goldberger | JESSIE K. LIU |
| | D.C. Bar 472845 |
| Daniel Goldberger (admitted in the State of New York, pro hac vice motion pending) | United States Attorney |
| goldberger.dan@dorsey.com | DANIEL F. VAN HORN |
| Colin Wicker (admitted in the State of Minnesota, pro hac vice motion pending) | D.C. Bar 924092 |
| wicker.colin@dorsey.com | Chief, Civil Division |
| Sam Bolstad (admitted in the State of Minnesota, pro hac vice motion pending) | By: /s/ Daniel P. Schaefer |
| bolstad.sam@dorsey.com | DANIEL P. SCHAEFER |
| | D.C. Bar 996871 |
| Dorsey & Whitney LLP | Assistant United States Attorney |
| 51 West 52nd Street | 555 4th Street, N.W. |
| New York, NY 10019-6119 | Washington, D.C. 20530 |
| (212) 415-9200 | Tel: (202) 252-2531 |
| | E-mail: Daniel.Schaefer@usdoj.gov |
| 50 South Sixth Street, Suite 1500 | |
| Minneapolis, MN 55402 | *Defendant's Counsel* |
| (612) 340-2600 | |

Emily J. Martin (DC Bar No. 481051)
emartin@nwlc.org
Maya Raghu (DC Bar No. 1035558)
mraghu@nwlc.org

National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
(202) 588-5180

Jon Greenbaum (D.C. Bar No. 489887)
Dariely Rodriguez (D.C. Bar application pending)
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
(202) 662-8600

*Plaintiffs' Counsel*