UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER., <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, <br><br> *Defendant*. | Civil Action No. 18-0645 (EGS) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule for Further Proceedings in response to the Court's Minute Order, dated July 7, 2018.

Defendant the Office of Management and Budget ("OMB") reviewed and processed 289 documents it had previously identified as potentially responsive to four of the five Freedom of Information Act ("FOIA") requests.[1] OMB determined that 42 of the 289 documents were responsive and produced those documents on August 6, 2018.

As contemplated in the prior Joint Status Report and Proposed Schedule [Dkt. No. 17], Plaintiffs proposed additional search terms for the first four requests on July 19, 2018. OMB took that under advisement and informed plaintiffs during a telephone conference on August 21, 2018, that it will run searches using the new search terms. The Parties have agreed that OMB will report back to Plaintiffs regarding the resulting document counts by August 28, 2018. OMB

---

[1] (1) the Business Roundtable FOIA Request (Req. No. 17-449); (2) EEOC FOIA Request (Req. No. 17-450); (3) Advisory Council FOIA Request (Req. No. 17-451); and (4) Chamber FOIA Request (Req. No. 17-453).

will then begin reviewing and processing the documents identified as potentially responsive using the new search terms.

OMB has represented that going forward it will process a minimum of 300 documents a month from those identified as being potentially responsive using the new search terms. OMB will make its initial production based on its processing of a minimum of 300 documents on September 28, 2018, followed by rolling productions on a monthly basis as set forth below.

Following the initial production, OMB shall process a minimum of 300 documents per month and produce the resulting responsive documents by the 28th of each month or, when the 28th falls on a weekend or holiday, the next weekday that is not a federal holiday. The parties have agreed to revisit the above schedule in good faith if the number of potentially responsive documents identified using the new search terms is unexpectedly large.

OMB will determine whether it can prioritize its review and processing regarding documents created during a specific period of particular interest to Plaintiffs. Plaintiffs may also suggest prioritizing production from particular custodians depending on the number of documents identified as potentially responsive to the new search terms. Plaintiffs agree to promptly review the documents in each OMB production and inform OMB if the results of their review suggest ways in which the search terms can be improved.

Plaintiffs do not agree with the rate at which OMB states that it will process the results of the new searches. Plaintiffs contend that quicker processing is appropriate in light of the public interest in transparency with regard to an important policy change, OMB's statutory duties, the limited number of documents produced by OMB to date, and the time that has passed since Plaintiffs made their initial FOIA requests. After approximately eleven months, Plaintiffs have only now received 42 redacted documents in response to their FOIA requests.

OMB represents that it cannot commit to a rate in excess of 300 documents per month, in light of its limited resources, and the volume of litigation matters and FOIA requests in which OMB is processing records for release.  OMB further notes that a rate of 300 documents per month will likely involve processing considerably more than 300 pages.  The 300 documents per month rate is consistent with representations that OMB has made recently in its other active litigation matters.

As noted in prior status reports, the fifth request, the so-called "Catchall FOIA Request" (Req. 17-452), yielded 6,555 potentially responsive documents.  The number of pages of this review set is unknown.  The parties expect that further review and production from the first four requests will help them better determine options for reducing the number of search results and/or narrowing the scope of the review.

The documents produced by OMB contained numerous redactions and the parties have not yet discussed the propriety of those redactions, choosing instead to focus on the search for and processing of responsive documents.  However, Plaintiffs reserve the right to raise the issue later.  Plaintiffs will first address the redactions through the meet-and-confer process, but may bring such issues to the Court if the parties are not able to resolve the issue.

Based on the foregoing, the parties propose to file a further joint status report to provide the Court with an update on OMB's searches and processing and a recommendation for further proceedings on or before November 5, 2018.

| | |
|---|---|
| August 22, 2018 | Respectfully submitted, |
| */s/ Daniel Goldberger* | JESSIE K. LIU<br>D.C. Bar 472845<br>United States Attorney |
| Daniel Goldberger (admitted in the State of New York, admitted pro hac vice)<br>goldberger.dan@dorsey.com<br>Colin Wicker (admitted in the State of Minnesota, admitted pro hac vice)<br>wicker.colin@dorsey.com<br>Sam Bolstad (admitted in the State of Minnesota, admitted pro hac vice)<br>bolstad.sam@dorsey.com | DANIEL F. VAN HORN<br>D.C. Bar 924092<br>Chief, Civil Division<br><br>By: */s/ Daniel P. Schaefer*<br>DANIEL P. SCHAEFER<br>D.C. Bar 996871<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2531<br>E-mail: Daniel.Schaefer@usdoj.gov |
| Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019-6119<br>(212) 415-9200 | *Defendant's Counsel* |

50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Emily J. Martin (DC Bar No. 481051)
emartin@nwlc.org
Maya Raghu (DC Bar No. 1035558)
mraghu@nwlc.org

National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
(202) 588-5180

Jon Greenbaum (D.C. Bar No. 489887)
Dariely Rodriguez (D.C. Bar application pending)
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
(202) 662-8600

*Plaintiffs' Counsel*