IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER., <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, <br><br> *Defendant*. | Civil Action No. 18-0645 (EGS) |

**PROPOSED ORDER**

In light of the parties' joint status report, it is hereby **ORDERED** that Defendant shall make its next interim release by September 28, 2018, and additional interim releases on a monthly basis on or before the 28th of the month (or the next business day), until the processing is completed; and it is

**FURTHER ORDERED** that the parties shall file a further joint status report discussing, *inter alia*, the status of the records processing, a proposed processing schedule, and a recommendation for further proceedings, on or before November 5, 2018.

_____        _____
Date                                                    United States District Judge