UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>      *Plaintiffs*,<br><br>      v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>      *Defendant*. | Civil Action No. 18-0645 (EGS) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule for Further Proceedings in response to the Court's Minute Order, dated August 23, 2018. Since the parties filed their previous joint status report on August 22, 2018, Defendant the Office of Management and Budget ("OMB") issued interim responses and released records responsive to Plaintiffs' Freedom of Information Act ("FOIA") requests on October 11, 2018, and October 31, 2018. The first interim response was due on September 28 and the second interim response was due on October 28. Both interim responses were delayed due to the departure of OMB's lead attorney who had responsibility for this case on September 18 and the need to transition the case file and document review to a new attorney. However, OMB does not anticipate any further delays in the productions going forward, which are scheduled to be made by the 28th of each month (or the next business day), until the processing is completed. OMB satisfied its processing quota of 300 documents per month for September and October and will continue to process the documents at that rate. The parties maintain and reserve their positions

concerning the processing rate as stated in the parties' previous joint status report, dated August 22, 2018.

OMB is currently reviewing documents responsive to Request No. 17-450.  OMB has approximately 1,017 documents left to review for that request (out of 1,350 documents in that review set originally).  Based on the standard processing rate of 300 documents per month, OMB expects to complete reviewing those records by February 2019.  As discussed in the parties' previous joint status report, the searches for the so-called "catchall" request (Req. No. 17-452) also yielded 6,555 potentially responsive documents that will also require further review for responsiveness and release.  The parties' counsel plan to hold another teleconference during the week of December 3 to further discuss any issues or objections Plaintiffs may have concerning the prior releases and to continue to explore ways of potentially narrowing the universe of records for the catchall request that will require further review.

Based on the foregoing, the parties propose to file a further joint status report to provide the Court with an update on OMB's searches and processing and a recommendation for further proceedings on or before December 12, 2018.

November 5, 2018

 /s/ Daniel Goldberger

Daniel Goldberger (admitted in the State of New York, admitted pro hac vice)
goldberger.dan@dorsey.com
Colin Wicker (admitted in the State of Minnesota, admitted pro hac vice)
wicker.colin@dorsey.com
Sam Bolstad (admitted in the State of Minnesota, admitted pro hac vice)
bolstad.sam@dorsey.com

Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019-6119
(212) 415-9200

50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Emily J. Martin (DC Bar No. 481051)
emartin@nwlc.org
Maya Raghu (DC Bar No. 1035558)
mraghu@nwlc.org

National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
(202) 588-5180

Jon Greenbaum (D.C. Bar No. 489887)
Dariely Rodriguez (D.C. Bar application pending)
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
(202) 662-8600

*Plaintiffs' Counsel*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov

*Defendant's Counsel*

3