UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>   *Defendant*. | Civil Action No. 18-0645 (EGS) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule for Further Proceedings in response to the Court's Minute Order, dated November 5, 2018. Since the parties filed their previous joint status report on August 22, 2018, Defendant the Office of Management and Budget ("OMB") issued interim responses and released records responsive to Plaintiffs' Freedom of Information Act ("FOIA") requests on November 29, 2018. OMB satisfied its processing quota of 300 documents per month for September, October, and November and will continue to process the documents at that rate. The parties maintain and reserve their positions concerning the processing rate as stated in the parties' previous joint status report, dated August 22, 2018.

OMB is currently reviewing documents responsive to Request No. 17-450. OMB has approximately 620 documents left to review for that request (out of 1350 documents in that review set originally). Based on the standard processing rate of 300 documents per month, OMB expects to complete reviewing those records by February, 2019. As discussed in the parties' previous joint status report, the searches for the so-called "catchall" request (Req. No. 17-452)

also yielded 6,555 potentially responsive documents that will also require further review for responsiveness and release.  The parties' counsel held a telephone conference on December 12, 2018 during which they discussed ways of potentially narrowing the universe of records for the catchall request that will require further review.  Plaintiffs' counsel agreed to consider and discuss with their clients three options presented by OMB.  One of the options presented by OMB and discussed by counsel was prioritizing the review of certain custodians, and OMB has agreed to provide Plaintiffs with a document containing a rough count of documents per custodian for the catch-all request to facilitate consideration of that option.

On December 11, 2018, Plaintiffs provided OMB with six documents that had been redacted based on assertions of the deliberative process privilege under Exemption 5, which Plaintiffs believe may have been over-redacted.  OMB has agreed to review and respond to Plaintiffs' objections to those six documents.  The parties also agreed to confer during the week of January 28, 2019.

Based on the foregoing, the parties propose to file a further joint status report to provide the Court with an update on OMB's searches and processing and a recommendation for further proceedings on or before February 1, 2019.

December 12, 2018

 */s/ Daniel Goldberger*

Daniel Goldberger (admitted in the State of New York, admitted pro hac vice)
goldberger.dan@dorsey.com
Colin Wicker (admitted in the State of Minnesota, admitted pro hac vice)
wicker.colin@dorsey.com
Sam Bolstad (admitted in the State of Minnesota, admitted pro hac vice)
bolstad.sam@dorsey.com

Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019-6119
(212) 415-9200

50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Emily J. Martin (DC Bar No. 481051)
emartin@nwlc.org
Maya Raghu (DC Bar No. 1035558)
mraghu@nwlc.org

National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
(202) 588-5180

Jon Greenbaum (D.C. Bar No. 489887)
Dariely Rodriguez (D.C. Bar application pending)
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
(202) 662-8600

*Plaintiffs' Counsel*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov

*Defendant's Counsel*