IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER., <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, <br><br> *Defendant*. | Civil Action No. 18-0645 (EGS) |

## PROPOSED ORDER

In light of the parties' joint status report, it is hereby **ORDERED** that the parties shall file a further joint status report discussing, *inter alia*, the status of the records processing and a proposed schedule for further proceedings on or before February 1, 2019.

_____    _____
Date                                               United States District Judge