**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>        *Defendant*. | Civil Action No. 18-0645 (EGS) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

The parties, by and through counsel, respectfully submit this Joint Status Report and Proposed Schedule.  In their previous Joint Status Report dated December 12, 2018 (ECF No. 20), the parties had proposed to file their next Joint Status Report on February 1, 2019.

At the end of the day on December 21, 2018, the appropriations act that had been funding the Office of Management and Budget ("OMB") and the Department of Justice ("DOJ") expired and funding to these agencies lapsed.  During the lapse of appropriations, DOJ attorneys and employees were furloughed and prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.  In addition, OMB's FOIA processors and attorneys were furloughed and prohibited from processing Plaintiff's FOIA request during the lapse of appropriations.

An appropriations act providing funding to DOJ and OMB for a three-week period of time was enacted on January 25, 2019.  Consequently, DOJ attorneys, including the undersigned Assistant United States Attorney assigned to this case, are now authorized by law to resume

work on civil matters, including matters that are not "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. With the restoration of funding, OMB is also now able to continue processing Plaintiff's FOIA request.

The parties, through counsel, conferred this week by email on a schedule for further proceedings. The parties propose that the Court direct the parties to file another joint status report addressing the status of the processing of Plaintiff's FOIA request and proposing a schedule for further proceedings by March 1, 2019. The parties plan to confer by phone during the week of February 25, 2019. The parties agreed to extend the deadline for OMB's interim release that had been scheduled for December 28, 2018, until February 1, 2019. OMB will make its next interim release on or before February 28, 2019.

February 1, 2019

 */s/ Daniel Goldberger*

Daniel Goldberger (admitted in the State of
New York, admitted pro hac vice)
goldberger.dan@dorsey.com
Colin Wicker (admitted in the State of
Minnesota, admitted pro hac vice)
wicker.colin@dorsey.com
Sam Bolstad (admitted in the State of
Minnesota, admitted pro hac vice)
bolstad.sam@dorsey.com

Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019-6119
(212) 415-9200

50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Emily J. Martin (DC Bar No. 481051)
emartin@nwlc.org
Maya Raghu (DC Bar No. 1035558)
mraghu@nwlc.org

National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
(202) 588-5180

Jon Greenbaum (D.C. Bar No. 489887)
Dariely Rodriguez (D.C. Bar application
pending)
Lawyers' Committee for Civil Rights Under
Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
(202) 662-8600

*Plaintiffs' Counsel*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov

*Defendant's Counsel*