IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>*Defendant*. | Civil Action No. 18-0645 (EGS) |

**PROPOSED ORDER**

In light of the parties' joint status report, it is hereby **ORDERED** that the parties shall file a further joint status report discussing, *inter alia*, the status of the records processing and a proposed schedule for further proceedings on or before March 1, 2019.

_____                              _____
Date                                                                                          United States District Judge