UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>   *Defendant*. | Civil Action No. 18-0645 (EGS) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule for Further Proceedings in response to the Court's Minute Order dated February 1, 2019.

OMB completed its review and issued a final response to Request No. 17-450 on February 28, 2019.

As discussed in the parties' previous joint status reports, the searches for the "Catchall" request (Req. No. 17-452) yielded 6,555 potentially responsive documents that will also require further review for responsiveness and release. The parties have not yet finalized a search and review protocol for this request. The parties' counsel held a teleconference on March 1, 2019, to further confer on search parameters and explored possibilities for narrowing the review set. OMB agreed to provide a document count by custodian and organization by March 8, 2019. Plaintiff will also consider a proposal by Defendant to narrow the date range, and Defendant is also exploring the possibility of removing from the review set documents that were previously reviewed for the other tracking numbers. The parties intend to continue to exchange

communications and work together over the coming weeks to try to finalize the search parameters and a review protocol by the end of March.  The parties plan to schedule another teleconference during the first week of April.

On December 11, 2018, Plaintiffs provided OMB with six documents that had been redacted based on assertions of the deliberative process privilege under Exemption 5, which Plaintiffs believe may have been over-redacted.  OMB has agreed to review and respond to Plaintiffs' objections to those six documents before the next status report is submitted.

In light of the above, the parties propose to file a further joint status report with the Court on April 12, 2019.  The parties' next joint status report will include an update on the search results as a result of the parties' ongoing meet and confer discussions on narrowing and/or prioritizing the review, a proposed processing schedule for the remainder of the records that require further review, and a proposed schedule for further proceedings.

| | |
|---|---|
| Dated:  March 1, 2019 | Respectfully submitted, |
| */s/ Daniel Goldberger* | JESSIE K. LIU<br>D.C. Bar 472845<br>United States Attorney |
| Daniel Goldberger (admitted in the State of New York, admitted pro hac vice)<br>goldberger.dan@dorsey.com<br>Colin Wicker (admitted in the State of Minnesota, admitted pro hac vice)<br>wicker.colin@dorsey.com<br>Sam Bolstad (admitted in the State of Minnesota, admitted pro hac vice)<br>bolstad.sam@dorsey.com | DANIEL F. VAN HORN<br>D.C. Bar 924092<br>Chief, Civil Division<br><br>By: */s/ Daniel P. Schaefer*<br>DANIEL P. SCHAEFER<br>D.C. Bar 996871<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2531<br>E-mail: Daniel.Schaefer@usdoj.gov |
| Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019-6119<br>(212) 415-9200 | *Defendant's Counsel* |

50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Emily J. Martin (DC Bar No. 481051)
emartin@nwlc.org
Maya Raghu (DC Bar No. 1035558)
mraghu@nwlc.org

National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
(202) 588-5180

Jon Greenbaum (D.C. Bar No. 489887)
Dariely Rodriguez (D.C. Bar application pending)
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
(202) 662-8600

*Plaintiffs' Counsel*