IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER.,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>*Defendant*. | Civil Action No. 18-0645 (EGS) |

## **PROPOSED ORDER**

In light of the parties' joint status report, it is hereby **ORDERED** that the parties shall file a further joint status report discussing, *inter alia*, an update on the search results as a result of the parties' ongoing meet and confer discussions on narrowing and/or prioritizing the review, a proposed processing schedule for the remainder of the records, and a proposed schedule for further proceedings.

_____          _____
Date                                                                        United States District Judge