UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>*Defendant*. | Civil Action No. 18-0645 (EGS) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule for Further Proceedings in response to the Court's Minute Order dated March 27, 2019.

As discussed in the parties' previous joint status reports, the searches for the "Catchall" request (Req. No. 17-452) yielded 6,555 potentially responsive documents that will also require further review for responsiveness and release. As contemplated in the parties' last joint status report, OMB provided document counts by custodian and organization to plaintiffs on two separate spreadsheets.

The parties conferred during a telephone conference on April 11, 2019, and agreed that by May 10, 2019 OMB will review, process, and, as applicable, release the documents associated with ten specific organizations listed on a spreadsheet provided by OMB, the identities of which were provided to OMB both during the parties' call and in writing via email. The parties have also discussed Vaughn indices for the withheld and redacted documents from the four requests for which processing is complete, and OMB has agreed to produce draft versions of those indices by May 24, 2019.

The parties intend to continue to exchange communications and work together over the coming weeks on search parameters for the remainder of the catch-all documents.  Plaintiffs have raised the possibility of excluding documents likely to consist of the scheduling of meetings or telephone calls either by keyword or custodian, and OMB will consider the matter and respond.  The parties plan to confer during mid- to late-May regarding the draft Vaughn indices and further prioritization and/or narrowing of the review.

In light of the above, the parties propose to file a further joint status report with the Court by June 7, 2019.  The parties' next joint status report will include an update on the draft Vaughn indices, results of the parties' ongoing meet and confer discussions on narrowing and/or prioritizing the review, and a proposed schedule for further proceedings.

| | |
|---|---|
| Dated:  April 12, 2019 | Respectfully submitted, |
| /s/ Colin Wicker | JESSIE K. LIU<br>D.C. Bar 472845<br>United States Attorney |
| Daniel Goldberger (admitted in the State of New York, admitted pro hac vice)<br>goldberger.dan@dorsey.com<br>Colin Wicker (admitted in the State of Minnesota, admitted pro hac vice)<br>wicker.colin@dorsey.com<br>Sam Bolstad (admitted in the State of Minnesota, admitted pro hac vice)<br>bolstad.sam@dorsey.com | DANIEL F. VAN HORN<br>D.C. Bar 924092<br>Chief, Civil Division |
| Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019-6119<br>(212) 415-9200 | By: /s/ Daniel P. Schaefer<br>DANIEL P. SCHAEFER<br>D.C. Bar 996871<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2531<br>E-mail: Daniel.Schaefer@usdoj.gov |
| 50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>(612) 340-2600 | *Defendant's Counsel* |

Emily J. Martin (DC Bar No. 481051)
emartin@nwlc.org
Maya Raghu (DC Bar No. 1035558)
mraghu@nwlc.org

National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
(202) 588-5180

Jon Greenbaum (D.C. Bar No. 489887)
Dariely Rodriguez (D.C. Bar application pending)
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
(202) 662-8600

*Plaintiffs' Counsel*