UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>   *Defendant*. | Civ. A. No. 18-0645 (EGS) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule for Further Proceedings in response to the Court's Minute Order dated April 30, 2019. In the parties' previous Joint Status Report dated April 12, 2019, Defendant Office of Management and Budget ("OMB") agreed to make an interim release of records prioritized by Plaintiff for the so-called "Catchall" request by May 10, 2019. OMB also agreed to produce draft Vaughn indices for the documents with withholdings for the four requests for which OMB's processing and responses are already complete by May 24, 2019.

As an update, OMB completed the contemplated production of prioritized records on May 17, 2019. OMB missed the production deadline by one week due to an unforeseen delay in the Agency's internal clearance process regarding equities of agency personnel in the documents that were released. However, OMB has not finished preparing the draft *Vaughn* indices and requires two additional weeks to complete that work. OMB was not able to complete the draft *Vaughn* indices by the agreed deadline due to an internal miscommunication regarding the scope of the indices to be produced. OMB had agreed to prepare draft *Vaughn* indices for each of the

four requests for which processing is complete but did not begin preparing all of the indices in time to complete them prior to the deadline. Therefore, Defendant requests an extension until June 20, 2019, to produce the draft *Vaughn* indices for the four requests for which OMB's responses are complete.

Plaintiffs object to Defendant's requested extension as Defendant is already two weeks late and the result of the extension would be production of the draft *Vaughn* indices almost four weeks past the mutually agreed-upon deadline. Defendant has indicated that its tardiness is the result of a failure to begin preparing "all of the indices" in time to produce by May 24, 2019. However, that language suggests that at least one (and possibly more) of the indices was begun early enough to meet the deadline. Defendant has represented to Plaintiffs that it needs until June 20, 2019 to complete "all of the indices." Plaintiffs, however, are willing to receive the indices on a rolling basis and should not be further prejudiced by Defendant's tardiness. Plaintiffs request that Defendant be ordered to produce the draft *Vaughn* indices on a rolling basis as soon as is practicable.

The parties otherwise reserve their respective positions from the parties' previous joint status report.

Based on the foregoing, the parties propose to file another Joint Status Report by July 8, 2019. The parties' next joint status report will include an update on the draft *Vaughn* indices, results of the parties' ongoing meet and confer discussions on narrowing and/or prioritizing the review, and a proposed schedule for further proceedings.

| | |
|---|---|
| Dated:  June 7, 2019 | Respectfully submitted, |
|   | |
|  */s/ Colin Wicker* | JESSIE K. LIU |
| | D.C. Bar 472845 |
| Daniel Goldberger (admitted in the State of New York, admitted pro hac vice) | United States Attorney |
| goldberger.dan@dorsey.com | DANIEL F. VAN HORN |
| Colin Wicker (admitted in the State of Minnesota, admitted pro hac vice) | D.C. Bar 924092 |
| wicker.colin@dorsey.com | Chief, Civil Division |
| Sam Bolstad (admitted in the State of Minnesota, admitted pro hac vice) | By: */s/ Daniel P. Schaefer* |
| bolstad.sam@dorsey.com | DANIEL P. SCHAEFER |
| | D.C. Bar 996871 |
| Dorsey & Whitney LLP | Assistant United States Attorney |
| 51 West 52nd Street | 555 4th Street, N.W. |
| New York, NY 10019-6119 | Washington, D.C. 20530 |
| (212) 415-9200 | Tel: (202) 252-2531 |
| | E-mail: Daniel.Schaefer@usdoj.gov |
| 50 South Sixth Street, Suite 1500 | |
| Minneapolis, MN 55402 | *Defendant's Counsel* |
| (612) 340-2600 | |
| | |
| Emily J. Martin (DC Bar No. 481051) | |
| emartin@nwlc.org | |
| Maya Raghu (DC Bar No. 1035558) | |
| mraghu@nwlc.org | |
| | |
| National Women's Law Center | |
| 11 Dupont Circle, NW, Suite 800 | |
| Washington, DC 20036 | |
| (202) 588-5180 | |
| | |
| Jon Greenbaum (D.C. Bar No. 489887) | |
| Dariely Rodriguez (D.C. Bar application pending) | |
| Lawyers' Committee for Civil Rights Under Law | |
| 1401 New York Avenue NW, Suite 400 | |
| Washington, D.C. 20005 | |
| (202) 662-8600 | |
| | |
| *Plaintiffs' Counsel* | |