UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>   *Defendant*. | Civ. A. No. 18-0645 (EGS) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

  The parties, by counsel, respectfully submit this Joint Status Report and Proposed Schedule for Further Proceedings in response to the Court's Minute Order dated June 7, 2019. In the parties' Joint Status Report dated April 12, 2019, the Office of Management and Budget ("OMB") had agreed to produce draft *Vaughn* indices for the documents with withholdings for the four requests for which OMB's processing and responses are already complete by May 24, 2019. Then, in the prior Joint Status report dated June 7, 2019, OMB indicated that it was not able to complete the draft *Vaughn* indices by the agreed deadline due to an internal miscommunication regarding the scope of the indices to be produced, and Defendant requested an extension until June 20, 2019. Plaintiffs objected to Defendant's requested extension and asked that it produce the draft indices on a rolling basis. Defendant produced the draft indices on June 21, 2019.

  In the meet and confer discussions leading up to this Joint Status Report, Plaintiffs informed Defendant that they are not seeking any further processing of the so-called "catch-all" request. Plaintiffs, instead, wish to move towards resolving this matter through summary

judgment.  Plaintiffs are not challenging Defendant's Exemption 6 redactions and do not presently intend to challenge the sufficiency of the search.  If Plaintiffs subsequently determine that they do wish to challenge the sufficiency of the search, they agree to inform Defendant by July 16, 2019.  The parties currently anticipate that the issue to be resolved through summary judgment is the propriety of the Exemption 5 redactions and withholdings made by Defendant for the productions that Defendant has made as of this filing, including those productions already made in response to the "catch-all" request.   Based on Plaintiff's counsel's representation today that Plaintiff will withdraw its claim of access to all remaining records left for OMB to process for the outstanding "catch-all" request and Defendant's understanding of the scope of the dispute as outlined above, Defendant does not oppose Plaintiff's request that the Court set a schedule for summary judgment briefing.

      The parties discussed the scheduling of the summary judgment briefing and jointly propose that the Court order the parties to adhere to the following briefing schedule:  Defendant shall file its summary judgment motion by September 18, 2019, Plaintiff shall file its opposition to Defendant's motion by October 18, 2019, and Defendant shall file its reply by October 30, 2019.

Dated:  July 8, 2019

 /s/ Colin Wicker

Daniel Goldberger (admitted in the State of New York, admitted pro hac vice)
goldberger.dan@dorsey.com
Colin Wicker (admitted in the State of Minnesota, admitted pro hac vice)
wicker.colin@dorsey.com
Sam Bolstad (admitted in the State of Minnesota, admitted pro hac vice)
bolstad.sam@dorsey.com

Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019-6119
(212) 415-9200

50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Emily J. Martin (DC Bar No. 481051)
emartin@nwlc.org
Maya Raghu (DC Bar No. 1035558)
mraghu@nwlc.org

National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
(202) 588-5180

Jon Greenbaum (D.C. Bar No. 489887)
Dariely Rodriguez (D.C. Bar application pending)
Lawyers' Committee for Civil Rights Under Law
1401 New York Avenue NW, Suite 400
Washington, D.C. 20005
(202) 662-8600

*Plaintiffs' Counsel*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov

*Defendant's Counsel*