IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>*Defendant*. | Civ. A. No. 18-0645 (EGS) |

## **PROPOSED ORDER**

In light of the parties' joint status report, it is hereby **ORDERED** that Defendant shall file its motion for summary judgment by September 18, 2019; Plaintiffs shall file their opposition to Defendant's motion by October 18, 2019; and Defendant shall file its reply in support of its motion by October 30, 2019.

_____     _____
Date                                                              United States District Judge