# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>*Defendant*. | Civ. A. No. 18-0645 (EGS) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Office of Management and Budget ("OMB") hereby moves for summary judgment on Plaintiff's Freedom of Information Act ("FOIA") claim. In support of this Motion, Defendant submits a Memorandum of Points and Authorities, Statement of Material Facts Not in Genuine Dispute, Exhibits, and Proposed Order. Defendant fully complied with its obligations under the FOIA in responding to Plaintiff's request for records. Therefore, Defendant respectfully requests that the Court grant this Motion and enter summary judgment in its favor.

Dated: September 18, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By:    */s/ Daniel P. Schaefer*
      DANIEL P. SCHAEFER
      D.C. Bar 996871
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 252-2531
      Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*