UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>*Defendant*. | Civ. A. No. 18-0645 (EGS) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS
<u>AS TO WHICH THERE IS NO GENUINE ISSUE</u>**

Pursuant to Local Civil Rule 7(h), Defendant Office of Management and Budget ("OMB"), submits this statement of material facts as to which there is no genuine issue in support of its motion for summary judgment:

**I.     Plaintiffs' FOIA Request**

1.      Plaintiffs submitted five FOIA requests to OMB on September 20, 2017 (the "Requests"). Walsh Decl. ¶ 3.  OMB designated these Requests with case numbers 2017-449, 2017-450, 2017-451, 2017-452, and 2017-453.  *Id.*

2.      Plaintiffs' Requests sought records regarding the order by OMB's Office of Information and Regulatory Affairs initiating an indefinite stay and review of the Equal Employment Opportunity Commission's ("EEOC") collection of pay data through its updated EEO-1 form. True and accurate copies of the Requests are attached hereto as Exhibits 1-5.  *Id.* ¶ 3.

3.      For all productions in this matter for all five Requests, OMB withheld 87 responsive records in full or in part pursuant to FOIA Exemption 5.  *Id.* ¶ 5.  More specifically, OMB

withheld in full 23 documents and partially redacted information from 64 documents under Exemption 5 pursuant to the deliberative process privilege.  *Id.* ¶ 9.

4.With respect to the threshold requirement of Exemption 5, each of the records that OMB withheld in full or in part under Exemption 5 contained inter-agency or intra-agency communications.  *Id.* ¶ 9.  None of the information that OMB withheld under Exemption 5 was shared with anyone outside the Executive Branch.  *Id.*

5.With respect to the remaining elements of the deliberative process privilege, OMB determined that all of the information that OMB withheld was both pre-decisional and deliberative.  *Id.* ¶ 10.  The withheld information contains pre-decisional and deliberative communications or draft documents in the process of revision that do not reflect final agency decisions.  *Id.*

6.These discussions and drafts were all created as part of a decision-making process conducted among staff in OMB in consultation with other components of the Executive Office of the President and Executive Branch agencies pursuant to authority delegated to OMB by the Paperwork Reduction Act, 44 U.S.C. §§ 3501–3521, over the approval of collection of information by the federal government.  *Id.* ¶ 11.  In this case, the collection of information under consideration was the EEOC's pay-data collection for employers using the EEOC's EEO-1 form.  *Id.*

7.In particular, the deliberations in the information being withheld concern the then-pending decision by OMB on whether to issue a letter initiating a review and stay of the EEO-1 form.  *Id.* ¶ 12.  This information is pre-decisional because all of the information withheld pre-dated OMB's final decision on August 29, 2017.  *Id.*

8.      The redacted information reflects confidential discussions and deliberations that informed OMB's internal policy formulation process regarding OMB's final decision on the review of the EEO-1 form.  *Id.* ¶ 13.  OMB redacted such information from these records to protect frank discussions from being chilled by the effects of public scrutiny of the deliberative process.  *Id.*

9.      In the case of draft documents that were withheld in full, such documents were withheld in the process of revision and do not reflect final agency decisions but are part of both a decision-making process regarding the final composition of such documents, and also the larger decision-making process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection.  *Id.* ¶ 14.

10.     The compelled disclosure of the records and information withheld or redacted due to the deliberative process privilege would inhibit the frank and candid expression of views and the sharing of information that are essential for OMB to carry out its responsibilities, and would greatly impair the free exchange of information, ideas and analysis within OMB, and between OMB and other agencies in the Executive Branch.  *Id.* ¶ 15.  As a consequence, disclosure would have an adverse impact on the quality of Executive Branch decision-making on a type of decision that occurs frequently within OMB and, as noted previously, is specifically delegated to OMB in the Paperwork Reduction Act.  *Id.*

11.     The effectiveness of the deliberative process that OMB conducts pursuant to this statute depends on preserving an environment in which Executive Branch officials can explore issues thoroughly and present their views, concerns, and recommendations candidly.  *Id.* ¶ 16.  The decision-making process regarding approval of data collection is often a lengthy iterative process, where OMB staff gather information from agencies and other sources, consolidate what they have learned, evaluate and analyze the data, and develop policy recommendations.  *Id.*

These recommendations are reviewed and potentially revised as more information and viewpoints are accumulated. *Id.* The documents at issue here, all of which were generated during the above-described decision-making process, contain the deliberations of OMB staff as they considered recommendations and developed options for consideration by OMB's policy officials. *Id.*

12. OMB relies on the expertise of other agencies about the details of their respective programs and operations. *Id.* ¶ 17. Without the assurance of confidentiality, such agencies would not provide OMB the type of information it needs to properly inform the President and to implement and oversee the Administration's priorities. *Id.* If such information were to be publicly disclosed, the frank exchange of confidential opinions and analysis among Executive Branch officials and staff would be significantly inhibited. *Id.*

13. The policy deliberations reflected in these documents are representative of the kinds of deliberations that take place every day at OMB. *Id.* ¶ 18. While the specific subject matter, content, and course of deliberations vary, the deliberative process is generally similar with respect to the overall way in which OMB works with the White House, other components in the Executive Office of the President, and Executive Branch agencies when analyzing policies or legal issues. *Id.* Maintaining the confidentiality of these types of pre-decisional and deliberative communications is critical for OMB to carry out its mission. *Id.*

14. In conducting a document-by-document review of all the records located by OMB that are responsive to the FOIA Requests, OMB carefully assessed whether any factual or otherwise nonexempt information could be segregated and disclosed pursuant to 5 U.S.C. § 552(b). *Id.* ¶ 19. OMB has determined that all nonexempt segregable information has been released. *Id.*

15. In particular, OMB determined, with respect to each record withheld in full under Exemption 5 due to the deliberative process privilege, that the record consists of discussions involving economic, legal, and policy issues, in which facts are inextricably intertwined with deliberative discussion, opinions, and policy recommendations, such that disclosing any facts, and how they are presented, would reveal the thought processes of OMB during deliberations. *Id.* ¶ 20.

Dated: September 18, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By:   /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*