# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,

    *Plaintiffs*,

    v.

OFFICE OF MANAGEMENT AND BUDGET,

    *Defendant*.

Civ. A. No. 18-0645 (EGS)

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

It is further **ORDERED** that **SUMMARY JUDGMENT** is entered in favor of Defendant on all claims in this action.

Dated: _____

_____
United States District Judge