UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>*Defendant*. | Civ. A. No. 18-0645 (EGS) |

**CONSENT MOTION TO ENLARGE SUMMARY JUDGMENT BRIEFING SCHEDULE**

Defendant Office of Management and Budget, by and through counsel, requests to enlarge the remaining deadlines in the briefing schedule for Defendant's motion for summary judgment. Defendant requests that the Court extend the deadline for Plaintiff's opposition to Defendant's motion until October 25, 2019, and the deadline for Defendant's reply until November 8, 2019. The parties have conferred through counsel and agree on these dates.

Defendant filed its motion for summary judgment on September 18. Plaintiff's opposition is currently due by October 18 and Defendant's reply is currently due by October 30. Defendant's counsel is scheduled to be in depositions every day during the week of October 21, and there is a possibility those depositions may extend into the following week. Defendant's counsel is also scheduled to be in deposition in another matter on October 30, which is the same day that Defendant's reply is due. When the undersigned reached out to Plaintiff's counsel about extending the deadline for Defendant's reply, Plaintiff's counsel stated that Plaintiff agrees to the extension, provided that the deadline for Plaintiff's opposition is extended until October 25,

which is also acceptable to Defendant.  Accordingly, Defendant requests that the Court grant this Motion and enlarge the briefing schedule for Defendant's motion for summary judgment.

Dated:  October 10, 2019                                        Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar 924092
Chief, Civil Division

By: /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. Bar 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov

*Defendant's Counsel*