IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>*Defendant*. | Civ. A. No. 18-0645 (EGS) |

## PROPOSED ORDER

Upon consideration of Defendant's Consent Motion to Enlarge Summary Judgment Briefing Schedule, and for good cause shown, it is hereby **ORDERED** that Defendant's Motion be and is hereby **GRANTED**; and it is **FURTHER ORDERED** that the deadlines in the briefing schedule are modified as follows: Plaintiffs shall file their opposition to Defendant's motion by October 25, 2019; and Defendant shall file its reply by November 8, 2019.

_____  _____
Date                                                                   United States District Judge