UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>　　　　　　Defendant. | Civil Action No. 18-0645 (EGS) |

## DECLARATION OF DANIEL GOLDBERGER

Daniel Goldberger, declares, pursuant to 28 U.S.C. § 1746, as follows:

1.　I am making this declaration in support of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment. I personally know of the facts stated below.

2.　I am Counsel for the Plaintiffs in the above-referenced matter.

3.　Attached as Exhibit A is a true and correct copy of OMB's first production to Plaintiffs of an email titled "Re: Meeting: EEO-1 Discussion" (Bates number 000018).

4.　Attached as Exhibit B is a true and correct copy of OMB's second production to Plaintiffs of an email titled "Re: Meeting: EEO-1 Discussion" (Bates number 000199).

5.　Attached as Exhibit C is a true and correct copy of OMB's production to Plaintiffs of correspondence from Professor Tomaskovic-Devey to John M. Mulvaney (Bates number 000143-000158).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct this 25th day of October, 2019.

                                                /s/ Daniel Goldberger
                                                Daniel Goldberger