IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendant. | Civ. A. No. 18-0645 (EGS) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment, and the entire record herein, it is hereby **ORDERED** that Defendant's Motion be and is hereby **DENIED**; and it is **FURTHER ORDERED** that Defendant produce the following documents from the *Vaughn* index to the Court for *in camera* review within fourteen (14) days of entry this Order:

    1.    Document titled "EEO-1 Outline.docx." Ex. A to OMB Mot., App'x A (ECF #26-3) at 4, Index Entry # 15.

    2.    Document titled "EEO-1/Memo for OIRA," and attachments "Attach1USC," "Attach2EEAC," and "EEO-1 Memo Rao 07.2017.docx." *Id.* at 5-6, Index Entries #19-22.

2

    3.    Email with the subject line "Call or meet next week," specifically the email from Victoria Lipnic to Julie Radford at 8:44:39 p.m. EDT, July 10, 2017.  *Id.* at 11, Index Entry #40.

    4.    Document titled "2017-06-23 Memorandum re Equal Pay_.docx." *Id.* at 20, Index Entry #76.

    5.    Document titled "EPA Affirmative Defense Memo (June 23 2017)." *Id.* at 20, Index Entry #77.

    6.    Document titled "Background Memo on EEO-1 rt jn.docx." *Id.* at 22, Index Entry #83.

_____        _____
Date        Hon. Emmet G. Sullivan
        United States District Judge