Reply Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>*Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) )   Civ. A. No. 18-0645 (EGS) |

## SECOND DECLARATION OF HEATHER V. WALSH

I, Heather V. Walsh, make the following declaration based on personal knowledge and information provided to me in my official capacity:

1.      The purpose of this declaration is to clarify the application of FOIA Exemption 5 to the documents that OMB produced in response to Plaintiffs' FOIA request.

## NO REASONABLY SEGREGABLE INFORMATION

2.      I have re-reviewed the nine documents identified in the six numbered items on pages 10 to 11 on Plaintiff's Opposition brief.  I can again confirm that OMB has produced all reasonably segregable information in these documents.

3.      In the case of the *EEO-1 Outline* (OMB-Lawyers' Committee-000033-38), which is Entry No. 15 on the *Vaughn* index:  As I stated in Paragraph 20 of my previous declaration, this record contains a discussion involving economic, legal, and policy issues in which the facts are inextricably intertwined with deliberative discussion, opinions, and policy recommendations, such that disclosing any facts would reveal the thought processes of OMB during its deliberative

process.  I stand by my earlier statement that no additional information, whether factual or otherwise, can be segregated and disclosed without revealing the nature and substance of OMB's deliberations that are privileged and exempt from disclosure.  As can be confirmed by the description in an email that was part of an email chain that transmitted this document, disclosed by OMB on *Bates* pages OMB-Lawyers' Committee-000271 to 272, included as Exhibit A to this declaration, this document is a set of presentation slides for an interagency meeting.  Forced disclosure of the factual information in this document such as titles and header information, as well as information labeled as factual, would reveal both the scope at the time of a sensitive deliberative process and aspects of proposals and thought processes that were built on the antecedent factual information being discussed.

4.      In the case of the *EEO-1/Memo for OIRA* and attachments *Attach 1 USC,"* *"Attach2EEAC,"* and *EEO-1 Memo Rao 07.2017.docx* which are Entries No. 19-22 on the *Vaughn* index:  As I stated in Paragraph 20 of my previous declaration, this record contains a discussion involving economic, legal, and policy issues in which the facts are inextricably intertwined with deliberative discussion, opinions, and policy recommendations, such that disclosing any facts would reveal the thought processes of OMB during its deliberative process.  I stand by my earlier statement that no additional information, whether factual or otherwise, can be segregated and disclosed without revealing the nature and substance of OMB's deliberations that are privileged and exempt from disclosure.  As can be confirmed by the description in an email that transmitted this document, disclosed by OMB on *Bates* page OMB-Lawyers' Committee-000042, included as Exhibit B to this declaration, this document is a memorandum sent from the EEOC to OMB on July 14, 2017.  Forced disclosure of the factual information in this document such as titles and header information, as well as information labeled as factual,

would reveal both the scope at the time of a sensitive deliberative process and aspects of

proposals and thought processes that were built on the antecedent factual information being

discussed.

5.      In the case of the email with subject line "Call or meet next week" which is Entry No. 40

on the *Vaughn* index, and is included as produced by OMB as Exhibit C to this declaration

(OMB-Lawyers' Committee-000166-172): As I stated in Paragraph 20 of my previous

declaration, this record contains a discussion involving economic, legal, and policy issues in

which the facts are inextricably intertwined with deliberative discussion, opinions, and policy

recommendations, such that disclosing any facts would reveal the thought processes of OMB

during its deliberative process.  I stand by my earlier statement that no additional information,

whether factual or otherwise, can be segregated and disclosed without revealing the nature and

substance of OMB's deliberations that are privileged and exempt from disclosure.  As can be

confirmed by the substantial portions of this document that have been disclosed, this document is

an email sent between staff of OMB on July 11, 2017.  Forced disclosure of the factual

information that has been withheld in this document would reveal information about a sensitive

deliberative process including aspects of proposals and thought processes that were built on the

antecedent factual information being selected and shared in a back-and-forth email conversation.

6.      In the case of *2017-06-23 Memorandum re Equal Pay_.docx* which is Entry No. 76 on

the *Vaughn* index and was withheld in full from productions: As I stated in Paragraph 20 of my

previous declaration, this record contains a discussion involving economic, legal, and policy

issues in which the facts are inextricably intertwined with deliberative discussion, opinions, and

policy recommendations, such that disclosing any facts would reveal the thought processes of

OMB during its deliberative process.  I stand by my earlier statement that no additional

information, whether factual or otherwise, can be segregated and disclosed without revealing the nature and substance of OMB's deliberations that are privileged and exempt from disclosure. This document is a memorandum created by the EEOC and dated June 23, 2017. Forced disclosure of the factual information in this document such as titles and header information, as well as facts brought to bear in the document body, would reveal both the scope at the time of a sensitive deliberative process and aspects of proposals and thought processes that were built on the antecedent factual information being discussed.

7.      In the case of *EPA Affirmative Defense Memo on EEO-1 rt jn.docx* which is Entry No. 77 on the *Vaughn* index:  As I stated in Paragraph 20 of my previous declaration, this record contains a discussion involving economic, legal, and policy issues in which the facts are inextricably intertwined with deliberative discussion, opinions, and policy recommendations, such that disclosing any facts would reveal the thought processes of OMB during its deliberative process.  I stand by my earlier statement that no additional information, whether factual or otherwise, can be segregated and disclosed without revealing the nature and substance of OMB's deliberations that are privileged and exempt from disclosure.  This document is a memorandum created by the EEOC and dated June 23, 2017.  Forced disclosure of the factual information in this document such as titles and header information, as well as facts brought to bear in the document body, would reveal both the scope at the time of a sensitive deliberative process and aspects of proposals and thought processes that were built on the antecedent factual information being discussed.

8.      In the case of *Background Memo on EEO-1 rt jn.docx* which is Entry No. 83 on the *Vaughn* index, and is included as produced by OMB as Exhibit D to this declaration (OMB-Lawyers' Committee-000267-270):  As I stated in Paragraph 20 of my previous declaration, this

record contains a discussion involving economic, legal, and policy issues in which the facts are

inextricably intertwined with deliberative discussion, opinions, and policy recommendations,

such that disclosing any facts would reveal the thought processes of OMB during its deliberative

process.  I stand by my earlier statement that no additional information, whether factual or

otherwise, can be segregated and disclosed without revealing the nature and substance of OMB's

deliberations that are privileged and exempt from disclosure.  This document is a rough

memorandum created by staff of OMB and dated April 24, 2017.  OMB reviewed this document

for potential segregation and disclosure of factual information, as is apparent from the partial

disclosure of this document by OMB with *Bates* page OMB-Lawyers' Committee-000267-270.

Forced disclosure of additional factual information in this document such as facts brought to bear

in the redacted portions of the document body, would reveal sensitive deliberative process

including aspects of proposals and thought processes that were built on the antecedent factual

information being discussed.

### CLERICIAL CORRECTIONS TO OMB'S SUPPLEMENTAL PRODUCTION

9.      Prior to the filing of its motion for summary judgment, OMB noticed that there were

inconsistencies in OMB's document productions, specifically between redactions of the same

information across its original redactions.  For several documents, OMB had withheld a portion

of information such as a passage in an email, but in another production, OMB provided the same

portion of information in a different document without a redaction.

10.     In the interest of ensuring that Plaintiffs were provided with consistent information, OMB

made a supplemental production to Plaintiffs on September 18, 2019 (hereinafter, the

"Supplemental Production").  The purpose of the Supplemental Production was to provide

Plaintiffs with corrected versions of each of the previously inconsistently redacted records.

OMB's complete transmission of the Supplemental Production, including a cover letter and explanatory email from OMB's counsel, is included as Exhibit E to this declaration.

11.    After reviewing plaintiffs' opposition brief, OMB determined that a clerical error had caused incorrect *Bates* numbers to be applied to OMB's Supplemental Production. OMB had intended to stamp these documents with the same *Bates* numbers they had in the original productions, but when OMB's eDiscovery document processor applied *Bates* numbers to the documents a new set of numbers was inadvertently applied (OMB-Lawyers' Committee-000199-200, 000250-286, 000304-310).

12.    A revised version of OMB's Supplemental Production with corrected *Bates* numbers is included as Exhibit F. Although OMB fixed the *Bates* numbers, OMB did not make any additional changes to the redactions in this revised Supplemental Production.

13.    Plaintiffs' Opposition and the Goldberger Declaration refer to a purported discrepancy between two versions of an email first disclosed by OMB as part of its first production. See Goldberger Declaration, Exhibits A-B. However, in the Supplemental Production discussed above OMB had already resolved the differing disclosures in these two documents. The revised Supplemental Production discussed in Paragraph 12 above includes *Bates* numbers for these documents that match them to the original productions.

14.    OMB believes that the Supplemental Production resolved all or nearly all of the discrepancies in the earlier productions. It is possible that despite its best efforts to remove all inconsistences, Plaintiffs may find that one or more discrepancies remain among the productions. OMB is not seeking to withhold any information that OMB has already produced to Plaintiffs in this case. If Plaintiffs are aware of any additional discrepancies, OMB will fix those upon request.

**CLERICAL CORRECTIONS TO OMB'S VAUGHN INDEX**

15.     While reviewing Plaintiff's opposition brief, OMB also confirmed that, as noted in Plaintiff's brief in footnote 2 of page 10, the *Vaughn* index included 22 entries in which OMB incorrectly stated that redactions had been made pursuant to Exemption 5, when in fact those documents do not contain redactions under Exemption 5.

16.     OMB has included with this declaration as Exhibit G a redline copy of its *Vaughn* index. OMB struck in redline the 22 entries that should not be on the *Vaughn* index because they do not contain redactions under Exemption 5.

17.     In accordance with 28 U.S.C. § 1746, I hereby declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, and that the accompanying *Vaughn* index and exhibits are true and correct.

Executed in Washington, District of Columbia, this 8th day of November 2019.

Heather V. Walsh
Deputy General Counsel
Office of the General Counsel
Office of Management and Budget

**EXHIBIT A – PREVIOUSLY DISCLOSED CHAIN EMAIL TRANSMITTING PRESENTATION OUTLINE**

# Fwd: Outline

**From:**  "Campau, Anthony P. EOP/OMB" <"/o=organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=61c7286a4083479c9304f5cce88b361f-campau, ant">

**To:**  ███ Ex 6 - (5 U.S.C. Sec ███

**Date:**  Mon, 01 May 2017 20:38:10 -0400

**Attachments:**  EEO-1 Outline_jn.docx (25.9 kB)

███ Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process ███

**From:** Nye, Joseph B. EOP/OMB
**Sent:** Monday, May 1, 2017 1:21 PM
**To:** Mancini, Dominic J. EOP/OMB ██ Ex 6 - (5 U.S.C. Sec 552(b)(6)) ██ ; Theroux, Rich P. EOP/OMB ██ Ex 6 - (5 U.S.C. Sec 552(b)(6)) ██ Campau, Anthony P. EOP/OMB ██ Ex 6 - (5 U.S.C. Sec 552(b)(6)) ██
**Subject:** RE: Outline

██ Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process ██

Thanks.

**From:** Mancini, Dominic J. EOP/OMB
**Sent:** Monday, May 1, 2017 1:10 PM
**To:** Nye, Joseph B. EOP/OMB ██ Ex 6 - (5 U.S.C. Sec ██ ; Theroux, Rich P. EOP/OMB ██ Ex 6 - (5 U.S.C. Sec 552(b)(6)) ██ >; Campau, Anthony P. EOP/OMB ██ Ex 6 - (5 U.S.C. Sec 552(b)(6)) ██ >
**Subject:** FW: Outline

Here is the outline. ██ Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process ██
██ Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process ██

**From:** JIM PARETTI [mailto:██ Ex 6 - (5 U.S.C. Sec ██
**Sent:** Monday, May 1, 2017 11:59 AM
**To:** Mancini, Dominic J. EOP/OMB <██ Ex 6 - (5 U.S.C. Sec 552(b)(6)) ██ >
**Subject:** Outline

OMB-Lawyer's Committee-000271

In anticipation of tomorrow's 2:00, attached please find an outline of Chair Lipnic's anticipated presentation.  Please let me know if you need anything further.

Anything additional on whether Director Mulvaney wants to speak with Vicki prior-to?

Hope your move is going well.

```
====================================
James A. Paretti, Jr., Esq.
Chief of Staff & Senior Counsel
Office of Acting Chair Victoria A. Lipnic
U.S. Equal Opportunity Employment Commission
131 M Street, NE
Washington, DC 20507
(202) 663-4058
====================================
```

OMB-Lawyer's Committee-000272

**EXHIBIT B – PREVIOUSLY DISCLOSED COVER EMAIL TO CHALLENGED
WITHHELD DOCUMENT**

# EEO-1/Memo for OIRA

| | |
|---|---|
| **From:** | JIM PARETTI Ex 6 - (5 U.S.C. Sec 552(b)(6)) |
| **To:** | "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> |
| **Date:** | Fri, 14 Jul 2017 17:48:28 -0400 |
| **Attachments:** | EEO-1 Memo Rao 07.2017.docx (45.8 kB); Attach1USC.doc (173.57 kB); Attach2EEAC.docx (41.41 kB) |

Dom:

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Have a great weekend,

JAP

=====================================
James A. Paretti, Jr., Esq.
Chief of Staff & Senior Counsel
Office of Acting Chair Victoria A. Lipnic
U.S. Equal Opportunity Employment Commission
131 M Street, NE
Washington, DC 20507
(202) 663-4058
=====================================

**EXHIBIT C – PREVIOUSLY DISCLOSED PARTIALLY WITHHELD DOCUMENT**

# RE: Call or meet next week

**From:** "Bishop, Bradley E. EOP/OMB" <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>

**To:** "Mancini, Dominic J. EOP/OMB" <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>

**Cc:** "Campau, Anthony P. EOP/OMB" <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>, "Gray, John W. EOP/OMB" <​Ex 6 - (5 U.S.C. Sec​>

**Date:** Tue, 11 Jul 2017 10:06:45 -0400

Hey Dom,

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Thanks,

Brad Bishop

---

**From:** Gray, John W. EOP/OMB
**Sent:** Tuesday, July 11, 2017 9:39 AM
**To:** Bomberger, Melissa B. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>; Mancini, Dominic J. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>
**Cc:** Campau, Anthony P. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>; Bishop, Bradley E. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>
**Subject:** RE: Call or meet next week

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

---

**From:** Bomberger, Melissa B. EOP/OMB
**Sent:** Tuesday, July 11, 2017 9:10 AM
**To:** Mancini, Dominic J. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>; Gray, John W. EOP/OMB <​Ex 6 - (5 U.S.C. Sec​>
**Cc:** Campau, Anthony P. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>
**Subject:** RE: Call or meet next week

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

OMB-Lawyer's Committee-000166

*Melissa Bomberger*
*OMB, Labor Branch*
Ex 6 - (5 U.S.C. Sec 552(b)(6)) *(cell)*

---

**From:** Mancini, Dominic J. EOP/OMB
**Sent:** Monday, July 10, 2017 11:40 PM
**To:** Gray, John W. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>; Bomberger, Melissa B. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Cc:** Campau, Anthony P. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Subject:** RE: Call or meet next week

Thanks John,  adding Anthony. Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process
Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

---

**From:** Gray, John W. EOP/OMB
**Sent:** Monday, July 10, 2017 11:32 PM
**To:** Bomberger, Melissa B. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Cc:** Mancini, Dominic J. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Subject:** Fwd: Call or meet next week

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

John W Gray
Executive Office of the President
Office of Management and Budget

Begin forwarded message:

> **From:** "Radford, Julie T. EOP/WHO" <Ex 6 - (5 U.S.C. Sec>
> **Date:** July 10, 2017 at 9:24:53 PM EDT
> **To:** "Gray, John W. EOP/OMB" <Ex 6 - (5 U.S.C. Sec>
> **Cc:** "McKee, Kara L. EOP/WHO" <Ex 6 - (5 U.S.C. Sec>
> **Subject: Fwd: Call or meet next week**
>
> Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process
>
> Thanks
> Julie
>
> Sent from my iPhone
>
> Begin forwarded message:

OMB-Lawyer's Committee-000167

**From:** "VICTORIA A. LIPNIC" <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Date:** July 10, 2017 at 8:44:39 PM EDT
**To:** "Radford, Julie T. EOP/WHO" <Ex 6 - (5 U.S.C. Sec >
**Subject: RE: Call or meet next week**

Julie,

Just to finish the thought from earlier today.



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Let me know how I can be helpful.

Best,

OMB-Lawyer's Committee-000168

Vicki

**From:** Radford, Julie T. EOP/WHO [mailto: ███Ex 6 - (5 U.S.C. Sec███
**Sent:** Monday, July 10, 2017 12:54 PM
**To:** VICTORIA A. LIPNIC < ███Ex 6 - (5 U.S.C. Sec███ > Baitel, Rachael EOP/WHO
< ███Ex 6 - (5 U.S.C. Sec███ >
**Cc:** Raffel, Joshua H. EOP/WHO < ███Ex 6 - (5 U.S.C. Sec███ >
**Subject:** RE: Call or meet next week

Hi Vicki,

Thanks for following up, apologies for the delay as we've been traveling. Do you have time early next week?
Additionally, do you mind sharing what the requests are that you have been receiving?

Thanks
Julie

**From:** VICTORIA A. LIPNIC [mailto: ███Ex 6 - (5 U.S.C. Sec███ ]
**Sent:** Monday, July 10, 2017 12:48 PM
**To:** Baitel, Rachael EOP/WHO < ███Ex 6 - (5 U.S.C. Sec███ >
**Cc:** Radford, Julie T. EOP/WHO < ███Ex 6 - (5 U.S.C. Sec███ >
**Subject:** RE: Call or meet next week

Julie & Rachael,

I wanted to let you know that I am available all day Friday, July 14th, of this week if you would like to meet.

███Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process███ I'd
be happy to fill you in if you, or someone on your staff, wants to give me a call. My direct line is 202-663-4005.

My secretary is Shawanda and her number is 202-663-4705. I am in a number of meetings this afternoon, and she can always find me.

As always, happy to help.

Best,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission

OMB-Lawyer's Committee-000169

**From:** Baitel, Rachael EOP/WHO [mailto: Ex 6 - (5 U.S.C. Sec

**Sent:** Monday, June 26, 2017 9:36 PM
**To:** VICTORIA A. LIPNIC < Ex 6 - (5 U.S.C. Sec >
**Subject:** RE: Call or meet next week

Hi Victoria,

Hope all is well. I am helping Julie schedule the below. What is your availability for a meeting the week of July 10?

Thank you,
Rachael

**From:** VICTORIA A. LIPNIC [mailto Ex 6 - (5 U.S.C. Sec

**Sent:** Wednesday, June 21, 2017 5:34 PM
**To:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Subject:** Re: Call or meet next week

Julie,
I have a meeting with a House member at 2:30 that will probably take an hour.

I could get to you by 4:30.

If you prefer morning, I have a call with someone on the west coast scheduled for the morning - which I could probably move to late afternoon - and meet you instead at 10:00 or 11:00.

Get Outlook for iOS

**From:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Sent:** Wednesday, June 21, 2017 5:24:33 PM
**To:** VICTORIA A. LIPNIC
**Subject:** RE: Call or meet next week

Hi Vicki,

Hope you are doing well! Apologies, things have been quite busy this week. Unfortunately I will be gone on Friday.
What does next Thursday look like for you?

Thanks
Julie

OMB-Lawyer's Committee-000170

**From:** VICTORIA A. LIPNIC [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6))]
**Sent:** Wednesday, June 21, 2017 4:28 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Subject:** Re: Call or meet next week

Julie,
I just wanted to follow-up to see if you wanted to try to meet this Friday, June 23rd, in the afternoon?

I have a speaking engagement at noon, but have been holding the rest of the afternoon open in case you wanted to meet.

I could come over to you after 2:00.

No pressure, just trying to be helpful.

Best,
Vicki

Get Outlook for iOS

_____

From: Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
Sent: Friday, June 9, 2017 12:14 PM
Subject: RE: Call or meet next week
To: VICTORIA A. LIPNIC <Ex 6 - (5 U.S.C. Sec 552(b)(6))>

Vicki

Thank you for following-up. Look forward to further discussion.

Unfortunately Thursday and Friday next week are very tough for me. Could we look at the week of June 19th?  A colleague of mine, Maggie Cordish, will most likely join us.

