**UNITED STATES DISTRICT COURT**
                      **DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS, *et al.*, <br> *Plaintiffs*, <br><br> *v.* <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, <br> *Defendant*. | Case No. 18-cv-645 (EGS) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment is **DENIED IN PART without prejudice** as to whether OMB properly invoked the deliberative process privilege; and it is further

**ORDERED** that Defendant's Motion for Summary Judgment is **HELD IN ABEYANCE IN PART** as to whether OMB released all reasonably segregable information; and it is further

**ORDERED** that the parties shall meet and confer and by no later than December 18, 2020 propose a schedule for an additional round of summary judgment briefing.

    **SO ORDERED.**

**Signed:   Emmet G. Sullivan**
           **United States District Judge**
           **November 24, 2020**