IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS and NATIONAL WOMEN'S
LAW CENTER,

    *Plaintiffs*,

    v.

OFFICE OF MANAGEMENT AND
BUDGET,

    *Defendant*.

Civ. A. No. 18-0645 (EGS)

## **PROPOSED ORDER**

Upon consideration of the parties' Joint Proposed Briefing Schedule and Defendant's Unopposed Request to Renew Its Motion for Summary Judgment, the Court hereby enters the following briefing schedule:

Defendant shall file a supplemental brief, along with any supplemental evidence that Defendant may wish to provide, by January 27, 2021; Plaintiff shall file a response by February 17, 2021; and Defendant may file a reply by March 3, 2021.

The parties shall limit their supplemental briefs and Defendant shall limit any supplemental evidence to the question of whether Defendant OMB has satisfied its burden to meet the foreseeable harm standard so as to properly invoke the deliberative process privilege for the withheld records.

It is further ordered that the Court shall grant Defendant's unopposed motion to renew its summary judgment motion (ECF No. 26), to the extent that earlier motion was denied in part without prejudice. The Clerk's Office is directed to renew in part Defendant's motion with an effective filing date of December 18, 2020.

_____                          _____
Date                                              Emmet G. Sullivan
                                                  United States District Judge