UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>    *Plaintiffs*,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>    *Defendant*. | Civ. A. No. 18-0645 (EGS) |

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Office of Management and Budget requests a 21-day enlargement of the briefing schedule for the parties' supplemental briefing for Defendant's motion for summary judgment. Under the current briefing schedule, Defendant's supplemental brief is due by January 27, 2021, Plaintiff's response is due by February 17, 2021, and Defendant's reply is due by March 3, 2021. Defendant requests to extend each of the above deadlines by 21 days.

The undersigned was unexpectedly assigned an emergency matter that required the government to respond to a motion for preliminary injunction by January 19, 2021. As a result of this unanticipated deadline that demanded a significant amount of counsel's time, the undersigned is compelled to request extensions of counsel's upcoming briefing deadlines in this and several other cases. The parties have conferred and Plaintiff, through counsel, consents to Defendant's enlargement request. This is Defendant's first request to enlarge the supplemental briefing schedule.

For these reasons, and for good cause shown, Defendant requests that the Court grant this motion and extend the briefing deadlines by 21 days. A proposed order is attached.

Dated: January 22, 2021				Respectfully submitted,

						MICHAEL R. SHERWIN
						Acting United States Attorney

						BRIAN P. HUDAK
						Acting Chief, Civil Division

				By:	 /s/ Daniel P. Schaefer
						DANIEL P. SCHAEFER
						D.C. Bar 996871
						Assistant United States Attorney
						555 4th Street, N.W.
						Washington, D.C. 20530
						(202) 252-2531
						Daniel.Schaefer@usdoj.gov

						*Counsel for Defendant*