UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,

    *Plaintiffs*,

    v.

OFFICE OF MANAGEMENT AND BUDGET,

    *Defendant*.

Civ. A. No. 18-0645 (EGS)

## [PROPOSED] ORDER

MINUTE ORDER granting Defendant's consent motion for extension of time. It is hereby ORDERED that the parties shall abide by the following modified schedule: Defendant shall file a supplemental brief addressing the foreseeable harm standard, along with any supplemental evidence Defendant may wish to provide, by no later than February 17, 2021. Plaintiff shall file a response by no later than March 10, 2021. Defendant shall file a reply, if any, by no later than March 24, 2021.

Dated: _____

_____
United States District Judge