UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS and NATIONAL WOMEN'S LAW CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br><br>Defendant. | Civil Action No. 18-0645 (EGS) |

## **NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL**

PLEASE TAKE NOTICE that Maya Raghu, one of the attorneys of record for Plaintiffs Lawyers' Committee for Civil Rights and the National Women's Law Center, in the above-referenced proceeding, is leaving the National Women's Law Center. Therefore, she should be removed as an attorney of record. All other counsel who have entered appearances for Plaintiffs in this matter will remain as counsel.

Dated: July 7, 2021

Respectfully submitted,

*/s/ Maya Raghu*
Maya Raghu (DC Bar No. 1035558)
mraghu@nwlc.org
National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
(202) 588-5180