UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW, et al.<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF MANAGEMENT AND BUDGET<br><br>Defendant. | Civil Action No. 18-0645 (EGS) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Bradley Silverman as counsel for Defendant in the above captioned case substituting for Assistant United States Attorney Daniel P. Schaefer.

Dated: November 17, 2022

                                                                                    Respectfully Submitted,

                                                                                    */s/ Bradley Silverman*
                                                                                     Bradley Silverman
                                                                                     Assistant United States Attorney
                                                                                     601 D Street, N.W., 7th Floor
                                                                                     Washington, D.C. 20530
                                                                                     Tel: (202) 252-2575
                                                                                     Email: bradley.silverman@usdoj.gov

                                                                                    *Counsel for the Defendant*