**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, <br> Defendant. | Civ. Action No. 18-645 (EGS) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment, *see* ECF No. 26, is **GRANTED**.

**SO ORDERED.**

**Signed:  Emmet G. Sullivan**
**United States District Judge**
**May 12, 2023**