UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> OFFICE OF MANAGEMENT AND BUDGET, <br><br> *Defendant*. | Civil Action No. 18-0645 (EGS) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order (May 15, 2023), Plaintiffs Lawyers' Committee for Civil Rights Under Law and National Women's Law Center and Defendant Office of Management and Budget, by and through the undersigned counsel, respectfully submit this Joint Status Report to inform the Court that they do not object to entry of final judgment.

Dated: May 18, 2023

Respectfully submitted,

Emily J. Martin (D.C. Bar No. 481051)
emartin@nwlc.org

National Women's Law Center
11 Dupont Circle, NW, Suite 800
Washington, DC 20036
(202) 588-5180

By: /s/ Colin Wicker
Daniel Goldberger (admitted pro hac vice)
goldberger.dan@dorsey.com
Colin Wicker (admitted pro hac vice)
wicker.colin@dorsey.com

Dorsey & Whitney LLP

51 West 52nd Street
New York, NY 10019-6119
(212) 415-9200

50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

Jon Greenbaum (D.C. Bar 489887)

Lawyers' Committee for Civil Rights Under Law
140 New York Avenue NW, Suite 400
Washington D.C. 20005
(202) 622-8600

*Counsel for Plaintiffs, the Lawyers' Committee for Civil Rights Under Law And the National Women's Law Center*

Matthew M. Graves
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Bradley G. Silverman
Bradley Silverman
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*