UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>U.S. OFFICE OF MANAGEMENT AND BUDGET,<br>           Defendant. | Civ. Action No. 18-645 (EGS) |

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the accompanying Memorandum Opinion and Order docketed May 12, 2023, it is hereby

**ORDERED** that the Clerk shall enter final judgment in favor of Defendant and against Plaintiffs. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
             **United States District Judge**
             **May 19, 2023**