AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia



FILED
MAY 2 2 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Lawyers' Committee For Civil Rights, et al.,
*Plaintiff*
v.
U.S. Office Of Management And Budget,
*Defendant*

Civil Action No. 18-645 (EGS)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:
ORDERED thtat the Clerk shall enter final judgment in favor of Defendant and against Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge EMMET G. SULLIVAN on a motion for Summary Judgment by Office Of Management And Budget

Date: 05/22/2023

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*