Best,
Julie

**From:** VICTORIA A. LIPNIC [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6))]
**Sent:** Wednesday, June 7, 2017 10:06 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Subject:** Call or meet next week

Hi Julie,
Just to follow-up from Marlene's connection email – I wanted to make sure you have this contact information, since I don't think you would have had it from the May 2nd meeting.

OMB-Lawyer's Committee-000171

How about next Friday, June 16th to meet for coffee? ( I am happy to come to you) – whatever and wherever is most convenient for you, I will make it work.  My calendar is (currently) open on that date.   Unfortunately, I am traveling to NYC tomorrow for a speaking engagement and have a Commission hearing on age discrimination next Wednesday, so am really tied up before next Friday.  I could also meet next Thursday afternoon, but not until after 4:00.

Best regards,
Vicki

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
202-663-4005 – direct

OMB-Lawyer's Committee-000172

**EXHIBIT D – PREVIOUSLY DISCLOSED PARTIALLY WITHHELD DOCUMENT**

**Issue Brief: EEOC's EEO-1 Form and Wage Discrimination**
**Date: 4/24/2017**

## BACKGROUND

The Equal Employment Opportunity Commission (EEOC) has long collected basic demographic and job category information from employers as authorized by the Civil Rights Act. This information collection is approved by OMB under the Paperwork Reduction Act and is not itself a rulemaking. The form used to collect this information (EEO-1) is meant to be a screening tool for employment discrimination, and is required for US employers with at least 100 employees, and federal contractors with at least 50 employees.    This form has always included information on the gender, race/ethnicity, and job category of each employee.

On September 29th, 2016, EEOC issued a new version of EEO-1 that vastly expands the amount of information collected, including the addition of individual employee level W-2 wage data and hours worked. The W-2 box 1 data is organized into 12 pay bands (e.g., $10,000 – $20,000 per year). Employers are required to submit their first EEO-1 reports that include wage data by March 2018. EEOC received around 1000 comments, many of them critical of how the revised form will impact the business community and questioning the data quality that can be derived from the revised form. The collection is currently approved through September 2019.

## ISSUES



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

OMB-Lawyer's Committee-000267

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

OMB-Lawyer's Committee-000268

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

OMB-Lawyer's Committee-000269



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

OMB-Lawyer's Committee-000270

**EXHIBIT E – OMB'S ORIGINAL SUPPLEMENTAL PRODUCTION**

**Gutknecht, Kerry S. EOP/OMB**

| | |
|---|---|
| **From:** | Schaefer, Daniel (USADC) <Daniel.Schaefer@usdoj.gov> |
| **Sent:** | Wednesday, September 18, 2019 5:18 PM |
| **To:** | 'Wicker.Colin@dorsey.com' |
| **Cc:** | Gutknecht, Kerry S. EOP/OMB |
| **Subject:** | RE: NWLC v. OMB - Supplemental Document Production |

Colin, you might be wondering what the story is with this supplemental production.  As we were reviewing the redactions in connection with preparing the final version of the Vaughn index that will be filed with our dispositive motion today, we discovered there were some inconsistencies in the redactions (information redacted in one document, released in another).  In this supplemental production, we think we eliminated all of those discrepancies.  Therefore, I don't think there's any new information in today's production that plaintiff had not already received previously in one of the productions.  If you have any further questions about this supplemental production, please let Kerry and me know.
Thanks,
Dan

Daniel P. Schaefer
(202) 252-2531

---

**From:** Gutknecht, Kerry S. EOP/OMB <Kerry.S.Gutknecht@omb.eop.gov>
**Sent:** Wednesday, September 18, 2019 4:31 PM
**To:** 'Wicker.Colin@dorsey.com' <Wicker.Colin@dorsey.com>; Schaefer, Daniel (USADC) <DSchaefer@usa.doj.gov>
**Cc:** Hardy, Dionne M. EOP/OMB <Dionne_Hardy@omb.eop.gov>
**Subject:** NWLC v. OMB - Supplemental Document Production

Please see the attached cover letter and document production regarding OMB's supplemental production in the above case.

Best,
Kerry

Kerry Gutknecht
Assistant General Counsel
Office of Management and Budget
Phone: (202) 395-5453
Mobile: (202) 881-8993



EXECUTIVE OFFICE OF THE PRESIDENT
OFFICE OF MANAGEMENT AND BUDGET
WASHINGTON, D.C. 20503

September 18, 2019

Emily Martin
General Counsel and Vice President for Workplace Justice
National Women's Law Center
11 Dupont Circle, NW
Suite 800
Washington, DC 20036

Sent via email: ombfoia@nwlc.org

RE:   Lawyers' Committee for Civil Rights, et. al. v. Office of Management and Budget, No.
      18-645 (DDC)

Dear Ms. Martin:

       This is a supplemental production to the Office of Management and Budget's (OMB)
seven previous productions in response to three Freedom of Information Act (FOIA) requests
from the National Women's Law Center (NWLC) and the Lawyers' Committee for Civil Rights
(Lawyers' Committee), which are the subject of the above-referenced matter. Specifically, OMB
is producing information that was previously withheld in prior productions for NWLC and
Lawyers' Committee's FOIA requests on September 21, 2017, assigned the tracking numbers
2018-450, 452, and 453.

       In the process of producing its *Vaughn* index for the above-referenced matter OMB has
determined that 13 documents that were withheld in whole or in part in previous productions are
appropriate to release at this time with additional information included. These documents include
redactions and withholdings made pursuant to FOIA Exemptions 5 and 6, 5 U.S.C. § 552(b)(5),
(b)(6).  Exemption 5 protects interagency or intra-agency pre-decisional deliberative
communications, the disclosure of which would inhibit the frank and candid exchange of views
that is necessary for effective government decision making, as well as other executive privileges.
Exemption 6 protects against disclosure of information that would constitute a clearly
unwarranted invasion of personal privacy.

                                       Sincerely,

                                       Dionne Hardy
                                       FOIA Officer

Enclosures

# RE: EEO-1

| From: | "Mancini, Dominic J. EOP/OMB" <"/o=organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=c5e7c58099974f36bdc79378955517fa-mancini, do"> |
|---|---|
| **To:** | "VICTORIA A. LIPNIC" <victoria.lipnic@eeoc.gov> |
| **Cc:** | JIM PARETTI <jim.paretti@eeoc.gov> |
| **Date:** | Fri, 14 Apr 2017 14:51:22 -0400 |

Hello Vicki,

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Looking forward to this discussion.   Take care, and have a great weekend.

Dom

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@eeoc.gov]
**Sent:** Friday, April 14, 2017 2:38 PM
**To:** Mancini, Dominic J. EOP/OMB < Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Cc:** JIM PARETTI <JIM.PARETTI@eeoc.gov>
**Subject:** RE: EEO-1

Dominic,
Thank you for your message.

Yes, we would like to consult with you about the revised EEO-1.  Jim Paretti, my Chief of Staff and Chief Counsel is copied on this email – he will work out the meeting time with you.  Please let us know if there is any information you would like us to provide.

Thank you.

Best regards,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
Washington, D.C. 20507
202-663-4005 – (direct)

**From:** Dominic J. EOP/OMB Mancini [mailto:]
**Sent:** Friday, April 14, 2017 2:20 PM
**To:** VICTORIA A. LIPNIC <VICTORIA.LIPNIC@EEOC.GOV>
**Cc:** JIM PARETTI <JIM.PARETTI@EEOC.GOV>
**Subject:** EEO-1

Dear Acting Chair Lipnic,

Thank you, and please let me know if you have any questions.

Best Regards,
Dom

Dominic J Mancini
Deputy and Acting Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget

# RE: EEO-1

| | |
|---|---|
| **To:** | "VICTORIA A. LIPNIC" <victoria.lipnic@eeoc.gov> |
| **Cc:** | JIM PARETTI <jim.paretti@eeoc.gov> |
| **Date:** | Fri, 14 Apr 2017 14:51:10 -0400 |

Hello Vicki,

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Looking forward to this discussion.   Take care, and have a great weekend.

Dom

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@eeoc.gov]
**Sent:** Friday, April 14, 2017 2:38 PM
**To:** Mancini, Dominic J. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Cc:** JIM PARETTI <JIM.PARETTI@eeoc.gov>
**Subject:** RE: EEO-1

Dominic,
Thank you for your message.

Yes, we would like to consult with you about the revised EEO-1.  Jim Paretti, my Chief of Staff and Chief Counsel is copied on this email – he will work out the meeting time with you.  Please let us know if there is any information you would like us to provide.

Thank you.

Best regards,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
Washington, D.C. 20507
202-663-4005 – (direct)

**From:** Dominic J. EOP/OMB Mancini [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6))  ]
**Sent:** Friday, April 14, 2017 2:20 PM
**To:** VICTORIA A. LIPNIC <VICTORIA.LIPNIC@EEOC.GOV>
**Cc:** JIM PARETTI <JIM.PARETTI@EEOC.GOV>
**Subject:** EEO-1

Dear Acting Chair Lipnic,

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Thank you, and please let me know if you have any questions.

Best Regards,
Dom

Dominic J Mancini
Deputy and Acting Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget
Ex 6 - (5

# FW: EEO-1

| | |
|---|---|
| **From:** | "Mancini, Dominic J. EOP/OMB" <"/o=organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=c5e7c58099974f36bdc79378955517fa-mancini, do"> |
| **To:** | "Campau, Anthony P. EOP/OMB" < Ex 6 - (5 U.S.C. Sec 552(b)(6)) > |
| **Cc:** | "Theroux, Rich P. EOP/OMB" <richard_p._theroux@omb.eop.gov>, "Nye, Joseph B. EOP/OMB" < Ex 6 - (5 U.S.C. Sec 552(b)(6)) > |
| **Date:** | Mon, 17 Apr 2017 10:56:23 -0400 |

---

**From:** Mancini, Dominic J. EOP/OMB
**Sent:** Friday, April 14, 2017 2:51 PM
**To:** 'VICTORIA A. LIPNIC' <VICTORIA.LIPNIC@eeoc.gov>
**Cc:** JIM PARETTI <JIM.PARETTI@eeoc.gov>
**Subject:** RE: EEO-1

Hello Vicki,

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Looking forward to this discussion.   Take care, and have a great weekend.

Dom

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@eeoc.gov]
**Sent:** Friday, April 14, 2017 2:38 PM
**To:** Mancini, Dominic J. EOP/OMB < Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Cc:** JIM PARETTI <JIM.PARETTI@eeoc.gov>
**Subject:** RE: EEO-1

Dominic,
Thank you for your message.

Yes, we would like to consult with you about the revised EEO-1.  Jim Paretti, my Chief of Staff and Chief Counsel is copied on this email – he will work out the meeting time with you.  Please let us know if there is any information you would like us to provide.

Thank you.

Best regards,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
Washington, D.C. 20507
202-663-4005 – (direct)

---

**From:** Dominic J. EOP/OMB Mancini [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6))
**Sent:** Friday, April 14, 2017 2:20 PM
**To:** VICTORIA A. LIPNIC <VICTORIA.LIPNIC@EEOC.GOV>
**Cc:** JIM PARETTI <JIM.PARETTI@EEOC.GOV>
**Subject:** EEO-1

Dear Acting Chair Lipnic,



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Thank you, and please let me know if you have any questions.

Best Regards,
Dom

Dominic J Mancini
Deputy and Acting Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget
Ex 6 - (5

OMB255FY17450A_000001956

OMB-Lawyer's Committee-000255

# Re: EEO-1 Meeting

**From:**       JIM PARETTI [Ex 6 - (5 U.S.C. Sec] >

**To:**         "Mancini, Dominic J. EOP/OMB" <[Ex 6 - (5 U.S.C. Sec 552(b)(6))] >

**Date:**       Thu, 20 Apr 2017 09:19:40 -0400

---

Definitely something she'd be happy to do.  Look forward to our discussion.
**From:** Dominic J. EOP/OMB Mancini <[Ex 6 - (5 U.S.C. Sec 552(b)(6))] >
**Sent:** Thursday, April 20, 2017 9:06:03 AM
**To:** JIM PARETTI
**Subject:** Re: EEO-1 Meeting

Hi Jim,

Looking forward to the call today. [Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process]
[Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process]
[Ex 5]

Dom

On Apr 19, 2017, at 5:49 PM, JIM PARETTI [Ex 6 - (5 U.S.C. Sec] <[Ex 6 - (5 U.S.C. Sec] >
wrote:

4:45 tomorrow?  I'm on a 3:30 call that may run long, but certainly should be free by then.  I'll call you in your
office unless you tell me otherwise.

Thanks man.

JAP

From: Dominic J. EOP/OMB Mancini
[mailto[Ex 6 - (5 U.S.C. Sec 552(b)(6))] <[Ex 6 - (5 U.S.C. Sec] ]
Sent: Wednesday, April 19, 2017 5:45 PM
To: JIM PARETTI [Ex 6 - (5 U.S.C. Sec] <mailto:[Ex 6 - (5 U.S.C. Sec] >
Subject: RE: EEO-1 Meeting

Hi Jim,

Thanks for reaching out.  After 3:30 tomorrow, or before 2 on Friday would be great, with a mild preference for
touching base tomorrow so we can get this started.

Thanks,
Dom

From: JIM PARETTI [mailto[Ex 6 - (5 U.S.C. Sec] ]
Sent: Wednesday, April 19, 2017 1:42 PM
To: Mancini, Dominic J. EOP/OMB
<[Ex 6 - (5 U.S.C. Sec 552(b)(6))] <mailto:[Ex 6 - (5 U.S.C. Sec 552(b)(6))] >
Subject: EEO-1 Meeting

Hey, Dom…

What's your schedule like tomorrow or Friday for a quick call to discuss scheduling this meeting, and how best to prepare/get you guys what you need?

I am on a short flight midday tomorrow, but apart from that fairly open.  Let me know if there's a time that works for you.

Best,

JAP

From: Dominic J. EOP/OMB Mancini [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6))]
Sent: Friday, April 14, 2017 2:51 PM
To: VICTORIA A. LIPNIC <Ex 6 - (5 U.S.C. Sec 552(b)(6)) <mailto:​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>>
Cc: JIM PARETTI <Ex 6 - (5 U.S.C. Sec 552(b)(6)) <mailto:​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>>
Subject: RE: EEO-1

Hello Vicki,

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Looking forward to this discussion.   Take care, and have a great weekend.

Dom

From: VICTORIA A. LIPNIC [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6))]
Sent: Friday, April 14, 2017 2:38 PM
To: Mancini, Dominic J. EOP/OMB
<Ex 6 - (5 U.S.C. Sec 552(b)(6)) <mailto:​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>>
Cc: JIM PARETTI <Ex 6 - (5 U.S.C. Sec 552(b)(6)) <mailto:​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>>
Subject: RE: EEO-1

Dominic,
Thank you for your message.

Yes, we would like to consult with you about the revised EEO-1.  Jim Paretti, my Chief of Staff and Chief Counsel is copied on this email – he will work out the meeting time with you.  Please let us know if there is any information you would like us to provide.

Thank you.

Best regards,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
Washington, D.C. 20507
202-663-4005 – (direct)

From: Dominic J. EOP/OMB Mancini [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6))]
Sent: Friday, April 14, 2017 2:20 PM

To: VICTORIA A. LIPNIC <Ex 6 - (5 U.S.C. Sec ████████ <mailto: Ex 6 - (5 U.S.C. Sec ████████ >>
Cc: JIM PARETTI <Ex 6 - (5 U.S.C. Sec ████████ <mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6)) >>
Subject: EEO-1

Dear Acting Chair Lipnic,



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Thank you, and please let me know if you have any questions.

Best Regards,
Dom

Dominic J Mancini
Deputy and Acting Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget
202-395-5897

# RE: Call or meet next week

**From:** "Bishop, Bradley E. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6))>

**To:** "Mancini, Dominic J. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6))>

**Cc:** "Campau, Anthony P. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6))>, "Gray, John W. EOP/OMB" <Ex 6 - (5 U.S.C. Sec >

**Date:** Tue, 11 Jul 2017 10:06:45 -0400

Hey Dom,

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Thanks,

Brad Bishop

---

**From:** Gray, John W. EOP/OMB
**Sent:** Tuesday, July 11, 2017 9:39 AM
**To:** Bomberger, Melissa B. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>; Mancini, Dominic J. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Cc:** Campau, Anthony P. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>; Bishop, Bradley E. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Subject:** RE: Call or meet next week

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

---

**From:** Bomberger, Melissa B. EOP/OMB
**Sent:** Tuesday, July 11, 2017 9:10 AM
**To:** Mancini, Dominic J. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>; Gray, John W. EOP/OMB <Ex 6 - (5 U.S.C. Sec >
**Cc:** Campau, Anthony P. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Subject:** RE: Call or meet next week

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

*Melissa Bomberger*
*OMB, Labor Branch*
██ Ex 6 - (5
U.S.C. Sec ██ *(cell)*
██████

---

**From:** Mancini, Dominic J. EOP/OMB
**Sent:** Monday, July 10, 2017 11:40 PM
**To:** Gray, John W. EOP/OMB <██ Ex 6 - (5 U.S.C. Sec ██>; Bomberger, Melissa B. EOP/OMB
<██ Ex 6 - (5 U.S.C. Sec 552(b)(6)) ██>
**Cc:** Campau, Anthony P. EOP/OMB <██ Ex 6 - (5 U.S.C. Sec 552(b)(6)) ██>
**Subject:** RE: Call or meet next week

Thanks John,  adding Anthony. ██ Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process ██
██ Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process ██

---

**From:** Gray, John W. EOP/OMB
**Sent:** Monday, July 10, 2017 11:32 PM
**To:** Bomberger, Melissa B. EOP/OMB <██ Ex 6 - (5 U.S.C. Sec 552(b)(6)) ██>
**Cc:** Mancini, Dominic J. EOP/OMB <██ Ex 6 - (5 U.S.C. Sec 552(b)(6)) ██>
**Subject:** Fwd: Call or meet next week

Isn't this issue one we're dealing with?  What's the status of it sitting with us since March? (See below)

John W Gray
Executive Office of the President
Office of Management and Budget

Begin forwarded message:

> **From:** "Radford, Julie T. EOP/WHO" <██ Ex 6 - (5 U.S.C. Sec ██>
> **Date:** July 10, 2017 at 9:24:53 PM EDT
> **To:** "Gray, John W. EOP/OMB" <██ Ex 6 - (5 U.S.C. Sec ██>
> **Cc:** "McKee, Kara L. EOP/WHO" <██ Ex 6 - (5 U.S.C. Sec ██>
> **Subject: Fwd: Call or meet next week**
>
> John - have a few minutes to discuss the below tomorrow?
> It sounds like we are up against a very tight timeline on EEOC items.
> Thanks
> Julie
>
> Sent from my iPhone
>
> Begin forwarded message:

**From:** "VICTORIA A. LIPNIC" <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Date:** July 10, 2017 at 8:44:39 PM EDT
**To:** "Radford, Julie T. EOP/WHO" <Ex 6 - (5 U.S.C. Sec >
**Subject: RE: Call or meet next week**

Julie,

Just to finish the thought from earlier today.



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Let me know how I can be helpful.

Best,

Vicki

**From:** Radford, Julie T. EOP/WHO [mailto:<span style="background:black">Ex 6 - (5 U.S.C. Sec 552(b)(6))</span>]
**Sent:** Monday, July 10, 2017 12:54 PM
**To:** VICTORIA A. LIPNIC <<span style="background:black">Ex 6 - (5 U.S.C. Sec 552(b)(6))</span> Baitel, Rachael EOP/WHO <<span style="background:black">Ex 6 - (5 U.S.C. Sec</span>
**Cc:** Raffel, Joshua H. EOP/WHO <<span style="background:black">Ex 6 - (5 U.S.C. Sec</span>
**Subject:** RE: Call or meet next week

Hi Vicki,

Thanks for following up, apologies for the delay as we've been traveling. Do you have time early next week?
Additionally, do you mind sharing what the requests are that you have been receiving?

Thanks
Julie

**From:** VICTORIA A. LIPNIC [mailto:<span style="background:black">Ex 6 - (5 U.S.C. Sec 552(b)(6))</span>]
**Sent:** Monday, July 10, 2017 12:48 PM
**To:** Baitel, Rachael EOP/WHO <<span style="background:black">Ex 6 - (5 U.S.C. Sec</span>
**Cc:** Radford, Julie T. EOP/WHO <<span style="background:black">Ex 6 - (5 U.S.C. Sec</span>
**Subject:** RE: Call or meet next week

Julie & Rachael,

I wanted to let you know that I am available all day Friday, July 14th, of this week if you would like to meet.

<span style="background:black">Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process</span> I'd
be happy to fill you in if you, or someone on your staff, wants to give me a call.  My direct line is 202-663-4005.

My secretary is Shawanda and her number is 202-663-4705.  I am in a number of meetings this afternoon, and she can always find me.

As always, happy to help.

Best,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission

**From:** Baitel, Rachael EOP/WHO [mailto: Ex 6 - (5 U.S.C. Sec
**Sent:** Monday, June 26, 2017 9:36 PM
**To:** VICTORIA A. LIPNIC < Ex 6 - (5 U.S.C. Sec >
**Subject:** RE: Call or meet next week

Hi Victoria,

Hope all is well. I am helping Julie schedule the below. What is your availability for a meeting the week of July 10?

Thank you,
Rachael

**From:** VICTORIA A. LIPNIC [mailto: Ex 6 - (5 U.S.C. Sec
**Sent:** Wednesday, June 21, 2017 5:34 PM
**To:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Subject:** Re: Call or meet next week

Julie,
I have a meeting with a House member at 2:30 that will probably take an hour.

I could get to you by 4:30.

If you prefer morning, I have a call with someone on the west coast scheduled for the morning - which I could probably move to late afternoon - and meet you instead at 10:00 or 11:00.

Get Outlook for iOS

**From:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Sent:** Wednesday, June 21, 2017 5:24:33 PM
**To:** VICTORIA A. LIPNIC
**Subject:** RE: Call or meet next week

Hi Vicki,

Hope you are doing well! Apologies, things have been quite busy this week. Unfortunately I will be gone on Friday.
What does next Thursday look like for you?

Thanks
Julie

**From:** VICTORIA A. LIPNIC [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6))]
**Sent:** Wednesday, June 21, 2017 4:28 PM
**To:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Subject:** Re: Call or meet next week

Julie,
I just wanted to follow-up to see if you wanted to try to meet this Friday, June 23rd, in the afternoon?

I have a speaking engagement at noon, but have been holding the rest of the afternoon open in case you wanted to meet.

I could come over to you after 2:00.

No pressure, just trying to be helpful.

Best,
Vicki

Get Outlook for iOS

_____
From: Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
Sent: Friday, June 9, 2017 12:14 PM
Subject: RE: Call or meet next week
To: VICTORIA A. LIPNIC < Ex 6 - (5 U.S.C. Sec >

Vicki

Thank you for following-up. Look forward to further discussion.

Unfortunately Thursday and Friday next week are very tough for me. Could we look at the week of June 19th?  A colleague of mine, Maggie Cordish, will most likely join us.

Best,
Julie

**From:** VICTORIA A. LIPNIC [mailto: Ex 6 - (5 U.S.C. Sec )/]
**Sent:** Wednesday, June 7, 2017 10:06 PM
**To:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Subject:** Call or meet next week

Hi Julie,
Just to follow-up from Marlene's connection email – I wanted to make sure you have this contact information, since I don't think you would have had it from the May 2nd meeting.

How about next Friday, June 16th to meet for coffee? ( I am happy to come to you) – whatever and wherever is most convenient for you, I will make it work.  My calendar is (currently) open on that date.   Unfortunately, I am traveling to NYC tomorrow for a speaking engagement and have a Commission hearing on age discrimination next Wednesday, so am really tied up before next Friday.  I could also meet next Thursday afternoon, but not until after 4:00.

Best regards,
Vicki

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
202-663-4005 – direct

# Re: Call or meet next week

**From :** "Gray, John W. EOP/OMB" <​Ex 6 - (5 U.S.C. Sec ​>

**To:** "Bomberger, Melissa B. EOP/OMB" <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>

**Cc:** "Mancini, Dominic J. EOP/OMB" <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>, "Campau, Anthony P. EOP/OMB" <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>, "Bishop, Bradley E. EOP/OMB" <​Ex 6 - (5 U.S.C. Sec​>

**Date:** Tue, 11 Jul 2017 09:19:25 -0400

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

John W Gray
Executive Office of the President
Office of Management and Budget

On Jul 11, 2017, at 9:09 AM, Bomberger, Melissa B. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​> wrote:

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

*Melissa Bomberger*
*OMB, Labor Branch*
Ex 6 - (5 U.S.C. Sec *(cell)*

**From:** Mancini, Dominic J. EOP/OMB
**Sent:** Monday, July 10, 2017 11:40 PM
**To:** Gray, John W. EOP/OMB <​Ex 6 - (5 U.S.C. Sec​>; Bomberger, Melissa B. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>
**Cc:** Campau, Anthony P. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>
**Subject:** RE: Call or meet next week

Thanks John,  adding Anthony. Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process
Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

**From:** Gray, John W. EOP/OMB
**Sent:** Monday, July 10, 2017 11:32 PM
**To:** Bomberger, Melissa B. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>

**Cc:** Mancini, Dominic J. EOP/OMB <​█████ Ex 6 - (5 U.S.C. Sec 552(b)(6)) █████​>
**Subject:** Fwd: Call or meet next week

Isn't this issue one we're dealing with?  What's the status of it sitting with us since March? (See below)

John W Gray
Executive Office of the President
Office of Management and Budget

Begin forwarded message:

> **From:** "Radford, Julie T. EOP/WHO" <​█████ Ex 6 - (5 U.S.C. Sec █████​>
> **Date:** July 10, 2017 at 9:24:53 PM EDT
> **To:** "Gray, John W. EOP/OMB" <​█████ Ex 6 - (5 U.S.C. Sec █████​>
> **Cc:** "McKee, Kara L. EOP/WHO" <​█████ Ex 6 - (5 U.S.C. Sec █████​>
> **Subject: Fwd: Call or meet next week**
>
> John - have a few minutes to discuss the below tomorrow?
> It sounds like we are up against a very tight timeline on EEOC items.
> Thanks
> Julie
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "VICTORIA A. LIPNIC" <​█████ Ex 6 - (5 U.S.C. Sec █████​>
>> **Date:** July 10, 2017 at 8:44:39 PM EDT
>> **To:** "Radford, Julie T. EOP/WHO" <​█████ Ex 6 - (5 U.S.C. Sec █████​>
>> **Subject: RE: Call or meet next week**
>>
>> Julie,
>>
>> Just to finish the thought from earlier today.

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process



Let me know how I can be helpful.

Best,
Vicki

---

**From:** Radford, Julie T. EOP/WHO [mailto:<span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec</span>]
**Sent:** Monday, July 10, 2017 12:54 PM
**To:** VICTORIA A. LIPNIC <span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec</span> >; Baitel, Rachael EOP/WHO
<<span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec</span> >
**Cc:** Raffel, Joshua H. EOP/WHO <<span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec</span> >
**Subject:** RE: Call or meet next week

Hi Vicki,

Thanks for following up, apologies for the delay as we've been traveling. Do you have time early next week?
Additionally, do you mind sharing what the requests are that you have been receiving?

Thanks
Julie

---

**From:** VICTORIA A. LIPNIC [mailto:<span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec</span>]
**Sent:** Monday, July 10, 2017 12:48 PM
**To:** Baitel, Rachael EOP/WHO <<span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec</span> >

**Cc:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec ███████>
**Subject:** RE: Call or meet next week

Julie & Rachael,

I wanted to let you know that I am available all day Friday, July 14th, of this week if you would like to meet.

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process ████████████████████████

I'd be happy to fill you in if you, or someone on your staff, wants to give me a call.  My direct line is 202-663-4005.

My secretary is Shawanda and her number is 202-663-4705.  I am in a number of meetings this afternoon, and she can always find me.

As always, happy to help.

Best,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission

---

**From:** Baitel, Rachael EOP/WHO [mailto Ex 6 - (5 U.S.C. Sec ████]
**Sent:** Monday, June 26, 2017 9:36 PM
**To:** VICTORIA A. LIPNIC Ex 6 - (5 U.S.C. Sec 552(b)(6))
**Subject:** RE: Call or meet next week

Hi Victoria,

Hope all is well. I am helping Julie schedule the below. What is your availability for a meeting the week of July 10?

Thank you,
Rachael

---

**From:** VICTORIA A. LIPNIC [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6))]
**Sent:** Wednesday, June 21, 2017 5:34 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec ███████>
**Subject:** Re: Call or meet next week

Julie,
I have a meeting with a House member at 2:30 that will probably take an hour.

I could get to you by 4:30.

If you prefer morning, I have a call with someone on the west coast scheduled for the morning - which I could probably move to late afternoon - and meet you instead at 10:00 or 11:00.

Get Outlook for iOS

**From:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec ▮▮▮>
**Sent:** Wednesday, June 21, 2017 5:24:33 PM
**To:** VICTORIA A. LIPNIC
**Subject:** RE: Call or meet next week

Hi Vicki,

Hope you are doing well! Apologies, things have been quite busy this week. Unfortunately I will be gone on Friday.
What does next Thursday look like for you?

Thanks
Julie

**From:** VICTORIA A. LIPNIC [mailto:Ex 6 - (5 U.S.C. Sec ▮▮]
**Sent:** Wednesday, June 21, 2017 4:28 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec ▮▮>
**Subject:** Re: Call or meet next week

Julie,
I just wanted to follow-up to see if you wanted to try to meet this Friday, June 23rd, in the afternoon?

I have a speaking engagement at noon, but have been holding the rest of the afternoon open in case you wanted to meet.

I could come over to you after 2:00.

No pressure, just trying to be helpful.

Best,
Vicki

Get Outlook for iOS

From: Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec >
Sent: Friday, June 9, 2017 12:14 PM
Subject: RE: Call or meet next week
To: VICTORIA A. LIPNIC Ex 6 - (5 U.S.C. Sec >

Vicki

Thank you for following-up. Look forward to further discussion.

Unfortunately Thursday and Friday next week are very tough for me. Could we look at the week of June 19th?  A colleague of mine, Maggie Cordish, will most likely join us.

Best,
Julie

**From:** VICTORIA A. LIPNIC [mailto Ex 6 - (5 U.S.C. Sec ]
**Sent:** Wednesday, June 7, 2017 10:06 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Subject:** Call or meet next week

Hi Julie,
Just to follow-up from Marlene's connection email – I wanted to make sure you have this contact information, since I don't think you would have had it from the May 2nd meeting.

How about next Friday, June 16th to meet for coffee? ( I am happy to come to you) – whatever and wherever is most convenient for you, I will make it work.  My calendar is (currently) open on that date.   Unfortunately, I am traveling to NYC tomorrow for a speaking engagement and have a Commission hearing on age discrimination next Wednesday, so am really tied up before next Friday.  I could also meet next Thursday afternoon, but not until after 4:00.

Best regards,
Vicki

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
202-663-4005 – direct

# FW: Call or meet next week

**From:** "Bomberger, Melissa B. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >

**To:** "Wang, Kan EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >

**Date:** Tue, 11 Jul 2017 09:10:45 -0400

Ex 5
DP-

*Melissa Bomberger*
*OMB, Labor Branch*
Ex 6 - (5
U.S.C. Sec
552(b)(6))  *(cell)*

---

**From:** Bomberger, Melissa B. EOP/OMB
**Sent:** Tuesday, July 11, 2017 9:10 AM
**To:** Theroux, Rich P. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Subject:** FW: Call or meet next week

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

*Melissa Bomberger*
*OMB, Labor Branch*
Ex 6 - (5
U.S.C. Sec
552(b)(6))  *(cell)*

---

**From:** Mancini, Dominic J. EOP/OMB
**Sent:** Monday, July 10, 2017 11:40 PM
**To:** Gray, John W. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >; Bomberger, Melissa B. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Cc:** Campau, Anthony P. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Subject:** RE: Call or meet next week

Thanks John,  adding Anthony.  Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process
Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

---

**From:** Gray, John W. EOP/OMB
**Sent:** Monday, July 10, 2017 11:32 PM
**To:** Bomberger, Melissa B. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Cc:** Mancini, Dominic J. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Subject:** Fwd: Call or meet next week

Isn't this issue one we're dealing with?  What's the status of it sitting with us since March? (See below)

John W Gray
Executive Office of the President
Office of Management and Budget

Begin forwarded message:

> **From:** "Radford, Julie T. EOP/WHO" <Ex 6 - (5 U.S.C. Sec ‾>
> **Date:** July 10, 2017 at 9:24:53 PM EDT
> **To:** "Gray, John W. EOP/OMB" <Ex 6 - (5 U.S.C. Sec ‾>
> **Cc:** "McKee, Kara L. EOP/WHO" <Ex 6 - (5 U.S.C. Sec ‾
> **Subject: Fwd: Call or meet next week**
>
> John - have a few minutes to discuss the below tomorrow?
> It sounds like we are up against a very tight timeline on EEOC items.
> Thanks
> Julie
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** "VICTORIA A. LIPNIC" <Ex 6 - (5 U.S.C. Sec ‾>
> > **Date:** July 10, 2017 at 8:44:39 PM EDT
> > **To:** "Radford, Julie T. EOP/WHO" <Ex 6 - (5 U.S.C. Sec ‾>
> > **Subject: RE: Call or meet next week**
> >
> > Julie,
> >
> > Just to finish the thought from earlier today.
> >
> > Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Let me know how I can be helpful.

Best,
Vicki

**From:** Radford, Julie T. EOP/WHO [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6))
**Sent:** Monday, July 10, 2017 12:54 PM
**To:** VICTORIA A. LIPNIC Ex 6 - (5 U.S.C. Sec 552(b)(6)) Baitel, Rachael EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Cc:** Raffel, Joshua H. EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Subject:** RE: Call or meet next week

Hi Vicki,

Thanks for following up, apologies for the delay as we've been traveling. Do you have time early next week?
Additionally, do you mind sharing what the requests are that you have been receiving?

Thanks
Julie

**From:** VICTORIA A. LIPNIC [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6)) ]
**Sent:** Monday, July 10, 2017 12:48 PM
**To:** Baitel, Rachael EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Cc:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Subject:** RE: Call or meet next week

Julie & Rachael,

I wanted to let you know that I am available all day Friday, July 14th, of this week if you would like to meet.

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

I'd be happy to fill you in if you, or someone on your staff, wants to give me a call.  My direct line is 202-663-4005.

My secretary is Shawanda and her number is 202-663-4705.  I am in a number of meetings this afternoon, and she can always find me.

As always, happy to help.

Best,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission

**From:** Baitel, Rachael EOP/WHO [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6)) ]
**Sent:** Monday, June 26, 2017 9:36 PM
**To:** VICTORIA A. LIPNIC <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Subject:** RE: Call or meet next week

Hi Victoria,

Hope all is well. I am helping Julie schedule the below. What is your availability for a meeting the week of July 10?

Thank you,
Rachael

**From:** VICTORIA A. LIPNIC [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6)) ]
**Sent:** Wednesday, June 21, 2017 5:34 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Subject:** Re: Call or meet next week

Julie,
I have a meeting with a House member at 2:30 that will probably take an hour.

I could get to you by 4:30.

If you prefer morning, I have a call with someone on the west coast scheduled for the morning - which I could probably move to late afternoon - and meet you instead at 10:00 or 11:00.

Get Outlook for iOS

**From:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec>
**Sent:** Wednesday, June 21, 2017 5:24:33 PM
**To:** VICTORIA A. LIPNIC
**Subject:** RE: Call or meet next week

Hi Vicki,

Hope you are doing well! Apologies, things have been quite busy this week. Unfortunately I will be gone on Friday.
What does next Thursday look like for you?

Thanks
Julie

**From:** VICTORIA A. LIPNIC [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6))]
**Sent:** Wednesday, June 21, 2017 4:28 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec>
**Subject:** Re: Call or meet next week

Julie,
I just wanted to follow-up to see if you wanted to try to meet this Friday, June 23rd, in the afternoon?

I have a speaking engagement at noon, but have been holding the rest of the afternoon open in case you wanted to meet.

I could come over to you after 2:00.

No pressure, just trying to be helpful.

Best,
Vicki

Get Outlook for iOS

From: Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec>
Sent: Friday, June 9, 2017 12:14 PM

Subject: RE: Call or meet next week
To: VICTORIA A. LIPNIC Ex 6 - (5 U.S.C. Sec

Vicki

Thank you for following-up. Look forward to further discussion.

Unfortunately Thursday and Friday next week are very tough for me. Could we look at the week of June 19th?  A colleague of mine, Maggie Cordish, will most likely join us.

Best,
Julie

**From:** VICTORIA A. LIPNIC [mailto Ex 6 - (5 U.S.C. Sec
**Sent:** Wednesday, June 7, 2017 10:06 PM
**To:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Subject:** Call or meet next week

Hi Julie,
Just to follow-up from Marlene's connection email – I wanted to make sure you have this contact information, since I don't think you would have had it from the May 2nd meeting.

How about next Friday, June 16th to meet for coffee? ( I am happy to come to you) – whatever and wherever is most convenient for you, I will make it work.  My calendar is (currently) open on that date.   Unfortunately, I am traveling to NYC tomorrow for a speaking engagement and have a Commission hearing on age discrimination next Wednesday, so am really tied up before next Friday.  I could also meet next Thursday afternoon, but not until after 4:00.

Best regards,
Vicki

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
202-663-4005 – direct

# Re: Call or meet next week

**From:** ███Ex 6 - (5 U.S.C. Sec 552(b)(6))███

**To:**   "Bishop, Bradley E. EOP/OMB" <███Ex 6 - (5 U.S.C. Sec███>

**Cc:**   "Campau, Anthony P. EOP/OMB" <███Ex 6 - (5 U.S.C. Sec 552(b)(6))███>, "Gray, John W. EOP/OMB" <███Ex 6 - (5 U.S.C. Sec███>

**Date:** Tue, 11 Jul 2017 10:16:45 -0400

Thanks Brad, unfortunately I'm in the same meeting as Anthony with Neomi.   When we get out we will circle back.

On Jul 11, 2017, at 10:06 AM, Bishop, Bradley E. EOP/OMB <███Ex 6 - (5 U.S.C. Sec 552(b)(6))███> wrote:

Hey Dom,

███Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process███

Thanks,

Brad Bishop

---

**From:** Gray, John W. EOP/OMB
**Sent:** Tuesday, July 11, 2017 9:39 AM
**To:** Bomberger, Melissa B. EOP/OMB <███Ex 6 - (5 U.S.C. Sec 552(b)(6))███>; Mancini, Dominic J. EOP/OMB <███Ex 6 - (5 U.S.C. Sec 552(b)(6))███>
**Cc:** Campau, Anthony P. EOP/OMB <███Ex 6 - (5 U.S.C. Sec 552(b)(6))███>; Bishop, Bradley E. EOP/OMB <███Ex 6 - (5 U.S.C. Sec 552(b)(6))███>
**Subject:** RE: Call or meet next week

███Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process███

---

**From:** Bomberger, Melissa B. EOP/OMB
**Sent:** Tuesday, July 11, 2017 9:10 AM
**To:** Mancini, Dominic J. EOP/OMB <███Ex 6 - (5 U.S.C. Sec 552(b)(6))███>; Gray, John W. EOP/OMB

<Ex 6 - (5 U.S.C. Sec
**Cc:** Campau, Anthony P. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Subject:** RE: Call or meet next week

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

*Melissa Bomberger*
*OMB, Labor Branch*
Ex 6 - (5 U.S.C. Sec 552(b)(6)) *(cell)*

---

**From:** Mancini, Dominic J. EOP/OMB
**Sent:** Monday, July 10, 2017 11:40 PM
**To:** Gray, John W. EOP/OMB <Ex 6 - (5 U.S.C. Sec >; Bomberger, Melissa B. EOP/OMB
<Ex 6 - (5 U.S.C. Sec 552(b)(6))
**Cc:** Campau, Anthony P. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Subject:** RE: Call or meet next week

Thanks John,  adding Anthony. Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process
Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

---

**From:** Gray, John W. EOP/OMB
**Sent:** Monday, July 10, 2017 11:32 PM
**To:** Bomberger, Melissa B. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Cc:** Mancini, Dominic J. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Subject:** Fwd: Call or meet next week

Isn't this issue one we're dealing with?  What's the status of it sitting with us since March? (See below)

John W Gray
Executive Office of the President
Office of Management and Budget

Begin forwarded message:

> **From:** "Radford, Julie T. EOP/WHO" <Ex 6 - (5 U.S.C. Sec >
> **Date:** July 10, 2017 at 9:24:53 PM EDT
> **To:** "Gray, John W. EOP/OMB" <Ex 6 - (5 U.S.C. Sec >
> **Cc:** "McKee, Kara L. EOP/WHO" <Ex 6 - (5 U.S.C. Sec >
> **Subject: Fwd: Call or meet next week**

John - have a few minutes to discuss the below tomorrow?
It sounds like we are up against a very tight timeline on EEOC items.
Thanks
Julie

Sent from my iPhone

Begin forwarded message:

**From:** "VICTORIA A. LIPNIC" <VICTORIA.LIPNIC@EEOC.GOV>
**Date:** July 10, 2017 at 8:44:39 PM EDT
**To:** "Radford, Julie T. EOP/WHO" <Ex 6 - (5 U.S.C. Sec                >
**Subject: RE: Call or meet next week**

Julie,

Just to finish the thought from earlier today.



Let me know how I can be helpful.

Best,
Vicki

**From:** Radford, Julie T. EOP/WHO [mailto Ex 6 - (5 U.S.C. Sec 552(b)(6)) ]
**Sent:** Monday, July 10, 2017 12:54 PM
**To:** VICTORIA A. LIPNIC <VICTORIA.LIPNIC@EEOC.GOV>; Baitel, Rachael EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Cc:** Raffel, Joshua H. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Subject:** RE: Call or meet next week

Hi Vicki,

Thanks for following up, apologies for the delay as we've been traveling. Do you have time early next week?
Additionally, do you mind sharing what the requests are that you have been receiving?

Thanks
Julie

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@EEOC.GOV]
**Sent:** Monday, July 10, 2017 12:48 PM
**To:** Baitel, Rachael EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Cc:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Subject:** RE: Call or meet next week

Julie & Rachael,

I wanted to let you know that I am available all day Friday, July 14th, of this week if you would like to meet.

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

I'd be happy to fill you in if you, or someone on your staff, wants to give me a call.  My direct line is 202-663-4005.

My secretary is Shawanda and her number is 202-663-4705.  I am in a number of meetings this afternoon, and she can always find me.

As always, happy to help.

Best,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission

**From:** Baitel, Rachael EOP/WHO [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6))]
**Sent:** Monday, June 26, 2017 9:36 PM
**To:** VICTORIA A. LIPNIC <VICTORIA.LIPNIC@EEOC.GOV>
**Subject:** RE: Call or meet next week

Hi Victoria,

Hope all is well. I am helping Julie schedule the below. What is your availability for a meeting the week of July 10?

Thank you,
Rachael

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@EEOC.GOV]
**Sent:** Wednesday, June 21, 2017 5:34 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec>
**Subject:** Re: Call or meet next week

Julie,
I have a meeting with a House member at 2:30 that will probably take an hour.

I could get to you by 4:30.

If you prefer morning, I have a call with someone on the west coast scheduled for the morning - which I could probably move to late afternoon - and meet you instead at 10:00 or 11:00.

Get Outlook for iOS

**From:** Radford, Julie T. EOP/WHO Ex 6 - (5 U.S.C. Sec
**Sent:** Wednesday, June 21, 2017 5:24:33 PM
**To:** VICTORIA A. LIPNIC
**Subject:** RE: Call or meet next week

Hi Vicki,

Hope you are doing well! Apologies, things have been quite busy this week. Unfortunately I will be gone on Friday.
What does next Thursday look like for you?

Thanks
Julie

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@EEOC.GOV]
**Sent:** Wednesday, June 21, 2017 4:28 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec ▮>
**Subject:** Re: Call or meet next week

Julie,
I just wanted to follow-up to see if you wanted to try to meet this Friday, June 23rd, in the afternoon?

I have a speaking engagement at noon, but have been holding the rest of the afternoon open in case you wanted to meet.

I could come over to you after 2:00.

No pressure, just trying to be helpful.

Best,
Vicki

Get Outlook for iOS

From: Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec ▮>
Sent: Friday, June 9, 2017 12:14 PM
Subject: RE: Call or meet next week
To: VICTORIA A. LIPNIC <Ex 6 - (5 U.S.C. Sec ▮>

Vicki

Thank you for following-up. Look forward to further discussion.

Unfortunately Thursday and Friday next week are very tough for me. Could we look at the week of June 19th?  A colleague of mine, Maggie Cordish, will most likely join us.

Best,
Julie

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@EEOC.GOV]
**Sent:** Wednesday, June 7, 2017 10:06 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec ▮>
**Subject:** Call or meet next week

Hi Julie,

Just to follow-up from Marlene's connection email – I wanted to make sure you have this contact information, since I don't think you would have had it from the May 2nd meeting.

How about next Friday, June 16th to meet for coffee? ( I am happy to come to you) – whatever and wherever is most convenient for you, I will make it work.  My calendar is (currently) open on that date.   Unfortunately, I am traveling to NYC tomorrow for a speaking engagement and have a Commission hearing on age discrimination next Wednesday, so am really tied up before next Friday.  I could also meet next Thursday afternoon, but not until after 4:00.

Best regards,
Vicki

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
202-663-4005 – direct

# Fwd: EEO-1

**From:**     Ex 6 - (5 U.S.C. Sec 552(b)(6))

**To:**      "Moore, Caroline E. EOP/OMB" <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>

**Date:**    Tue, 22 Aug 2017 09:37:54 -0400

Email.

Begin forwarded message:

> **From:** "VICTORIA A. LIPNIC" <VICTORIA.LIPNIC@eeoc.gov>
> **Date:** April 14, 2017 at 2:38:00 PM EDT
> **To:** "Dominic J. EOP/OMB Mancini" <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>
> **Cc:** JIM PARETTI <JIM.PARETTI@eeoc.gov>
> **Subject: RE: EEO-1**
>
> Dominic,
> Thank you for your message.
>
> Yes, we would like to consult with you about the revised EEO-1. Jim Paretti, my Chief of Staff and Chief Counsel is copied on this email – he will work out the meeting time with you. Please let us know if there is any information you would like us to provide.
>
> Thank you.
>
>
> Best regards,
> Vicki Lipnic
>
> VICTORIA A. LIPNIC
> Acting Chair
> U.S. Equal Employment Opportunity Commission
> Washington, D.C. 20507
> 202-663-4005 – (direct)
>
>
> **From:** Dominic J. EOP/OMB Mancini [mailtoEx 6 - (5 U.S.C. Sec 552(b)(6))]
> **Sent:** Friday, April 14, 2017 2:20 PM
> **To:** VICTORIA A. LIPNIC <VICTORIA.LIPNIC@EEOC.GOV>
> **Cc:** JIM PARETTI <JIM.PARETTI@EEOC.GOV>
> **Subject:** EEO-1

Dear Acting Chair Lipnic,



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Thank you, and please let me know if you have any questions.

Best Regards,
Dom

Dominic J Mancini
Deputy and Acting Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget

Ex 6 - (5

# Re: EEO-1 Meeting

**From:**      JIM PARETTI <Ex 6 - (5 U.S.C. Sec ...>

**To:**        "Mancini, Dominic J. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6))>

**Date:**      Thu, 20 Apr 2017 09:19:40 -0400

Definitely something she'd be happy to do.  Look forward to our discussion.
**From:** Dominic J. EOP/OMB Mancini <Ex 6 - (5 U.S.C. Sec 552(b)(6))     >
**Sent:** Thursday, April 20, 2017 9:06:03 AM
**To:** JIM PARETTI
**Subject:** Re: EEO-1 Meeting

Hi Jim,

Looking forward to the call today.  Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process
Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process
Ex 5

Dom

On Apr 19, 2017, at 5:49 PM, JIM PARETTI Ex 6 - (5 U.S.C. Sec <Ex 6 - (5 U.S.C. Sec >
wrote:

4:45 tomorrow?  I'm on a 3:30 call that may run long, but certainly should be free by then.  I'll call you in your
office unless you tell me otherwise.

Thanks man.

JAP

From: Dominic J. EOP/OMB Mancini
[mailtoEx 6 - (5 U.S.C. Sec 552(b)(6)) <Ex 6 - (5 U.S.C. Sec ]
Sent: Wednesday, April 19, 2017 5:45 PM
To: JIM PARETTI Ex 6 - (5 U.S.C. Sec <mailto:Ex 6 - (5 U.S.C. Sec >
Subject: RE: EEO-1 Meeting

Hi Jim,

Thanks for reaching out.  After 3:30 tomorrow, or before 2 on Friday would be great, with a mild preference for
touching base tomorrow so we can get this started.

Thanks,
Dom

From: JIM PARETTI [mailtoEx 6 - (5 U.S.C. Sec ]
Sent: Wednesday, April 19, 2017 1:42 PM
To: Mancini, Dominic J. EOP/OMB
<Ex 6 - (5 U.S.C. Sec 552(b)(6))<mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
Subject: EEO-1 Meeting

Hey, Dom…

What's your schedule like tomorrow or Friday for a quick call to discuss scheduling this meeting, and how best to prepare/get you guys what you need?

I am on a short flight midday tomorrow, but apart from that fairly open.  Let me know if there's a time that works for you.

Best,

JAP

From: Dominic J. EOP/OMB Mancini [mailto:█Ex 6 - (5 U.S.C. Sec 552(b)(6))█]
Sent: Friday, April 14, 2017 2:51 PM
To: VICTORIA A. LIPNIC <█Ex 6 - (5 U.S.C. Sec _____█ <mailto:█Ex 6 - (5 U.S.C. Sec _____█>>
Cc: JIM PARETTI <█Ex 6 - (5 U.S.C. Sec _____█ <mailto:█Ex 6 - (5 U.S.C. Sec _____█>>
Subject: RE: EEO-1

Hello Vicki,

███████████████████████████████████████████████████████
█Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process███
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

Looking forward to this discussion.   Take care, and have a great weekend.

Dom

From: VICTORIA A. LIPNIC [mailto:█Ex 6 - (5 U.S.C. Sec _____█]
Sent: Friday, April 14, 2017 2:38 PM
To: Mancini, Dominic J. EOP/OMB
<█Ex 6 - (5 U.S.C. Sec 552(b)(6))█ <mailto:█Ex 6 - (5 U.S.C. Sec 552(b)(6))█>
Cc: JIM PARETTI <█Ex 6 - (5 U.S.C. Sec _____█ <mailto:█Ex 6 - (5 U.S.C. Sec _____█>>
Subject: RE: EEO-1

Dominic,
Thank you for your message.

Yes, we would like to consult with you about the revised EEO-1.  Jim Paretti, my Chief of Staff and Chief Counsel is copied on this email – he will work out the meeting time with you.  Please let us know if there is any information you would like us to provide.

Thank you.

Best regards,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
Washington, D.C. 20507
202-663-4005 – (direct)

From: Dominic J. EOP/OMB Mancini [mailto:█Ex 6 - (5 U.S.C. Sec 552(b)(6))█
Sent: Friday, April 14, 2017 2:20 PM

To: VICTORIA A. LIPNIC <​Ex 6 - (5 U.S.C. Sec​ ​><mailto:​Ex 6 - (5 U.S.C. Sec​ ​>>
Cc: JIM PARETTI <​Ex 6 - (5 U.S.C. Sec​ ​><mailto:​Ex 6 - (5 U.S.C. Sec 552(b)(6))​ ​>>
Subject: EEO-1

Dear Acting Chair Lipnic,



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Thank you, and please let me know if you have any questions.

Best Regards,
Dom

Dominic J Mancini
Deputy and Acting Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget
202-395-5897

# Re: Meeting: EEO-1 Discussion

| | |
|---|---|
| **From:** | JIM PARETTI <Ex 6 - (5 U.S.C. ▮▮▮▮/> |
| **To:** | "Mulvaney, Mick M. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6)) > |
| **Date:** | Thu, 20 Apr 2017 16:20:25 -0400 |

Kailey, Chair Lipnic is scheduled to be giving a speech in Philadelphia at this time on Thursday morning.  Is there any possibility this meeting can happen on Friday - her schedule is wide open.  Please advise.

**From:** Ex 6 - (5 U.S.C. Sec ▮▮▮▮ <Ex 6 - (5 U.S.C. Sec ▮▮▮▮> on behalf of Mulvaney, Mick M. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Sent:** Thursday, April 20, 2017 2:43:26 PM
**To:** Baitel, Rachael EOP/WHO; Radford, Julie T. EOP/WHO; Doyle, Emma K. EOP/OMB; McKee, Kara L. EOP/WHO; JIM PARETTI; Campau, Anthony P. EOP/OMB
**Subject:** Meeting: EEO-1 Discussion
**When:** Thursday, April 27, 2017 9:00 AM-10:00 AM.
**Where:** Roosevelt Room

**Updated meeting description and date/time:**
**This meeting will now take place on Thursday, April 27th at 9 AM. The purpose is to discuss an EEOC form that requires employers to provide certain wage data.**
All –
Director Mulvaney will be hosting a meeting to discuss EEO-1 on Wednesday, April 26th at 1:00 PM in the Roosevelt Room.
<u>Invited Participants</u>
Ivanka Trump
Julie Radford
Kara McKee, DPC
Victoria Lipnic, EEOC
Jim Paretti, EEOC
Emma Doyle, OMB
Anthony Campau, OMB
No +1s.
Please let me know if you have any questions.
Best,
Kailey
Kailey Pickitt
Executive Assistant to the Director
Office of Management and Budget
Ex 6 - (5 U.S.C. Sec ▮▮▮▮
(202) 456-2937 (direct)

# Meeting: EEO-1 Discussion

| | |
|---|---|
| Where: | Roosevelt Room |
| When: | Tue May 02 14:30:00 2017 (America/New_York) |
| Until: | Tue May 02 15:00:00 2017 (America/New_York) |
| Organiser: | "Mulvaney, Mick M. EOP/OMB" <"/o=organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=25600f9361354d13884541dce1b8c1cd-mulvaney, j"> |
| Required Attendees: | "Baitel, Rachael EOP/WHO" <Ex 6 - (5 U.S.C. Sec ▓▓> <br> "Radford, Julie T. EOP/WHO" <Ex 6 - (5 U.S.C. Sec ▓▓> <br> "Doyle, Emma K. EOP/OMB" <Ex 6 - (5 U.S.C. Sec ▓▓> <br> "McKee, Kara L. EOP/WHO" <Ex 6 - (5 U.S.C. Sec ▓▓ <br> jim.paretti@eeoc.gov <br> "Campau, Anthony P. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6)) ▓▓> |
| Optional Attendees: | "Amin, Stacy C. EOP/WHO" <Ex 6 - (5 U.S.C. Sec 552(b)(6)) ▓▓> <br> conway.molly.e@dol.gov |

**NEW START TIME: 2:30 PM (Reducing the time of the meeting to 30 minutes to accommodate Director Mulvaney's attendance at today's daily press briefing)**

**UPDATED meeting description and date/time:**

This meeting will now take place on Tuesday, May 2nd at 2:00M. The purpose is to discuss an EEOC form that requires employers to provide certain wage data.

All –

Director Mulvaney will be hosting a meeting to discuss EEO-1 on Wednesday, April 26th at 1:00 PM in the Roosevelt Room.

Invited Participants

Ivanka Trump

Julie Radford

Kara McKee, DPC

Victoria Lipnic, EEOC

Jim Paretti, EEOC

Emma Doyle, OMB

Anthony Campau, OMB

No +1s.

Please let me know if you have any questions.

Best,

Kailey

Kailey Pickitt

Executive Assistant to the Director

Office of Management and Budget

Ex 6 - (5 U.S.C. Sec eop.gov

(202) 456-2937 (direct)

# FW: additional information regarding EEO-1 paperwork

**From:**  "Peacock, Marcus C. EOP/OMB" Ex 6 - (5 U.S.C. Sec 552(b)(6))

**To:**  "Mancini, Dominic J. EOP/OMB" Ex 6 - (5 U.S.C. Sec 552(b)(6)) ,

**Date:**  Thu, 23 Mar 2017 14:35:24 -0400

Just FYI

---

**From:** Bird, Ronald [mailto:rbird@uschamber.com]
**Sent:** Thursday, March 23, 2017 2:03 PM
**To:** Peacock, Marcus C. EOP/OMB Ex 6 - (5 U.S.C. Sec 552(b)(6))
**Subject:** RE: additional information regarding EEO-1 paperwork

Let me know if you have any questions.
Some of our member companies are anxious to know whether or not the new requirement will be retained.
They need to make major expenditure decisions by Summer for information systems re=programming and training of personnel to comply with the new requirement's first report date in March 2018.
Thank you for your attention to this.

We had an excellent Society for Benefit Cost Analysis conference at GWU last week.  Lots of good papers on regulatory economic impact issues.  We wished that you could have been there.

I was pleased to see today that the total cost of paperwork shown on the OIRA website has not been corrected to a lower figure than the $1.9 trillion previously posted.  Now I can start complaining that the numbers are too low!

Best regards,
Ron

Ronald Bird, Ph.D.
Senior Economist, Regulatory Analysis
Economic Policy Division
U. S. Chamber of Commerce
1615 H Street, N.W.
Washington. DC 20062-2000
202.463.5748
Cell:  703.801.3261

---

**From:** Peacock, Marcus C. EOP/OMB [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6))]
**Sent:** Thursday, March 23, 2017 12:39 PM
**To:** Bird, Ronald
**Subject:** RE: additional information regarding EEO-1 paperwork

Informative, thanks!

**From:** Bird, Ronald [mailto:rbird@uschamber.com]
**Sent:** Thursday, March 23, 2017 10:16 AM Ex 6 - (5 U.S.C. Sec 552(b)(6))
**To:** Peacock, Marcus C. EOP/OMB
**Subject:** additional information regarding EEO-1 paperwork

attached is a copy of the Chamber's full comment letter that was submitted to OIRA August 15, 2016, and which may not have been fully considered by the decision makers at that time.

In particular, the Chamber's comments were based on empirical data from a survey of affected companies, which showed that the costs of compliance with both the previous (short) version of the EEO-1 and the costs of compliance with the new (longer) version were many times greater than EEOC anticipated in its presentation to OIRA.  In particular, see the table below, which is included in the Chamber comment document.  Please call me if you have questions.  I will be pleased to discuss this with you further.

## Comparison of EEOC and U.S. Chamber Estimates of Annual Paperwork Compliance Burden Hours and Cost

|  | 2016 all respondents complete component 1 only | 2017/2018 contractors with 50-99 employees complete only component 1 | 2017/2018 employers with 100 + employees complete both component 1 & 2 |
|---|---|---|---|
| **Number of respondents** | 67,146 | 6,260 | 60,866 |
| **EEOC estimated burden hours** | 1.055 million hours | 59,166 hours | 1.893 million hours |
| **Chamber estimated burden hours** | 4.485 million hours | 59,928 hours | 8.066 million hours |
| **EEOC estimated Cost**[1] | $30.0 million | $1.9 million | $53.5 million |
| **Chamber estimated cost without overhead cost** | $223.0 million | $2.98 million | $400.8 million |
| **Chamber estimated cost with overhead added**[2] | $725.3 million | $9.7 million | $1.3 billion |

[1]    The Commission only estimated cost on a no overhead basis – omitting the cost of the workplace, equipment, materials and other support labor requires to perform the reporting task.
[2]    The Chamber calculation applied an overhead load multiple of 3.25 times direct labor cost per hour.

Ronald Bird, Ph.D.
Senior Economist, Regulatory Analysis
Economic Policy Division
U. S. Chamber of Commerce
1615 H Street, N.W.
Washington. DC 20062-2000
202.463.5748
Cell:  703.801.3261

**EXHIBIT F – OMB'S REVISED SUPPLEMENTAL PRODUCTION**

# RE: EEO-1

| | |
|---|---|
| **From:** | "Mancini, Dominic J. EOP/OMB" <"/o=organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=c5e7c58099974f36bdc79378955517fa-mancini, do"> |
| **To:** | "VICTORIA A. LIPNIC" <victoria.lipnic@eeoc.gov> |
| **Cc:** | JIM PARETTI <jim.paretti@eeoc.gov> |
| **Date:** | Fri, 14 Apr 2017 14:51:22 -0400 |

Hello Vicki,

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Looking forward to this discussion.   Take care, and have a great weekend.

Dom

---

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@eeoc.gov]
**Sent:** Friday, April 14, 2017 2:38 PM
**To:** Mancini, Dominic J. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Cc:** JIM PARETTI <JIM.PARETTI@eeoc.gov>
**Subject:** RE: EEO-1

Dominic,
Thank you for your message.

Yes, we would like to consult with you about the revised EEO-1.  Jim Paretti, my Chief of Staff and Chief Counsel is copied on this email – he will work out the meeting time with you.  Please let us know if there is any information you would like us to provide.

Thank you.

Best regards,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
Washington, D.C. 20507
202-663-4005 – (direct)

**From:** Dominic J. EOP/OMB Mancini [mailto: <span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec 552(b)(6))</span> ]
**Sent:** Friday, April 14, 2017 2:20 PM
**To:** VICTORIA A. LIPNIC <<u>VICTORIA.LIPNIC@EEOC.GOV</u>>
**Cc:** JIM PARETTI <<u>JIM.PARETTI@EEOC.GOV</u>>
**Subject:** EEO-1

Dear Acting Chair Lipnic,



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Thank you, and please let me know if you have any questions.

Best Regards,
Dom

Dominic J Mancini
Deputy and Acting Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget
<span style="background:black;color:white">Ex 6 - (5</span>

# RE: EEO-1

| | |
|---|---|
| **To:** | "VICTORIA A. LIPNIC" <victoria.lipnic@eeoc.gov> |
| **Cc:** | JIM PARETTI <jim.paretti@eeoc.gov> |
| **Date:** | Fri, 14 Apr 2017 14:51:10 -0400 |

Hello Vicki,

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Looking forward to this discussion.   Take care, and have a great weekend.

Dom

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@eeoc.gov]
**Sent:** Friday, April 14, 2017 2:38 PM
**To:** Mancini, Dominic J. EOP/OMB < Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Cc:** JIM PARETTI <JIM.PARETTI@eeoc.gov>
**Subject:** RE: EEO-1

Dominic,
Thank you for your message.

Yes, we would like to consult with you about the revised EEO-1.  Jim Paretti, my Chief of Staff and Chief Counsel is copied on this email – he will work out the meeting time with you.  Please let us know if there is any information you would like us to provide.

Thank you.

Best regards,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
Washington, D.C. 20507
202-663-4005 – (direct)

**From:** Dominic J. EOP/OMB Mancini [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6)) ]
**Sent:** Friday, April 14, 2017 2:20 PM
**To:** VICTORIA A. LIPNIC <VICTORIA.LIPNIC@EEOC.GOV>
**Cc:** JIM PARETTI <JIM.PARETTI@EEOC.GOV>
**Subject:** EEO-1

Dear Acting Chair Lipnic,



Thank you, and please let me know if you have any questions.

Best Regards,
Dom

Dominic J Mancini
Deputy and Acting Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget
Ex 6 - (5

# FW: EEO-1

| From: | "Mancini, Dominic J. EOP/OMB" <"/o=organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=c5e7c58099974f36bdc79378955517fa-mancini, do"> |
|---|---|
| **To:** | "Campau, Anthony P. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6)) > |
| **Cc:** | "Theroux, Rich P. EOP/OMB" <richard_p._theroux@omb.eop.gov>, "Nye, Joseph B. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6)) > |
| **Date:** | Mon, 17 Apr 2017 10:56:23 -0400 |

**From:** Mancini, Dominic J. EOP/OMB
**Sent:** Friday, April 14, 2017 2:51 PM
**To:** 'VICTORIA A. LIPNIC' <VICTORIA.LIPNIC@eeoc.gov>
**Cc:** JIM PARETTI <JIM.PARETTI@eeoc.gov>
**Subject:** RE: EEO-1

Hello Vicki,

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Looking forward to this discussion.   Take care, and have a great weekend.

Dom

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@eeoc.gov]
**Sent:** Friday, April 14, 2017 2:38 PM
**To:** Mancini, Dominic J. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Cc:** JIM PARETTI <JIM.PARETTI@eeoc.gov>
**Subject:** RE: EEO-1

Dominic,
Thank you for your message.

Yes, we would like to consult with you about the revised EEO-1.  Jim Paretti, my Chief of Staff and Chief Counsel is copied on this email – he will work out the meeting time with you.  Please let us know if there is any information you would like us to provide.

Thank you.

Best regards,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
Washington, D.C. 20507
202-663-4005 – (direct)

---

**From:** Dominic J. EOP/OMB Mancini [mailto Ex 6 - (5 U.S.C. Sec 552(b)(6))
**Sent:** Friday, April 14, 2017 2:20 PM
**To:** VICTORIA A. LIPNIC <VICTORIA.LIPNIC@EEOC.GOV>
**Cc:** JIM PARETTI <JIM.PARETTI@EEOC.GOV>
**Subject:** EEO-1

Dear Acting Chair Lipnic,



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Thank you, and please let me know if you have any questions.

Best Regards,
Dom

Dominic J Mancini
Deputy and Acting Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget
Ex 6 - (5

# Re: EEO-1 Meeting

**From:**   JIM PARETTI ██Ex 6 - (5 U.S.C. Sec██

**To:**   "Mancini, Dominic J. EOP/OMB" <██Ex 6 - (5 U.S.C. Sec 552(b)(6))██>

**Date:**   Thu, 20 Apr 2017 09:19:40 -0400

Definitely something she'd be happy to do.  Look forward to our discussion.
**From:** Dominic J. EOP/OMB Mancini ██Ex 6 - (5 U.S.C. Sec 552(b)(6))██>
**Sent:** Thursday, April 20, 2017 9:06:03 AM
**To:** JIM PARETTI
**Subject:** Re: EEO-1 Meeting

Hi Jim,

Looking forward to the call today. ██Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process██
██Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process██
██Ex 5██

Dom

On Apr 19, 2017, at 5:49 PM, JIM PARETTI ██Ex 6 - (5 U.S.C. Sec ██<██Ex 6 - (5 U.S.C. Sec ██>
wrote:

4:45 tomorrow?  I'm on a 3:30 call that may run long, but certainly should be free by then.  I'll call you in your office unless you tell me otherwise.

Thanks man.

JAP

From: Dominic J. EOP/OMB Mancini
[mailto██Ex 6 - (5 U.S.C. Sec 552(b)(6))██<██Ex 6 - (5 U.S.C. Sec ██]
Sent: Wednesday, April 19, 2017 5:45 PM
To: JIM PARETTI ██Ex 6 - (5 U.S.C. Sec ██<mailto:██Ex 6 - (5 U.S.C. Sec ██>
Subject: RE: EEO-1 Meeting

Hi Jim,

Thanks for reaching out.  After 3:30 tomorrow, or before 2 on Friday would be great, with a mild preference for touching base tomorrow so we can get this started.

Thanks,
Dom

From: JIM PARETTI [mailto██Ex 6 - (5 U.S.C. Sec ██
Sent: Wednesday, April 19, 2017 7:47 PM
To: Mancini, Dominic J. EOP/OMB
<██Ex 6 - (5 U.S.C. Sec 552(b)(6))██<mailto:██Ex 6 - (5 U.S.C. Sec 552(b)(6))██>
Subject: EEO-1 Meeting

Hey, Dom…

What's your schedule like tomorrow or Friday for a quick call to discuss scheduling this meeting, and how best to prepare/get you guys what you need?

I am on a short flight midday tomorrow, but apart from that fairly open.  Let me know if there's a time that works for you.

Best,

JAP

From: Dominic J. EOP/OMB Mancini [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6))]
Sent: Friday, April 14, 2017 2:51 PM
To: VICTORIA A. LIPNIC < Ex 6 - (5 U.S.C. Sec 552(b)(6)) <mailto: Ex 6 - (5 U.S.C. Sec >>
Cc: JIM PARETTI Ex 6 - (5 U.S.C. Sec <mailto: .C. Sec >>
Subject: RE: EEO-1

Hello Vicki,

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Looking forward to this discussion.   Take care, and have a great weekend.

Dom

From: VICTORIA A. LIPNIC [mailto: Ex 6 - (5 U.S.C. Sec ]
Sent: Friday, April 14, 2017 2:38 PM
To: Mancini, Dominic J. EOP/OMB
< Ex 6 - (5 U.S.C. Sec 552(b)(6)) <mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
Cc: JIM PARETTI < Ex 6 - (5 U.S.C. Sec <mailto: Ex 6 - (5 U.S.C. Sec >
Subject: RE: EEO-1

Dominic,
Thank you for your message.

Yes, we would like to consult with you about the revised EEO-1.  Jim Paretti, my Chief of Staff and Chief Counsel is copied on this email – he will work out the meeting time with you.  Please let us know if there is any information you would like us to provide.

Thank you.

Best regards,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
Washington, D.C. 20507
202-663-4005 – (direct)


From: Dominic J. EOP/OMB Mancini [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6)) ]
Sent: Friday, April 14, 2017 2:20 PM

To: VICTORIA A. LIPNIC 
Cc: JIM PARETTI
Subject: EEO-1

Dear Acting Chair Lipnic,

Thank you, and please let me know if you have any questions.

Best Regards,
Dom

Dominic J Mancini
Deputy and Acting Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget
202-395-5897

# RE: Call or meet next week

**From:** "Bishop, Bradley E. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6))>

**To:** "Mancini, Dominic J. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6))>

**Cc:** "Campau, Anthony P. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6))>, "Gray, John W. EOP/OMB" <Ex 6 - (5 U.S.C. Sec >

**Date:** Tue, 11 Jul 2017 10:06:45 -0400

Hey Dom,

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Thanks,

Brad Bishop

**From:** Gray, John W. EOP/OMB
**Sent:** Tuesday, July 11, 2017 9:39 AM
**To:** Bomberger, Melissa B. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>; Mancini, Dominic J. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Cc:** Campau, Anthony P. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>; Bishop, Bradley E. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Subject:** RE: Call or meet next week

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

**From:** Bomberger, Melissa B. EOP/OMB
**Sent:** Tuesday, July 11, 2017 9:10 AM
**To:** Mancini, Dominic J. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>; Gray, John W. EOP/OMB <Ex 6 - (5 U.S.C. Sec >
**Cc:** Campau, Anthony P. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Subject:** RE: Call or meet next week

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

*Melissa Bomberger*
*OMB, Labor Branch*
Ex 6 - (5
U.S.C. Sec
552(b)(6))  *(cell)*

---

**From:** Mancini, Dominic J. EOP/OMB
**Sent:** Monday, July 10, 2017 11:40 PM
**To:** Gray, John W. EOP/OMB <Ex 6 - (5 U.S.C. Sec         >; Bomberger, Melissa B. EOP/OMB
<Ex 6 - (5 U.S.C. Sec 552(b)(6))          >
**Cc:** Campau, Anthony P. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))       >
**Subject:** RE: Call or meet next week

Thanks John, adding Anthony. Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process
Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

---

**From:** Gray, John W. EOP/OMB
**Sent:** Monday, July 10, 2017 11:32 PM
**To:** Bomberger, Melissa B. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))          >
**Cc:** Mancini, Dominic J. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6))       >
**Subject:** Fwd: Call or meet next week

Isn't this issue one we're dealing with?  What's the status of it sitting with us since March? (See below)

John W Gray
Executive Office of the President
Office of Management and Budget

Begin forwarded message:

> **From:** "Radford, Julie T. EOP/WHO" <Ex 6 - (5 U.S.C. Sec      >
> **Date:** July 10, 2017 at 9:24:53 PM EDT
> **To:** "Gray, John W. EOP/OMB" <Ex 6 - (5 U.S.C. Sec     >
> **Cc:** "McKee, Kara L. EOP/WHO" <Ex 6 - (5 U.S.C. Sec     >
> **Subject: Fwd: Call or meet next week**
>
> John - have a few minutes to discuss the below tomorrow?
> It sounds like we are up against a very tight timeline on EEOC items.
> Thanks
> Julie
>
>
> Sent from my iPhone
>
>
> Begin forwarded message:

**From:** "VICTORIA A. LIPNIC" <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Date:** July 10, 2017 at 8:44:39 PM EDT
**To:** "Radford, Julie T. EOP/WHO" <Ex 6 - (5 U.S.C. Sec >
**Subject: RE: Call or meet next week**

Julie,

Just to finish the thought from earlier today.



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Let me know how I can be helpful.

Best,

Vicki

**From:** Radford, Julie T. EOP/WHO [mailto: ███Ex 6 - (5 U.S.C. Sec███████████
**Sent:** Monday, July 10, 2017 12:54 PM
**To:** VICTORIA A. LIPNIC <███Ex 6 - (5 U.S.C. Sec████████ Baitel, Rachael EOP/WHO
<███Ex 6 - (5 U.S.C. Sec████
**Cc:** Raffel, Joshua H. EOP/WHO <███Ex 6 - (5 U.S.C. Sec████████
**Subject:** RE: Call or meet next week

Hi Vicki,

Thanks for following up, apologies for the delay as we've been traveling. Do you have time early next week?
Additionally, do you mind sharing what the requests are that you have been receiving?

Thanks
Julie

**From:** VICTORIA A. LIPNIC [mailto:███Ex 6 - (5 U.S.C. Sec████████████
**Sent:** Monday, July 10, 2017 12:48 PM
**To:** Baitel, Rachael EOP/WHO <███Ex 6 - (5 U.S.C. Sec████
**Cc:** Radford, Julie T. EOP/WHO <███Ex 6 - (5 U.S.C. Sec████
**Subject:** RE: Call or meet next week

Julie & Rachael,

I wanted to let you know that I am available all day Friday, July 14th, of this week if you would like to meet.

███Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process██████████████████████
████████████████████████████████████████████████████████████████████ I'd
be happy to fill you in if you, or someone on your staff, wants to give me a call.  My direct line is 202-663-4005.

My secretary is Shawanda and her number is 202-663-4705.  I am in a number of meetings this afternoon, and she can always find me.

As always, happy to help.

Best,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission

**From:** Baitel, Rachael EOP/WHO [mailto: Ex 6 - (5 U.S.C. Sec
**Sent:** Monday, June 26, 2017 9:36 PM
**To:** VICTORIA A. LIPNIC < Ex 6 - (5 U.S.C. Sec >
**Subject:** RE: Call or meet next week

Hi Victoria,

Hope all is well. I am helping Julie schedule the below. What is your availability for a meeting the week of July 10?

Thank you,
Rachael

**From:** VICTORIA A. LIPNIC [mailto Ex 6 - (5 U.S.C. Sec
**Sent:** Wednesday, June 21, 2017 5:34 PM
**To:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Subject:** Re: Call or meet next week

Julie,
I have a meeting with a House member at 2:30 that will probably take an hour.

I could get to you by 4:30.

If you prefer morning, I have a call with someone on the west coast scheduled for the morning - which I could probably move to late afternoon - and meet you instead at 10:00 or 11:00.

Get Outlook for iOS

**From:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Sent:** Wednesday, June 21, 2017 5:24:33 PM
**To:** VICTORIA A. LIPNIC
**Subject:** RE: Call or meet next week

Hi Vicki,

Hope you are doing well! Apologies, things have been quite busy this week. Unfortunately I will be gone on Friday.
What does next Thursday look like for you?

Thanks
Julie

**From:** VICTORIA A. LIPNIC [mailto: ████Ex 6 - (5 U.S.C. Sec████
**Sent:** Wednesday, June 21, 2017 4:28 PM
**To:** Radford, Julie T. EOP/WHO <████Ex 6 - (5 U.S.C. Sec████>
**Subject:** Re: Call or meet next week

Julie,
I just wanted to follow-up to see if you wanted to try to meet this Friday, June 23rd, in the afternoon?

I have a speaking engagement at noon, but have been holding the rest of the afternoon open in case you wanted to meet.

I could come over to you after 2:00.

No pressure, just trying to be helpful.

Best,
Vicki

Get Outlook for iOS

From: Radford, Julie T. EOP/WHO <████Ex 6 - (5 U.S.C. Sec████>
Sent: Friday, June 9, 2017 12:14 PM
Subject: RE: Call or meet next week
To: VICTORIA A. LIPNIC <████Ex 6 - (5 U.S.C. Sec████>

Vicki

Thank you for following-up. Look forward to further discussion.

Unfortunately Thursday and Friday next week are very tough for me. Could we look at the week of June 19th?  A colleague of mine, Maggie Cordish, will most likely join us.

Best,
Julie

**From:** VICTORIA A. LIPNIC [mailto:████Ex 6 - (5 U.S.C. Sec████/]
**Sent:** Wednesday, June 7, 2017 10:06 PM
**To:** Radford, Julie T. EOP/WHO <████Ex 6 - (5 U.S.C. Sec████>
**Subject:** Call or meet next week

Hi Julie,
Just to follow-up from Marlene's connection email – I wanted to make sure you have this contact information, since I don't think you would have had it from the May 2nd meeting.

How about next Friday, June 16th to meet for coffee? ( I am happy to come to you) – whatever and wherever is most convenient for you, I will make it work.  My calendar is (currently) open on that date.   Unfortunately, I am traveling to NYC tomorrow for a speaking engagement and have a Commission hearing on age discrimination next Wednesday, so am really tied up before next Friday.  I could also meet next Thursday afternoon, but not until after 4:00.

Best regards,
Vicki

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
202-663-4005 – direct

# Re: Call or meet next week

**From:**   "Gray, John W. EOP/OMB" <▮Ex 6 - (5 U.S.C. Sec▮>

**To:**   "Bomberger, Melissa B. EOP/OMB" <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮>

**Cc:**   "Mancini, Dominic J. EOP/OMB" <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮>, "Campau, Anthony P. EOP/OMB" <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮>, "Bishop, Bradley E. EOP/OMB" <▮Ex 6 - (5 U.S.C. Sec▮>

**Date:**   Tue, 11 Jul 2017 09:19:25 -0400

▮Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process▮

John W Gray
Executive Office of the President
Office of Management and Budget

On Jul 11, 2017, at 9:09 AM, Bomberger, Melissa B. EOP/OMB <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮> wrote:

▮Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process▮

*Melissa Bomberger*
*OMB, Labor Branch*
▮Ex 6 - (5 U.S.C. Sec▮ *(cell)*

**From:** Mancini, Dominic J. EOP/OMB
**Sent:** Monday, July 10, 2017 11:40 PM
**To:** Gray, John W. EOP/OMB <▮Ex 6 - (5 U.S.C. Sec▮>; Bomberger, Melissa B. EOP/OMB <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮>
**Cc:** Campau, Anthony P. EOP/OMB <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮>
**Subject:** RE: Call or meet next week

Thanks John, adding Anthony. ▮Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process▮
▮Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process▮

**From:** Gray, John W. EOP/OMB
**Sent:** Monday, July 10, 2017 11:32 PM
**To:** Bomberger, Melissa B. EOP/OMB <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮>

**Cc:** Mancini, Dominic J. EOP/OMB <span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec 552(b)(6))</span> >
**Subject:** Fwd: Call or meet next week

Isn't this issue one we're dealing with?  What's the status of it sitting with us since March? (See below)

John W Gray
Executive Office of the President
Office of Management and Budget

Begin forwarded message:

> **From:** "Radford, Julie T. EOP/WHO" <<span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec</span> >
> **Date:** July 10, 2017 at 9:24:53 PM EDT
> **To:** "Gray, John W. EOP/OMB" <<span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec</span> >
> **Cc:** "McKee, Kara L. EOP/WHO" <<span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec</span> >
> **Subject: Fwd: Call or meet next week**
>
> John - have a few minutes to discuss the below tomorrow?
> It sounds like we are up against a very tight timeline on EEOC items.
> Thanks
> Julie
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** "VICTORIA A. LIPNIC" <<span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec</span> >
> > **Date:** July 10, 2017 at 8:44:39 PM EDT
> > **To:** "Radford, Julie T. EOP/WHO" <<span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec</span> >
> > **Subject: RE: Call or meet next week**
> >
> > Julie,
> >
> > Just to finish the thought from earlier today.



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process



Let me know how I can be helpful.

Best,
Vicki

---

**From:** Radford, Julie T. EOP/WHO [mailto:Ex 6 - (5 U.S.C. Sec ]
**Sent:** Monday, July 10, 2017 12:54 PM
**To:** VICTORIA A. LIPNIC Ex 6 - (5 U.S.C. Sec >; Baitel, Rachael EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Cc:** Raffel, Joshua H. EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Subject:** RE: Call or meet next week

Hi Vicki,

Thanks for following up, apologies for the delay as we've been traveling. Do you have time early next week?
Additionally, do you mind sharing what the requests are that you have been receiving?

Thanks
Julie

---

**From:** VICTORIA A. LIPNIC [mailto:Ex 6 - (5 U.S.C. Sec ]
**Sent:** Monday, July 10, 2017 12:48 PM
**To:** Baitel, Rachael EOP/WHO <Ex 6 - (5 U.S.C. Sec >

Cc: Radford, Julie T. EOP/WHO <span style="background:black;color:white">Ex 6 - (5 U.S.C. Sec</span> >
**Subject:** RE: Call or meet next week

Julie & Rachael,

I wanted to let you know that I am available all day Friday, July 14th, of this week if you would like to meet.

<span style="background:black;color:white">Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process</span>

I'd be happy to fill you in if you, or someone on your staff, wants to give me a call.  My direct line is 202-663-4005.

My secretary is Shawanda and her number is 202-663-4705.  I am in a number of meetings this afternoon, and she can always find me.

As always, happy to help.

Best,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission

---

**From:** Baitel, Rachael EOP/WHO [mailto: Ex 6 - (5 U.S.C. Sec ]
**Sent:** Monday, June 26, 2017 9:36 PM
**To:** VICTORIA A. LIPNIC Ex 6 - (5 U.S.C. Sec 552(b)(b))
**Subject:** RE: Call or meet next week

Hi Victoria,

Hope all is well. I am helping Julie schedule the below. What is your availability for a meeting the week of July 10?

Thank you,
Rachael

---

**From:** VICTORIA A. LIPNIC [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(b)) ]
**Sent:** Wednesday, June 21, 2017 5:34 PM
**To:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Subject:** Re: Call or meet next week

Julie,
I have a meeting with a House member at 2:30 that will probably take an hour.

I could get to you by 4:30.

If you prefer morning, I have a call with someone on the west coast scheduled for the morning - which I could probably move to late afternoon - and meet you instead at 10:00 or 11:00.

Get Outlook for iOS

**From:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Sent:** Wednesday, June 21, 2017 5:24:33 PM
**To:** VICTORIA A. LIPNIC
**Subject:** RE: Call or meet next week

Hi Vicki,

Hope you are doing well! Apologies, things have been quite busy this week. Unfortunately I will be gone on Friday.
What does next Thursday look like for you?

Thanks
Julie

**From:** VICTORIA A. LIPNIC [mailto:Ex 6 - (5 U.S.C. Sec
**Sent:** Wednesday, June 21, 2017 4:28 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Subject:** Re: Call or meet next week

Julie,
I just wanted to follow-up to see if you wanted to try to meet this Friday, June 23rd, in the afternoon?

I have a speaking engagement at noon, but have been holding the rest of the afternoon open in case you wanted to meet.

I could come over to you after 2:00.

No pressure, just trying to be helpful.

Best,
Vicki

Get Outlook for iOS

From: Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec >
Sent: Friday, June 9, 2017 12:14 PM
Subject: RE: Call or meet next week
To: VICTORIA A. LIPNIC Ex 6 - (5 U.S.C. Sec >

Vicki

Thank you for following-up. Look forward to further discussion.

Unfortunately Thursday and Friday next week are very tough for me. Could we look at the week of June 19th? A colleague of mine, Maggie Cordish, will most likely join us.

Best,
Julie

**From:** VICTORIA A. LIPNIC [mailto Ex 6 - (5 U.S.C. Sec ]
**Sent:** Wednesday, June 7, 2017 10:06 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Subject:** Call or meet next week

Hi Julie,
Just to follow-up from Marlene's connection email – I wanted to make sure you have this contact information, since I don't think you would have had it from the May 2nd meeting.

How about next Friday, June 16th to meet for coffee? ( I am happy to come to you) – whatever and wherever is most convenient for you, I will make it work.  My calendar is (currently) open on that date.   Unfortunately, I am traveling to NYC tomorrow for a speaking engagement and have a Commission hearing on age discrimination next Wednesday, so am really tied up before next Friday.  I could also meet next Thursday afternoon, but not until after 4:00.

Best regards,
Vicki

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
202-663-4005 – direct

# FW: Call or meet next week

**From:**    "Bomberger, Melissa B. EOP/OMB" <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>

**To:**    "Wang, Kan EOP/OMB" <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>

**Date:**    Tue, 11 Jul 2017 09:10:45 -0400

Ex 5
DP-

*Melissa Bomberger*
*OMB, Labor Branch*
Ex 6 - (5
U.S.C. Sec
552(b)(6))  *(cell)*

---

**From:** Bomberger, Melissa B. EOP/OMB
**Sent:** Tuesday, July 11, 2017 9:10 AM
**To:** Theroux, Rich P. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>
**Subject:** FW: Call or meet next week

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

*Melissa Bomberger*
*OMB, Labor Branch*
Ex 6 - (5
U.S.C. Sec
552(b)(6))  *(cell)*

---

**From:** Mancini, Dominic J. EOP/OMB
**Sent:** Monday, July 10, 2017 11:40 PM
**To:** Gray, John W. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>; Bomberger, Melissa B. EOP/OMB
<​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>
**Cc:** Campau, Anthony P. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>
**Subject:** RE: Call or meet next week

Thanks John, adding Anthony. Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process
Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

---

**From:** Gray, John W. EOP/OMB
**Sent:** Monday, July 10, 2017 11:32 PM
**To:** Bomberger, Melissa B. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>
**Cc:** Mancini, Dominic J. EOP/OMB <​Ex 6 - (5 U.S.C. Sec 552(b)(6))​>
**Subject:** Fwd: Call or meet next week

Isn't this issue one we're dealing with?  What's the status of it sitting with us since March? (See below)

John W Gray
Executive Office of the President
Office of Management and Budget

Begin forwarded message:

**From:** "Radford, Julie T. EOP/WHO" ⟨Ex 6 - (5 U.S.C. Sec ⟩
**Date:** July 10, 2017 at 9:24:53 PM EDT
**To:** "Gray, John W. EOP/OMB" ⟨Ex 6 - (5 U.S.C. Sec ⟩
**Cc:** "McKee, Kara L. EOP/WHO" ⟨Ex 6 - (5 U.S.C. Sec ⟩
**Subject: Fwd: Call or meet next week**

John - have a few minutes to discuss the below tomorrow?
It sounds like we are up against a very tight timeline on EEOC items.
Thanks
Julie

Sent from my iPhone

Begin forwarded message:

**From:** "VICTORIA A. LIPNIC" ⟨Ex 6 - (5 U.S.C. Sec ⟩
**Date:** July 10, 2017 at 8:44:39 PM EDT
**To:** "Radford, Julie T. EOP/WHO" ⟨Ex 6 - (5 U.S.C. Sec ⟩
**Subject: RE: Call or meet next week**

Julie,

Just to finish the thought from earlier today.

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Let me know how I can be helpful.

Best,
Vicki

**From:** Radford, Julie T. EOP/WHO [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6))]
**Sent:** Monday, July 10, 2017 12:54 PM
**To:** VICTORIA A. LIPNIC Ex 6 - (5 U.S.C. Sec 552(b)(6)) Baitel, Rachael EOP/WHO <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Cc:** Raffel, Joshua H. EOP/WHO <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Subject:** RE: Call or meet next week

Hi Vicki,

Thanks for following up, apologies for the delay as we've been traveling. Do you have time early next week?
Additionally, do you mind sharing what the requests are that you have been receiving?

Thanks
Julie

**From:** VICTORIA A. LIPNIC [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6))]
**Sent:** Monday, July 10, 2017 12:48 PM
**To:** Baitel, Rachael EOP/WHO <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Cc:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec 552(b)(6))>
**Subject:** RE: Call or meet next week

Julie & Rachael,

I wanted to let you know that I am available all day Friday, July 14th, of this week if you would like to meet.

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

I'd be happy to fill you in if you, or someone on your staff, wants to give me a call.  My direct line is 202-663-4005.

My secretary is Shawanda and her number is 202-663-4705.  I am in a number of meetings this afternoon, and she can always find me.

As always, happy to help.

Best,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission


**From:** Baitel, Rachael EOP/WHO [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6))]
**Sent:** Monday, June 26, 2017 9:36 PM
**To:** VICTORIA A. LIPNIC < Ex 6 - (5 U.S.C. Sec >
**Subject:** RE: Call or meet next week

Hi Victoria,

Hope all is well. I am helping Julie schedule the below. What is your availability for a meeting the week of July 10?

Thank you,
Rachael

**From:** VICTORIA A. LIPNIC [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6))]
**Sent:** Wednesday, June 21, 2017 5:34 PM
**To:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Subject:** Re: Call or meet next week

Julie,
I have a meeting with a House member at 2:30 that will probably take an hour.

I could get to you by 4:30.

If you prefer morning, I have a call with someone on the west coast scheduled for the morning - which I could probably move to late afternoon - and meet you instead at 10:00 or 11:00.

Get Outlook for iOS

---

**From:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec ██>
**Sent:** Wednesday, June 21, 2017 5:24:33 PM
**To:** VICTORIA A. LIPNIC
**Subject:** RE: Call or meet next week

Hi Vicki,

Hope you are doing well! Apologies, things have been quite busy this week. Unfortunately I will be gone on Friday.
What does next Thursday look like for you?

Thanks
Julie

---

**From:** VICTORIA A. LIPNIC [mailto:Ex 6 - (5 U.S.C. Sec 552(b)(6) ████]
**Sent:** Wednesday, June 21, 2017 4:28 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec ██>
**Subject:** Re: Call or meet next week

Julie,
I just wanted to follow-up to see if you wanted to try to meet this Friday, June 23rd, in the afternoon?

I have a speaking engagement at noon, but have been holding the rest of the afternoon open in case you wanted to meet.

I could come over to you after 2:00.

No pressure, just trying to be helpful.

Best,
Vicki

Get Outlook for iOS

---

From: Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec ██>
Sent: Friday, June 9, 2017 12:14 PM

Subject: RE: Call or meet next week
To: VICTORIA A. LIPNIC ⟨Ex 6 - (5 U.S.C. Sec⟩

Vicki

Thank you for following-up. Look forward to further discussion.

Unfortunately Thursday and Friday next week are very tough for me. Could we look at the week of June 19th?  A colleague of mine, Maggie Cordish, will most likely join us.

Best,
Julie

**From:** VICTORIA A. LIPNIC [mailto ⟨Ex 6 - (5 U.S.C. Sec⟩
**Sent:** Wednesday, June 7, 2017 10:06 PM
**To:** Radford, Julie T. EOP/WHO ⟨Ex 6 - (5 U.S.C. Sec⟩
**Subject:** Call or meet next week

Hi Julie,
Just to follow-up from Marlene's connection email – I wanted to make sure you have this contact information, since I don't think you would have had it from the May 2nd meeting.

How about next Friday, June 16th to meet for coffee? ( I am happy to come to you) – whatever and wherever is most convenient for you, I will make it work.  My calendar is (currently) open on that date.   Unfortunately, I am traveling to NYC tomorrow for a speaking engagement and have a Commission hearing on age discrimination next Wednesday, so am really tied up before next Friday.  I could also meet next Thursday afternoon, but not until after 4:00.

Best regards,
Vicki

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
202-663-4005 – direct

# Re: Call or meet next week

**From:** ▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮

**To:** "Bishop, Bradley E. EOP/OMB" <▮Ex 6 - (5 U.S.C. Sec▮>

**Cc:** "Campau, Anthony P. EOP/OMB" <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮>, "Gray, John W. EOP/OMB" <▮Ex 6 - (5 U.S.C. Sec▮>

**Date:** Tue, 11 Jul 2017 10:16:45 -0400

Thanks Brad, unfortunately I'm in the same meeting as Anthony with Neomi.    When we get out we will circle back.

On Jul 11, 2017, at 10:06 AM, Bishop, Bradley E. EOP/OMB <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮> wrote:

Hey Dom,

▮Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process▮

Thanks,

Brad Bishop

**From:** Gray, John W. EOP/OMB
**Sent:** Tuesday, July 11, 2017 9:39 AM
**To:** Bomberger, Melissa B. EOP/OMB <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮>; Mancini, Dominic J. EOP/OMB <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮>
**Cc:** Campau, Anthony P. EOP/OMB <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮>; Bishop, Bradley E. EOP/OMB <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮>
**Subject:** RE: Call or meet next week

▮Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process▮

**From:** Bomberger, Melissa B. EOP/OMB
**Sent:** Tuesday, July 11, 2017 9:10 AM
**To:** Mancini, Dominic J. EOP/OMB <▮Ex 6 - (5 U.S.C. Sec 552(b)(6))▮>; Gray, John W. EOP/OMB

<Ex 6 - (5 U.S.C. Sec ███████>
**Cc:** Campau, Anthony P. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Subject:** RE: Call or meet next week

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

*Melissa Bomberger*
*OMB, Labor Branch*
Ex 6 - (5 U.S.C.
Sec 552(b)(6)) *(cell)*

---

**From:** Mancini, Dominic J. EOP/OMB
**Sent:** Monday, July 10, 2017 11:40 PM
**To:** Gray, John W. EOP/OMB <Ex 6 - (5 U.S.C. Sec ██████>; Bomberger, Melissa B. EOP/OMB
<Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Cc:** Campau, Anthony P. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Subject:** RE: Call or meet next week

Thanks John,  adding Anthony. Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process
Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

---

**From:** Gray, John W. EOP/OMB
**Sent:** Monday, July 10, 2017 11:32 PM
**To:** Bomberger, Melissa B. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Cc:** Mancini, Dominic J. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Subject:** Fwd: Call or meet next week

Isn't this issue one we're dealing with?  What's the status of it sitting with us since March? (See below)

John W Gray
Executive Office of the President
Office of Management and Budget

Begin forwarded message:

>   **From:** "Radford, Julie T. EOP/WHO" <Ex 6 - (5 U.S.C. Sec ███████>
>   **Date:** July 10, 2017 at 9:24:53 PM EDT
>   **To:** "Gray, John W. EOP/OMB" <Ex 6 - (5 U.S.C. Sec ███████>
>   **Cc:** "McKee, Kara L. EOP/WHO" <Ex 6 - (5 U.S.C. Sec ███████>
>   **Subject: Fwd: Call or meet next week**
>
>   John - have a few minutes to discuss the below tomorrow?
>   It sounds like we are up against a very tight timeline on EEOC items.
>   Thanks
>   Julie

Sent from my iPhone

Begin forwarded message:

**From:** "VICTORIA A. LIPNIC" <VICTORIA.LIPNIC@EEOC.GOV>
**Date:** July 10, 2017 at 8:44:39 PM EDT
**To:** "Radford, Julie T. EOP/WHO" <Ex 6 - (5 U.S.C. Sec       >
**Subject: RE: Call or meet next week**

Julie,

Just to finish the thought from earlier today.



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Let me know how I can be helpful.

Best,
Vicki

---

**From:** Radford, Julie T. EOP/WHO [mailto Ex 6 - (5 U.S.C. Sec 552(b)(6)) ]
**Sent:** Monday, July 10, 2017 12:54 PM
**To:** VICTORIA A. LIPNIC <VICTORIA.LIPNIC@EEOC.GOV>; Baitel, Rachael EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Cc:** Raffel, Joshua H. EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Subject:** RE: Call or meet next week

Hi Vicki,

Thanks for following up, apologies for the delay as we've been traveling. Do you have time early next week?
Additionally, do you mind sharing what the requests are that you have been receiving?

Thanks
Julie

---

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@EEOC.GOV]
**Sent:** Monday, July 10, 2017 12:48 PM
**To:** Baitel, Rachael EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Cc:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Subject:** RE: Call or meet next week

Julie & Rachael,

I wanted to let you know that I am available all day Friday, July 14th, of this week if you would like to meet.

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

I'd be happy to fill you in if you, or someone on your staff, wants to give me a call. My direct line is 202-663-4005.

My secretary is Shawanda and her number is 202-663-4705. I am in a number of meetings this afternoon, and she can always find me.

As always, happy to help.

Best,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission

**From:** Baitel, Rachael EOP/WHO [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6)) ]
**Sent:** Monday, June 26, 2017 9:36 PM
**To:** VICTORIA A. LIPNIC <VICTORIA.LIPNIC@EEOC.GOV>
**Subject:** RE: Call or meet next week

Hi Victoria,

Hope all is well. I am helping Julie schedule the below. What is your availability for a meeting the week of July 10?

Thank you,
Rachael

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@EEOC.GOV]
**Sent:** Wednesday, June 21, 2017 5:34 PM
**To:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Subject:** Re: Call or meet next week

Julie,
I have a meeting with a House member at 2:30 that will probably take an hour.

I could get to you by 4:30.

If you prefer morning, I have a call with someone on the west coast scheduled for the morning - which I could probably move to late afternoon - and meet you instead at 10:00 or 11:00.

Get Outlook for iOS

**From:** Radford, Julie T. EOP/WHO < Ex 6 - (5 U.S.C. Sec >
**Sent:** Wednesday, June 21, 2017 5:24:33 PM
**To:** VICTORIA A. LIPNIC
**Subject:** RE: Call or meet next week

Hi Vicki,

Hope you are doing well! Apologies, things have been quite busy this week. Unfortunately I will be gone on Friday.
What does next Thursday look like for you?

Thanks
Julie

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@EEOC.GOV]
**Sent:** Wednesday, June 21, 2017 4:28 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec
**Subject:** Re: Call or meet next week

Julie,
I just wanted to follow-up to see if you wanted to try to meet this Friday, June 23rd, in the afternoon?

I have a speaking engagement at noon, but have been holding the rest of the afternoon open in case you wanted to meet.

I could come over to you after 2:00.

No pressure, just trying to be helpful.

Best,
Vicki

Get Outlook for iOS

From: Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec
Sent: Friday, June 9, 2017 12:14 PM
Subject: RE: Call or meet next week
To: VICTORIA A. LIPNIC <Ex 6 - (5 U.S.C. Sec

Vicki

Thank you for following-up. Look forward to further discussion.

Unfortunately Thursday and Friday next week are very tough for me. Could we look at the week of June 19th?  A colleague of mine, Maggie Cordish, will most likely join us.

Best,
Julie

**From:** VICTORIA A. LIPNIC [mailto:VICTORIA.LIPNIC@EEOC.GOV]
**Sent:** Wednesday, June 7, 2017 10:06 PM
**To:** Radford, Julie T. EOP/WHO <Ex 6 - (5 U.S.C. Sec >
**Subject:** Call or meet next week

Hi Julie,

Just to follow-up from Marlene's connection email – I wanted to make sure you have this contact information, since I don't think you would have had it from the May 2nd meeting.

How about next Friday, June 16th to meet for coffee? ( I am happy to come to you) – whatever and wherever is most convenient for you, I will make it work.  My calendar is (currently) open on that date.   Unfortunately, I am traveling to NYC tomorrow for a speaking engagement and have a Commission hearing on age discrimination next Wednesday, so am really tied up before next Friday.  I could also meet next Thursday afternoon, but not until after 4:00.

Best regards,
Vicki

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
202-663-4005 – direct

# Fwd: EEO-1

**From:**     `Ex 6 - (5 U.S.C. Sec 552(b)(6))`

**To:**       "Moore, Caroline E. EOP/OMB" `Ex 6 - (5 U.S.C. Sec 552(b)(6))`

**Date:**     Tue, 22 Aug 2017 09:37:54 -0400

Email.

Begin forwarded message:

**From:** "VICTORIA A. LIPNIC" <VICTORIA.LIPNIC@eeoc.gov>
**Date:** April 14, 2017 at 2:38:00 PM EDT
**To:** "Dominic J. EOP/OMB Mancini" <`Ex 6 - (5 U.S.C. Sec 552(b)(6))`>
**Cc:** JIM PARETTI <JIM.PARETTI@eeoc.gov>
**Subject: RE: EEO-1**

Dominic,
Thank you for your message.

Yes, we would like to consult with you about the revised EEO-1.  Jim Paretti, my Chief of Staff
and Chief Counsel is copied on this email – he will work out the meeting time with you.
Please let us know if there is any information you would like us to provide.

Thank you.

Best regards,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
Washington, D.C. 20507
202-663-4005 – (direct)

**From:** Dominic J. EOP/OMB Mancini [mailto`Ex 6 - (5 U.S.C. Sec 552(b)(6))`
**Sent:** Friday, April 14, 2017 2:20 PM
**To:** VICTORIA A. LIPNIC <VICTORIA.LIPNIC@EEOC.GOV>
**Cc:** JIM PARETTI <JIM.PARETTI@EEOC.GOV>
**Subject:** EEO-1

Dear Acting Chair Lipnic,



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Thank you, and please let me know if you have any questions.

Best Regards,
Dom

Dominic J Mancini
Deputy and Acting Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget
Ex 6 - (5

# Re: EEO-1 Meeting

**From:**     JIM PARETTI <Ex 6 - (5 U.S.C. Sec ▮>

**To:**        "Mancini, Dominic J. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >

**Date:**     Thu, 20 Apr 2017 09:19:40 -0400

Definitely something she'd be happy to do.  Look forward to our discussion.

**From:** Dominic J. EOP/OMB Mancini <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Sent:** Thursday, April 20, 2017 9:06:03 AM
**To:** JIM PARETTI
**Subject:** Re: EEO-1 Meeting

Hi Jim,

Looking forward to the call today. Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process
Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process
Ex 5 ▮

Dom

On Apr 19, 2017, at 5:49 PM, JIM PARETTI <Ex 6 - (5 U.S.C. Sec ▮ <Ex 6 - (5 U.S.C. Sec > wrote:

4:45 tomorrow?  I'm on a 3:30 call that may run long, but certainly should be free by then.  I'll call you in your office unless you tell me otherwise.

Thanks man.

JAP

From: Dominic J. EOP/OMB Mancini [mailto Ex 6 - (5 U.S.C. Sec 552(b)(6)) <Ex 6 - (5 U.S.C. Sec ]
Sent: Wednesday, April 19, 2017 5:45 PM
To: JIM PARETTI Ex 6 - (5 U.S.C. Sec ▮ <mailto: Ex 6 - (5 U.S.C. Sec ▮>
Subject: RE: EEO-1 Meeting

Hi Jim,

Thanks for reaching out.  After 3:30 tomorrow, or before 2 on Friday would be great, with a mild preference for touching base tomorrow so we can get this started.

Thanks,
Dom

From: JIM PARETTI [mailto Ex 6 - (5 U.S.C. Sec ▮
Sent: Wednesday, April 19, 2017 1:42 PM
To: Mancini, Dominic J. EOP/OMB
<Ex 6 - (5 U.S.C. Sec 552(b)(6)) <mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
Subject: EEO-1 Meeting

Hey, Dom…

What's your schedule like tomorrow or Friday for a quick call to discuss scheduling this meeting, and how best to prepare/get you guys what you need?

I am on a short flight midday tomorrow, but apart from that fairly open.  Let me know if there's a time that works for you.

Best,

JAP

From: Dominic J. EOP/OMB Mancini [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6))]
Sent: Friday, April 14, 2017 2:51 PM
To: VICTORIA A. LIPNIC < Ex 6 - (5 U.S.C. Sec ████████ <mailto: Ex 6 - (5 U.S.C. Sec ████ >>
Cc: JIM PARETTI Ex 6 - (5 U.S.C. Sec ████ <mailto: Ex 6 - (5 U.S.C. Sec ████ >>
Subject: RE: EEO-1

Hello Vicki,

Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Looking forward to this discussion.   Take care, and have a great weekend.

Dom

From: VICTORIA A. LIPNIC [mailto: Ex 6 - (5 U.S.C. Sec ████ ]
Sent: Friday, April 14, 2017 2:38 PM
To: Mancini, Dominic J. EOP/OMB
< Ex 6 - (5 U.S.C. Sec 552(b)(6)) <mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
Cc: JIM PARETTI < Ex 6 - (5 U.S.C. Sec ████ <mailto: Ex 6 - (5 U.S.C. Sec ████ >
Subject: RE: EEO-1

Dominic,
Thank you for your message.

Yes, we would like to consult with you about the revised EEO-1.  Jim Paretti, my Chief of Staff and Chief Counsel is copied on this email – he will work out the meeting time with you.  Please let us know if there is any information you would like us to provide.

Thank you.

Best regards,
Vicki Lipnic

VICTORIA A. LIPNIC
Acting Chair
U.S. Equal Employment Opportunity Commission
Washington, D.C. 20507
202-663-4005 – (direct)


From: Dominic J. EOP/OMB Mancini [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6))
Sent: Friday, April 14, 2017 2:20 PM

To: VICTORIA A. LIPNIC <Ex 6 - (5 U.S.C. Sec ████ <mailto:Ex 6 - (5 U.S.C. Sec ████>>
Cc: JIM PARETTI <Ex 6 - ████ <mailto:Ex 6 - (5 U.S.C. Sec ████>>
Subject: EEO-1

Dear Acting Chair Lipnic,



Ex 5 DP- (5 U.S.C. Sec 552(b)(5)) Deliberative Process

Thank you, and please let me know if you have any questions.

Best Regards,
Dom

Dominic J Mancini
Deputy and Acting Administrator
Office of Information and Regulatory Affairs
Office of Management and Budget
202-395-5897

# Re: Meeting: EEO-1 Discussion

**From:**    JIM PARETTI <Ex 6 - (5 U.S.C.      )/>

**To:**      "Mulvaney, Mick M. EOP/OMB" <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >

**Date:**    Thu, 20 Apr 2017 16:20:25 -0400

Kailey, Chair Lipnic is scheduled to be giving a speech in Philadelphia at this time on Thursday morning.  Is there any possibility this meeting can happen on Friday - her schedule is wide open.  Please advise.

**From:** Ex 6 - (5 U.S.C. Sec        <Ex 6 - (5 U.S.C. Sec        > on behalf of Mulvaney, Mick M. EOP/OMB <Ex 6 - (5 U.S.C. Sec 552(b)(6)) >
**Sent:** Thursday, April 20, 2017 2:43:26 PM
**To:** Baitel, Rachael EOP/WHO; Radford, Julie T. EOP/WHO; Doyle, Emma K. EOP/OMB; McKee, Kara L. EOP/WHO; JIM PARETTI; Campau, Anthony P. EOP/OMB
**Subject:** Meeting: EEO-1 Discussion
**When:** Thursday, April 27, 2017 9:00 AM-10:00 AM.
**Where:** Roosevelt Room

**Updated meeting description and date/time:**
**This meeting will now take place on Thursday, April 27th at 9 AM. The purpose is to discuss an EEOC form that requires employers to provide certain wage data.**
All –
Director Mulvaney will be hosting a meeting to discuss EEO-1 on Wednesday, April 26th at 1:00 PM in the Roosevelt Room.
Invited Participants
Ivanka Trump
Julie Radford
Kara McKee, DPC
Victoria Lipnic, EEOC
Jim Paretti, EEOC
Emma Doyle, OMB
Anthony Campau, OMB
No +1s.
Please let me know if you have any questions.
Best,
Kailey
Kailey Pickitt
Executive Assistant to the Director
Office of Management and Budget
Ex 6 - (5 U.S.C. Sec        )
(202) 456-2937 (direct)

# Meeting: EEO-1 Discussion

| | |
|---|---|
| Where: | Roosevelt Room |
| When: | Tue May 02 14:30:00 2017 (America/New_York) |
| Until: | Tue May 02 15:00:00 2017 (America/New_York) |
| Organiser: | "Mulvaney, Mick M. EOP/OMB" <"/o=organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=25600f9361354d13884541dce1b8c1cd-mulvaney, j"> |
| Required Attendees : | "Baitel, Rachael EOP/WHO" <Ex 6 - (5 U.S.C. Sec > <br> "Radford, Julie T. EOP/WHO" <Ex 6 - (5 U.S.C. Sec > <br> "Doyle, Emma K. EOP/OMB" <Ex 6 - (5 U.S.C. Sec > <br> "McKee, Kara L. EOP/WHO" Ex 6 - (5 U.S.C. Sec <br> jim.paretti@eeoc.gov <br> "Campau, Anthony P. EOP/OMB" Ex 6 - (5 U.S.C. Sec 552(b)(6)) > |
| Optional Attendees : | "Amin, Stacy C. EOP/WHO" <Ex 6 - (5 U.S.C. Sec 552(b)(6)) <br> conway.molly.e@dol.gov |

NEW START TIME: 2:30 PM (Reducing the time of the meeting to 30 minutes to accommodate Director Mulvaney's attendance at today's daily press briefing)

UPDATED meeting description and date/time:

This meeting will now take place on Tuesday, May 2nd at 2:00M. The purpose is to discuss an EEOC form that requires employers to provide certain wage data.

All –

Director Mulvaney will be hosting a meeting to discuss EEO-1 on Wednesday, April 26th at 1:00 PM in the Roosevelt Room.

Invited Participants

Ivanka Trump

Julie Radford

Kara McKee, DPC

Victoria Lipnic, EEOC

Jim Paretti, EEOC

Emma Doyle, OMB

Anthony Campau, OMB

No +1s.

Please let me know if you have any questions.

Best,

Kailey

Kailey Pickitt

Executive Assistant to the Director

Office of Management and Budget

Ex 6 - (5 U.S.C. Sec eop.gov

(202) 456-2937 (direct)

# FW: additional information regarding EEO-1 paperwork

**From:**    "Peacock, Marcus C. EOP/OMB" Ex 6 - (5 U.S.C. Sec 552(b)(6))

**To:**    "Mancini, Dominic J. EOP/OMB" Ex 6 - (5 U.S.C. Sec 552(b)(6)) ,

**Date:**    Thu, 23 Mar 2017 14:35:24 -0400

Just FYI

---

**From:** Bird, Ronald [mailto:rbird@uschamber.com]
**Sent:** Thursday, March 23, 2017 2:03 PM
**To:** Peacock, Marcus C. EOP/OMB Ex 6 - (5 U.S.C. Sec 552(b)(6))
**Subject:** RE: additional information regarding EEO-1 paperwork

Let me know if you have any questions.
Some of our member companies are anxious to know whether or not the new requirement will be retained.
They need to make major expenditure decisions by Summer for information systems re=programming and training of personnel to comply with the new requirement's first report date in March 2018.
Thank you for your attention to this.

We had an excellent Society for Benefit Cost Analysis conference at GWU last week.  Lots of good papers on regulatory economic impact issues.  We wished that you could have been there.

I was pleased to see today that the total cost of paperwork shown on the OIRA website has not been corrected to a lower figure than the $1.9 trillion previously posted.  Now I can start complaining that the numbers are too low!

Best regards,
Ron

Ronald Bird, Ph.D.
Senior Economist, Regulatory Analysis
Economic Policy Division
U. S. Chamber of Commerce
1615 H Street, N.W.
Washington. DC 20062-2000
202.463.5748
Cell:  703.801.3261

---

**From:** Peacock, Marcus C. EOP/OMB [mailto: Ex 6 - (5 U.S.C. Sec 552(b)(6)) ]
**Sent:** Thursday, March 23, 2017 12:39 PM
**To:** Bird, Ronald
**Subject:** RE: additional information regarding EEO-1 paperwork

Informative, thanks!

**From:** Bird, Ronald [mailto:rbird@uschamber.com]
**Sent:** Thursday, March 23, 2017 10:16 AM Ex 6 - (5 U.S.C. Sec 552(b)(6))
**To:** Peacock, Marcus C. EOP/OMB
**Subject:** additional information regarding EEO-1 paperwork

attached is a copy of the Chamber's full comment letter that was submitted to OIRA August 15, 2016, and which may not have been fully considered by the decision makers at that time.
In particular, the Chamber's comments were based on empirical data from a survey of affected companies, which showed that the costs of compliance with both the previous (short) version of the EEO-1 and the costs of compliance with the new (longer) version were many times greater than EEOC anticipated in its presentation to OIRA.  In particular, see the table below, which is included in the Chamber comment document.  Please call me if you have questions.  I will be pleased to discuss this with you further.

| Comparison of EEOC and U.S. Chamber Estimates of Annual Paperwork Compliance Burden Hours and Cost | | | |
|---|---|---|---|
| | 2016 all respondents complete component 1 only | 2017/2018 contractors with 50-99 employees complete only component 1 | 2017/2018 employers with 100 + employees complete both component 1 & 2 |
| Number of respondents | 67.146 | 6.260 | 60.866 |
| EEOC estimated burden hours | 1.055 million hours | 59.166 hours | 1.893 million hours |
| Chamber estimated burden hours | 4.485 million hours | 59,928 hours | 8.066 million hours |
| EEOC estimated Cost[1] | $30.0 million | $1.9 million | $53.5 million |
| Chamber estimated cost without overhead cost | $223.0 million | $2.98 million | $400.8 million |
| Chamber estimated cost with overhead  added[2] | $725.3 million | $9.7 million | $1.3 billion |

[1]     The Commission only estimated cost on a no overhead basis – omitting the cost of the workplace, equipment, materials and other support labor requires to perform the reporting task.

[2]     The Chamber calculation applied an overhead load multiple of 3.25 times direct labor cost per hour.

Ronald Bird, Ph.D.
Senior Economist, Regulatory Analysis
Economic Policy Division
U. S. Chamber of Commerce
1615 H Street, N.W.
Washington. DC 20062-2000
202.463.5748
Cell:  703.801.3261

**EXHIBIT G – OMB'S REVISED VAUGHN LIST**

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2017-450 | 1 - 8/6/2018 | OMB134FY17450_000001178 | OMB-Lawyers'-Committee-000001 | EEO-1 | Mancini, Dominic J. EOP/OMB | To: victoria.lipnic@eeoc.gov CC: jim.paretti@eeoc.gov | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 2 | 2017-450 | 1 - 8/6/2018 | OMB134FY17450_000003034 | OMB-Lawyers'-Committee-000002-000003 | RE: EEO-1 | Mancini, Dominic J. EOP/OMB | To: "VICTORIA A. LIPNIC" <victoria.lipnic@eeoc.gov> CC: JIM PARETTI <jim.paretti@eeoc.gov> | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 3 | 2017-450 | 1 - 8/6/2018 | OMB134FY17450_000003047 | OMB-Lawyers'-Committee-000004-000005 | RE: EEO-1 | VICTORIA A. LIPNIC | To: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> CC: JIM PARETTI <jim.paretti@eeoc.gov> | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 4 | 2017-450 | 1 - 8/6/2018 | OMB134FY17450_000000436 | OMB-Lawyers'-Committee-000006-000008 | RE: EEO-1 Meeting | Mancini, Dominic J. EOP/OMB | To: JIM PARETTI <jim.paretti@eeoc.gov> | 3 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 5 | 2017-450 | 1 - 8/6/2018 | OMB134FY17450_000001024 | OMB-Lawyers'-Committee-000009-000011 | RE: EEO-1 Meeting | JIM PARETTI | To: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> | 3 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 2017-450 | 1 - 8/6/2018 | OMB134FY1745 0_000001027 | OMB-Lawyers' Committee-000012-000014 | EEO-1 Meeting | JIM PARETTI | To: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> | 3 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion |
| 7 | 2017-450 | 1 - 8/6/2018 | OMB134FY1745 0_000002539 | OMB-Lawyers' Committee-000015-000017 | RE: EEO-1 Meeting | Mancini, Dominic J. EOP/OMB | To: JIM PARETTI <jim.paretti@eeoc.gov> | 3 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion |
| 8 | 2017-450 | 1 - 8/6/2018 | OMB134FY1745 0_000000029 | OMB-Lawyers' Committee-000018 | Re: Meeting: EEO-1 Discussion | JIM PARETTI | To: "Mulvaney, Mick M. EOP/OMB" <john.m.mulvaney@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 9 | 2017-450 | 1 - 8/6/2018 | OMB134FY1745 0_000000071 | OMB-Lawyers' Committee-000019-000021 | Meeting: EEO-1 Discussion | Pickitt, Kailey M. EOP/OMB | To: "Baitel, Rachael EOP/WHO" <rachael.baitel@who.eop.gov> | "Campau, Anthony P. EOP/OMB" <anthony.p.campau@omb.eop.gov> | "Doyle, Emma K. EOP/OMB" <emma.k.doyle@omb.eop.gov> | "McKee, Kara L. EOP/WHO" <kara.l.mckee@who.eop.gov> | "Mulvaney, Mick M. EOP/OMB" <john.m.mulvaney@omb.eop.gov> | "Radford, Julie T. EOP/WHO" <julie.t.radford@who.eop.gov> | jim.paretti@eeoc.gov CC: "Amin, Stacy C. EOP/WHO" <stacy.c.amin@who.eop.gov> | | 3 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 2017-450 | 1 - 8/6/2018 | OMB134FY1745 0_000000431 | OMB-Lawyers'-Committee-000022-000024 | Re: EEO-1 Meeting | Mancini, Dominic J. EOP/OMB | To: JIM PARETTI <jim.paretti@eeoc.gov> | 3 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 11 | 2017-450 | 1 - 8/6/2018 | OMB134FY1745 0_000001452 | OMB-Lawyers'-Committee-000025 | Meeting Forward Notification: Meeting: EEO-1 Discussion | Pickitt, Kailey M. EOP/OMB | To: "Mulvaney, Mick M. EOP/OMB" <john.m.mulvaney@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 12 | 2017-450 | 1 - 8/6/2018 | OMB134FY1745 0_000001836 | OMB-Lawyers' Committee-000026-000028 | Re: EEO-1 Meeting | dominic_j._mancini@omb.eop.gov | To: JIM PARETTI <jim.paretti@eeoc.gov> | 3 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 13 | 2017-450 | 1 - 8/6/2018 | OMB134FY1745 0_000002639 | OMB-Lawyers' Committee-000029-000031 | Re: EEO-1 Meeting | JIM PARETTI | To: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> | 3 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 14 | 2017-450 | 1 - 8/6/2018 | OMB134FY1745 0_000001175 | OMB-Lawyers' Committee-000032 | Outline | JIM PARETTI | To: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 2017-450 | 1 - 8/6/2018 | OMB134FY174 50_000001176 | OMB-Lawyers'-Committee-000033-000038 | EEO-1 Outline.docx | | | 6 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| ~~16~~ | ~~2017-450~~ | ~~1 - 8/6/2018~~ | ~~OMB134FY174 50_000000018~~ | ~~OMB-Lawyers'-Committee-000039~~ | ~~Meeting Forward Notification: Meeting: EEO-1 Discussion~~ | ~~Pickitt, Kailey M. EOP/OMB~~ | ~~To: "Mulvaney, Mick M. EOP/OMB" <john.m.mulvaney@omb.eop.gov>~~ | ~~1~~ | ~~Produced in Part~~ | ~~FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion.~~ |
| 17 | 2017-450 | 1 - 8/6/2018 | OMB134FY174 50_000000643 | OMB-Lawyers' Committee-000040 | Re: EEO-1/Memo for OIRA | Mancini, Dominic J. EOP/OMB | To: JIM PARETTI <jim.paretti@eeoc.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 18 | 2017-450 | 1 - 8/6/2018 | OMB134FY174 50_000001562 | OMB-Lawyers' Committee-000041 | RE: EEO-1/Memo for OIRA | JIM PARETTI | To: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 19 | 2017-450 | 1 - 8/6/2018 | OMB134FY174 50_000001565 | OMB-Lawyers' Committee-000042 | EEO-1/Memo for OIRA | JIM PARETTI | To: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 2017-450 | 1 - 8/6/2018 | OMB134FY17450_000001567 | OMB-Lawyers'-Committee-000043-000057 | Attach1USC.doc | | | 15 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 21 | 2017-450 | 1 - 8/6/2018 | OMB134FY17450_000001568 | OMB-Lawyers'-Committee-000058-000060 | Attach2EEAC.docx | | | 3 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 22 | 2017-450 | 1 - 8/6/2018 | OMB134FY17450_000001566 | OMB-Lawyers'-Committee-000061-000064 | EEO-1 Memo Rao 07.2017.docx | | | 4 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 23 | 2017-450 | 1 - 8/6/2018 | OMB134FY17450_000001783 | OMB-Lawyers'-Committee-000065 | Re: EEO-1/Memo for OIRA | Mancini, Dominic J. EOP/OMB | To: JIM PARETTI <jim.paretti@eeoc.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 24 | 2017-450 | 1 - 8/6/2018 | OMB134FY17450_000002504 | OMB-Lawyers'-Committee-000066 | Review and Stay of EEO-1 Form | Rao, Neomi J. EOP/OMB | To: victoria.lipnic@eeoc.gov CC: jim.paretti@eeoc.gov | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 2017-450 | 1 - 8/6/2018 | OMB134FY174 50_000002508 | OMB-Lawyers'-Committee-000069 | RE: Review and Stay of EEO-1 Form | VICTORIA A. LIPNIC | To: "Rao, Neomi J. EOP/OMB" <neomi.j.rao@omb.eop.gov> CC: JIM PARETTI <jim.paretti@eeoc.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 26 | 2017-451 | 1 - 8/6/2018 | OMB129FY174 51_000000043 | OMB-Lawyers'-Committee-000070 | | Michael Eastman|EEAC | To: "Mulvaney, John M. EOP/OMB" <john.m.mulvaney@omb.eop.go v> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 27 | 2017-451 | 1 - 8/6/2018 | OMB129FY174 51_000000422 | OMB-Lawyers'-Committee-000078 | RE: CWC Letter requesting consideration of EEO-1 Report | Nye, Joseph B. EOP/OMB | To: "Rao, Neomi J. EOP/OMB" <neomi.j.rao@omb.eop.gov> | Michael Eastman|EEAC <meastman@eeac.org> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 28 | 2017-451 | 1 - 8/6/2018 | OMB129FY174 51_000001721 | OMB-Lawyers'-Committee-000079 | | Michael Eastman|EEAC | To: "Rao, Neomi J. EOP/OMB" <neomi.j.rao@omb.eop.gov> CC: "Nye, Joseph B. EOP/OMB" <joseph_b_nye@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 29 | 2017-453 | 1 - 8/6/2018 | OMB133FY174 53_000001347 | OMB-Lawyers'-Committee-000088 | Request for Additional Review of EEO-1 Form under the Paperwork Reduction Act | Johnson, Randel | To: "Mulvaney, John" <john.m.mulvaney@omb.eop.go v> CC: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop. gov> | "Pickitt, Kailey M. EOP/OMB" <kailey.m.pickitt@omb.eop.gov | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 2017-453 | 1 - 8/6/2018 | OMB133FY17453_000001117 | OMB-Lawyers'-Committee-000098 | RE: Coalition Letter on EEO-1 Form Concerns | Peacock, Marcus C. EOP/OMB | To: "Johnson, Randel" <rjohnson@uschamber.com> CC: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 31 | 2017-453 | 1 - 8/6/2018 | OMB133FY17453_000001280 | OMB-Lawyers'-Committee-000099 | Coalition Letter on EEO-1 Form Concerns | Johnson, Randel | To: "Mulvaney, John M. EOP/OMB" <john.m.mulvaney@omb.eop.gov> CC: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> | "Peacock, Marcus C. EOP/OMB" <marcus.c.peacock@omb.eop.gov> | "Pickitt, Kailey M. EOP/OMB" <kailey.m.pickitt@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 32 | 2017-453 | 1 - 8/6/2018 | OMB133FY17453_000001239 | OMB-Lawyers'-Committee-000117 | Presentation at CEI: Paperwork Reduction Act | Johnson, Randel | To: "Mulvaney, Mick M. EOP/OMB" <john.m.mulvaney@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 33 | 2017-453 | 1 - 8/6/2018 | OMB133FY17453_000000261 | OMB-Lawyers'-Committee-000127-000128 | New EEO-1 Information Collection Form | Johnson, Randel | To: "Rao, Neomi J. EOP/OMB" <neomi.j.rao@omb.eop.gov> | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 34 | 2017-450 | 3 - 10/31/2018 | OMB255FY17450A_000000249 | - | EEO-1 Outline_jn.docx | | | 7 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | 2017-450 | 3 - 10/31/2018 | OMB255FY17450A_000000258 | - | EEO-1 Outline.docx | | | 6 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection. |
| 36 | 2017-450 | 3 - 10/31/2018 | OMB255FY17450A_000000259 | OMB-Lawyer's Committee-000138 | FW: Two Things | Mancini, Dominic J. EOP/OMB | To: "Campau, Anthony P. EOP/OMB" <anthony.p.campau@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 37 | 2017-450 | 3 - 10/31/2018 | OMB255FY17450A_000000258 | OMB-Lawyer's Committee-000139-000140 | RE: Outline | Nye, Joseph B. EOP/OMB | To: "Campau, Anthony P. EOP/OMB" <anthony.p.campau@omb.eop.gov> | "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> | "Theroux, Rich P. EOP/OMB" <richard_p._theroux@omb.eop.gov> | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 38 | 2017-450 | 3 - 10/31/2018 | OMB255FY17450A_000000257 | OMB-Lawyer's Committee-000141 | FW: Outline | Mancini, Dominic J. EOP/OMB | To: "Campau, Anthony P. EOP/OMB" <anthony.p.campau@omb.eop.gov> | "Nye, Joseph B. EOP/OMB" <joseph_b_nye@omb.eop.gov> | "Theroux, Rich P. EOP/OMB" <richard_p._theroux@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 39 | 2017-450 | 3 - 10/31/2018 | OMB255FY17450A_000000291 | OMB-Lawyer's Committee-000143-000158 | Professor Donald Tomaskovic-Devoy comments on pay data collection by the EEOC.pdf | | — | 16 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 2017-450 | 3 - 10/31/2018 | OMB255FY1745 0A_000000139 | OMB-Lawyer's Committee-000166-000172 | RE: Call or meet next week | Bishop, Bradley E. EOP/OMB | To: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop. gov> CC: "Campau, Anthony P. EOP/OMB" <anthony.p.campau@omb.eop.g ov> | "Gray, John W. EOP/OMB" <john.w.gray@omb.eop.gov> | 7 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 41 | 2017-450 | 3 - 10/31/2018 | OMB255FY1745 0A_000000156 | OMB-Lawyer's Committee-000173-000178 | Re: Call or meet next week | Gray, John W. EOP/OMB | To: "Bomberger, Melissa B. EOP/OMB" <melissa_benton_bomberger@o mb.eop.gov> CC: "Bishop, Bradley E. EOP/OMB" <bradley.e.bishop@omb.eop.gov > | "Campau, Anthony P. EOP/OMB" <anthony.p.campau@omb.eop.g ov> | "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop. | 6 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 42 | 2017-450 | 3 - 10/31/2018 | OMB255FY1745 0A_000000193 | OMB-Lawyer's Committee-000179-000184 | FW: Call or meet next week | Bomberger, Melissa B. EOP/OMB | To: "Wang, Kan EOP/OMB" <kan_wang@omb.eop.gov> | 6 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 43 | 2017-450 | 3 - 10/31/2018 | OMB255FY1745 0A_000000089 | OMB-Lawyer's Committee-000186 | CLOSE HOLD: Draft EEO-1 re-review and stay memo | Nye, Joseph B. EOP/OMB | To: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop. gov> | "Theroux, Rich P. EOP/OMB" <richard_p._theroux@omb.eop. gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 44 | 2017-450 | 3 - 10/31/2018 | OMB255FY17450A_000000002 | OMB-Lawyer's Committee-000191-000192 | Fwd: EEO-1 | Mancini, Dominic J. EOP/OMB | To: "Moore, Caroline E. EOP/OMB" <caroline.e.moore@omb.eop.gov> | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 45 | 2017-450 | 3 - 10/31/2018 | OMB255FY17450A_000000273 | OMB-Lawyer's Committee-000193 | Review and Stay of EEO-1 Form | Rao, Neomi J. EOP/OMB | To: victoria.lipnic@eeoc.gov CC: jim.paretti@eeoc.gov | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 46 | 2017-450 | 3 - 10/31/2018 | OMB255FY17450A_000000274 | OMB-Lawyer's Committee-000194-000195 | Review and Stay Memo for EEOC 8.29.17_FINAL.pdf | | — | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 47 | 2017-450 | 4 - 11/29/2018 | OMB255FY17450A_000000327 | OMB-Lawyer's Committee-000196-000198 | Re: EEO-1 Meeting | JIM PARETTI | To: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> | 3 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 48 | 2017-450 | 5 - 2/1/2019 | OMB255FY17450A_000000814 | - | Re-review and Stay Memo for EEOC_jn vmj clean.docx | | | 2 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 49 | 2017-450 | 5 - 2/1/2019 | OMB255FY17450A_000000819 | - | Re-review and Stay Memo for EEOC_clean.docx | | | 2 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection. |
| 50 | 2017-450 | 5 - 2/1/2019 | OMB255FY17450A_000000831 | - | Re-review and Stay Memo for EEOC_clean.docx | | | 2 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection. |
| 51 | 2017-450 | 5 - 2/1/2019 | OMB255FY17450A_000000910 | - | Re-review and Stay Memo for EEOC_clean.docx | | | 2 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection. |
| 52 | 2017-450 | 5 - 2/1/2019 | OMB255FY17450A_000000980 | - | EEO-1 Memo Rao 07.2017.docx | | | 4 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative documents withheld in full. The withheld document consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion, and no factual information could be segregated and released without revealing deliberative information. |
| 53 | 2017-450 | 5 - 2/1/2019 | OMB255FY17450A_000000981 | - | Attach1USC.doc | | | 15 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative documents withheld in full. The withheld document consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion, and no factual information could be segregated and released without revealing deliberative information. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 54 | 2017-450 | 5 - 2/1/2019 | OMB255FY17450A_000000982 | - | Attach2EEAC.docx | | | 3 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative documents withheld in full. The withheld document consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion, and no factual information could be segregated and released without revealing deliberative information. |
| 55 | 2017-450 | 5 - 2/1/2019 | OMB255FY17450A_000000904 | OMB-Lawyer's-Committee-000202 | Contact Info. for Stakeholder Comments | CORBETT ANDERSON | To: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> CC: "Nye, Joseph B. EOP/OMB" <joseph_b_nye@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 56 | 2017-450 | 5 - 2/1/2019 | OMB255FY17450A_000000775 | OMB-Lawyer's-Committee-000203 | | Rao, Neomi J. EOP/OMB | To: "Palmieri, Rosario A. EOP/OMB" <rpalmieri@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 57 | 2017-450 | 5 - 2/1/2019 | OMB255FY17450A_000000902 | OMB-Lawyer's-Committee-000204 | final version of document | Palmieri, Rosario A. EOP/OMB | To: "Nye, Joseph B. EOP/OMB" <joseph_b_nye@omb.eop.gov> | "Theroux, Rich P. EOP/OMB" <richard_p._theroux@omb.eop.gov> CC: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 58 | 2017-450 | 5 - 2/1/2019 | OMB255FY17450A_000000870 | OMB-Lawyer's-Committee-000205 | Reginfo posting for EEO-1 form | Nye, Joseph B. EOP/OMB | To: "Johnson, Michael D. EOP/OMB" <michael_d._johnson@omb.eop.gov> CC: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> | "Theroux, Rich P. EOP/OMB" <richard_p._theroux@omb.eop. | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 2017-450 | 5 - 2/1/2019 | OMB255FY174 50A_00000087 1 | OMB-Lawyer's Committee-000206-000207 | Review and Stay Memo for EEOC 8.29.17_FINAL.pdf | | — | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 60 | 2017-450 | 6 - 2/28/2019 | OMB255FY174 50A_00000176 4 | - | Re-review and Stay Memo for EEOC_rt djm.docx | | | 2 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection. |
| 61 | 2017-450 | 6 - 2/28/2019 | OMB255FY174 50A_00000176 7 | - | Re-review and Stay Memo for EEOC_rt djm.docx | | | 2 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection. |
| 62 | 2017-450 | 6 - 2/28/2019 | OMB255FY174 50A_00000190 0 | - | EEO-1 Outline_jn.docx | | | 7 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection. |
| 63 | 2017-450 | 6 - 2/28/2019 | OMB255FY174 50A_00000190 7 | - | EEO-1 Outline.docx | | | 6 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 64 | 2017-450 | 6 - 2/28/2019 | OMB255FY17450A_000002184 | - | Re-review and Stay Memo for EEOC_rt djm.docx | | | 2 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection. |
| 65 | 2017-450 | 6 - 2/28/2019 | OMB255FY17450A_000002191 | - | Re-review and Stay Memo for EEOC.docx | | | 2 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection. |
| 66 | 2017-450 | 6 - 2/28/2019 | OMB255FY17450A_000002197 | - | Re-review and Stay Memo for EEOC_rt.docx | | | 2 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection. |
| 67 | 2017-450 | 6 - 2/28/2019 | OMB255FY17450A_000002272 | OMB-Lawyer's Committee-0000020800000209 | RE: EEO-1 | | To: "VICTORIA A. LIPNIC" <victoria.lipnic@eeoc.gov> CC: JIM PARETTI <jim.paretti@eeoc.gov> | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 68 | 2017-450 | 6 - 2/28/2019 | OMB255FY17450A_000001956 | OMB-Lawyer's Committee-0000021000000212 | FW: EEO-1 | Mancini, Dominic J. EOP/OMB | To: "Campau, Anthony P. EOP/OMB" <anthony.p.campau@omb.eop.gov> CC: "Nye, Joseph B. EOP/OMB" <joseph_b_nye@omb.eop.gov> | Theroux, Rich P. EOP/OMB" <richard_p._theroux@omb.eop.gov> | 3 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 69 | 2017-450 | 6 - 2/28/2019 | OMB255FY174 50A_00000139 9 | OMB-Lawyer's Committee-00000233 00000239 | Re: Call or meet next week | Mancini, Dominic J. EOP/OMB | To: "Bishop, Bradley E. EOP/OMB" <bradley.e.bishop@omb.eop.gov >; CC: "Campau, Anthony P. EOP/OMB" <anthony.p.campau@omb.eop.g ov> | "Gray, John W. EOP/OMB" <john.w.gray@omb.eop.gov> | 7 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 70 | 2017-450 | 6 - 2/28/2019 | OMB255FY174 50A_00000219 0 | OMB-Lawyer's Committee-00000245 00000246 | RE: EEO-1 re-review and stay memo (predecisional and deliberative) | Rao, Neomi J. EOP/OMB | To: "Jain, Varun M. EOP/OMB" <varun_m_jain@omb.eop.gov> | "Nye, Joseph B. EOP/OMB" <joseph_b_nye@omb.eop.gov> CC: "Campau, Anthony P. EOP/OMB" <anthony.p.campau@omb.eop.g ov> | "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop. gov> | "Theroux, Rich P. EOP/OMB" <richard_p._theroux@omb.eop. | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 71 | 2017-450 | 6 - 2/28/2019 | OMB255FY174 50A_00000231 3 | OMB-Lawyer's Committee-00000247 00000248 | Fwd: EEO-1 | Mancini, Dominic J. EOP/OMB | To: "Moore, Caroline E. EOP/OMB" <caroline.e.moore@omb.eop.go v> | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 72 | 2017-452 | 7 - 5/17/2019 | OMB238FY174 52_000001116 | | EEO-1 Memo Rao 07.2017.docx | | | 1 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative documents withheld in full. The withheld document consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion, and no factual information could be segregated and released without revealing deliberative information. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 73 | 2017-452 | 7 - 5/17/2019 | OMB238FY1745 2_000001117 | | Attach1USC.doc | | | 1 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative documents withheld in full. The withheld document consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion, and no factual information could be segregated and released without revealing deliberative information. |
| 74 | 2017-452 | 7 - 5/17/2019 | OMB238FY1745 2_000001118 | | Attach2EEAC.docx | | | 1 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative documents withheld in full. The withheld document consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion, and no factual information could be segregated and released without revealing deliberative information. |
| 75 | 2017-452 | 7 - 5/17/2019 | OMB238FY1745 2_000002671 | | EEO-1 Outline.docx | | | 1 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative documents withheld in full. The withheld document consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion, and no factual information could be segregated and released without revealing deliberative information. |
| 76 | 2017-452 | 7 - 5/17/2019 | OMB238FY1745 2_000002452 | - | 2017-06-23 - Memorandum re Equal Pay_.docx | | | 7 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative documents withheld in full. The withheld document consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion, and no factual information could be segregated and released without revealing deliberative information. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 77 | 2017-452 | 7 - 5/17/2019 | OMB238FY17452_000002454 | - | EPA Affirmative Defense Memo (June 23 2017).docx | | | 9 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative documents withheld in full. The withheld document consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion, and no factual information could be segregated and released without revealing deliberative information. |
| 78 | 2017-452 | 7 - 5/17/2019 | OMB238FY17452_000010263 | - | EEO-1 Outline_jn.docx | | | 7 | Withheld in Full | FOIA Exemption b(5) - Internal Deliberative Drafts. Withheld draft documents in the process of revision that do not reflect final agency decisions but are part of a decisionmaking process regarding OMB's decision whether to issue a review and stay of the EEOC's pay data collection.  FOIA Exemption b(5) - Internal Deliberative documents withheld in full. The withheld document consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion, and no factual information could be segregated and released without revealing deliberative information. |
| 79 | 2017-452 | 7 - 5/17/2019 | OMB238FY17452_000005010 | OMB-Lawyer's Committee-000249-000257 | RE: Revised EEO Supporting Statement for ADEA PRA Waiver (3046-0042 ) | "Nye, Joseph B. EOP/OMB" <"/o=organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=837ecb10860149d9a5195eb3b840d8b8-nye, joseph"> | To: SAVANNAH MARION <savannah.marion@eeoc.gov> CC: THOMAS SCHLAGETER <thomas.schlageter@eeoc.gov> | 9 | Produced in Part | FOIA Exemption b(5) - Internal Deliberatives. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | 2017-452 | 7 - 5/17/2019 | OMB238FY174 52_000002400 | OMB-Lawyer's Committee-000260-000261 | RE: EEO-1 | | To: "VICTORIA A. LIPNIC" <victoria.lipnic@eeoc.gov> CC: JIM PARETTI <jim.paretti@eeoc.gov> | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 81 | 2017-452 | 7 - 5/17/2019 | OMB238FY174 52_000000316 | OMB-Lawyer's Committee-000262-000264 | Re: EEO-1 Meeting | JIM PARETTI <jim.paretti@eeoc.gov> | To: "Mancini, Dominic J. EOP/OMB" <dominic_j._mancini@omb.eop.gov> | 3 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 82 | 2017-452 | 7 - 5/17/2019 | OMB238FY174 52_000012004 | OMB-Lawyer's Committee-000265 | Re: Meeting: EEO-1 Discussion | JIM PARETTI <jim.paretti@eeoc.gov> | To: "Mulvaney, Mick M. EOP/OMB" <john.m.mulvaney@omb.eop.gov> | 1 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 83 | 2017-452 | 7 - 5/17/2019 | OMB238FY174 52_000010257 | OMB-Lawyer's Committee-000267-000270 | Background Memo on EEO-1 rt jn.docx | | | 4 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 84 | 2017-452 | 7 - 5/17/2019 | OMB238FY174 52_000010262 | OMB-Lawyer's Committee-000271-000272 | Fwd: Outline | "Campau, Anthony P. EOP/OMB" <"/o=organization/ ou=exchange administrative group (fydibohf23spdlt)/cn =recipients/cn=61c 7286a4083479c930 4f5cce88b361f- | To: conway.molly.e@dol.gov | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |

Appendix C - Revised Vaughn Index

| Entry No. | FOIA Request | Production | Document ID | Production label range | Title | From | To/CC | Page Count | Production Status | Redaction Reason(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 85 | 2017-452 | 7 - 5/17/2019 | OMB238FY17452_000010095 | OMB-Lawyer's Committee-000300-000301 | EEO-1 Backgrounder.pdf | | | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 86 | 2017-452 | 7 - 5/17/2019 | OMB238FY17452_000010348 | OMB-Lawyer's Committee-000302-000303 | RE: Equal Pay day | "Doyle, Emma K. EOP/OMB" <"/o=exchange organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=d0e7a6baaf474625b5eea65575f36919-do"> | To: "Greene, Patricia G - WB" <greene.patricia.g@dol.gov> "McKee, Kara L. EOP/WHO" <kara.l.mckee@who.eop.gov> "Radford, Julie T. EOP/WHO" <julie.t.radford@who.eop.gov> | 2 | Produced in Part | FOIA Exemption b(5) - Internal Deliberations. The withheld/redacted information consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion. |
| 87 | 2017-452 | 7 - 5/17/2019 | OMB238FY17452_000003324 | | Meeting: EEO-1 Discussion | "Mulvaney, Mick M. EOP/OMB" <john.m.mulvaney@omb.eop.gov> | "Baitel, Rachael EOP/WHO" <rachael.baitel@who.eop.gov> "Campau, Anthony P. EOP/OMB" <anthony.p.campau@omb.eop.gov> "Doyle, Emma K. EOP/OMB" <emma.k.doyle@omb.eop.gov> "McKee, Kara L. EOP/WHO" <kara.l.mckee@who.eop.gov> "Radford, Julie T. EOP/WHO" <julie.t.radford@who.eop.gov> jim.paretti@eeoc.gov | 3 | Produced in Part (9/18/19) | FOIA Exemption b(5) - Internal Deliberative documents withheld in full. The withheld document consists of deliberations internal to the Executive Branch regarding OMB's then-pending decision whether to issue a review and stay of the EEOC's pay data collection that was under consideration among staff of OMB at the time of the discussion, and no factual information could be segregated and released without revealing deliberative information. |